13

JONATHAN MARSHALL; SR.
Name / REG. NO.#: 17040 – 077
USP LEAVENWORTH –
SATELLITE CAMP
P.O. BOX 1000
LEAVENWORTH, KS 66048
Address

~~FILED~~

PAGE __13__ OF __741__

DATE: JUNE 25, 2020

JUL 16 2020

Clerk, U.S. District Court
By:_____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JONATHAN MARSHALL; SR. , Plantiff
*(Full Name)* A/K/A – JOE MARSHALL

V.

MS. N. C. ENGLISH, et al. AND , Defendant (s)

[2] – [ 253 ], PAGE 1 – 50 – ALL INFRA.

CASE NO. __20-3190-SAC__
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1)  __JONATHAN MARSHALL; SR.__ , is a citizen of __TEXAS__
    *(Plaintiff)*                                              *(State)*

who presently resides at __USP LEAVENWORTH – SATELLITE CAMP, P.O. BOX 1000__
                                        *(Mailing address or place*
__LEAVENWORTH, KS 66048__                                            .
*of confinement.)*

[1] 2) Defendant __MS. N. C. ENGLISH – INDIVIDUAL & OFFICIAL__ is a citizen of
                *(Name of first defendant)* __CAPACITY (I/O)__
__PHYSICAL ADDRESS: 1300 METROPOLITAN AVENUE – PHONE: (913) 682 – 8700__
__P. O. BOX 1000, LEAVENWORTH, KS 66048__ , and is employed as
                *(City, State)*

__FORMER WARDEN OF USP LEAVENWORTH / SATELLITE CAMP__ . At the time the
                    *(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: __FEDERAL__
__OFFICIAL (F/O) --__
__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE__ AND __FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.__

__FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:__

__A.  JURISDICTION / PLAINTIFF / DEFENDANT__ PAGE 1 OF 1

1

[2] 3)  Defendant  MR. J. DYER – INDIVIDUAL CAPACITY (I)  is a citizen of
               _(Name of second defendant)_

P. O. BOX 1000, LEAVENWORTH, KS 66048  , and is employed as
        _(City, state)_
PHYSICAL ADDRESS: 1300 METROPOLITAN AVENUE – PHONE: (913) 682 – 8700
CAMP ADMINISTRATOR / UNIT MANAGER  . At the time the
        _(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.

(Use the back of this page to furnish the above information for additional defendants.)

[ SEE PAGES:  3  OF  741  ––  50  OF  741  –– ALL INFRA ]

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

SEE " BIVENS " (28 U.S.C. § 1331), PAGE–123, and any ACTS OF CONGRESS provid-

ing for the PROTECTION OF CIVIL RIGHTS – NOTED IN SUPPORT: A – COURT'S SUBJECT–

MATTER JURISDICTION, " MOTION ", PAGES: 151 – 154 ; " BRIEF ", 171 – 174 , AND

" MEMORANDUM ",  186 – 189 –– ALL INFRA.

B.  NATURE OF THE CASE

1)  Briefly state the background of your case:

The PROCEDURAL HISTORY of this CASE (CAUSE or CONTROVERSY) span  a period of

more than 39 YEARS (1980'S – Close To Four(4) DECADES) – TODATE. The Hundred–And–

One Percent (101%) of which is described in CASE–AT–HAND – TRINITY – A GROUP OF

THREE TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: (1)  84–09218–Z (STATE – CHILD SUPPORT);

(2)  CR3–87–086–T; AND  (3)  A06–CR–067–LY (BOTH FEDERAL – TAXES). . .WITH require-

ment of PRISON LITIGATION REFORM ACT OF 1995 ("PLRA") on the EXHAUSTION REQUIREMENT.

CONTINUED PAGE 123 OF 741  (INFRA)                         2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:
B.  NATURE OF THE CASE:
XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983      PAGE  1  OF  1

I N   T H E
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S

PAGE ____ OF ____

| | | P A G E: | C I T E: | T A B: | |
|---|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A<br>i – xi | A<br>i – xi | 1<br>2 – 12 | (1) |
| (2) | § 1983 | 1 – 2 | 1 – 2 | 13 – 14 | (2) |
| | | | T A B – S H E E T   O N L Y | | |
| (3) | DEFENDANTS | 3 – 50 | 3 – 50 | 15 – 62 | (3) |
| (4) | CAUSE OF ACTION | 51 – 58 | 51 – 58 | 63 – 70 | (4) |
| | | | U N C O U N T E D   P A G E | | |
| (5) | PREVIOUS LAWSUITS | 59 – 119 | 59 – 119 | 71 – 131 | (5) |
| (6) | REQUEST FOR RELIEF | 120 – 121 | 120 – 121 | 132 – 133 | (6) |
| | | | T A B – S H E E T   O N L Y | | |
| (7) | BEVINS ACTIONS | 122 – 123 | 122 – 123 | 134 – 135 | (7) |
| (8) | CAUSE OF ACTION | 124 – 132 | 124 – 132 | 136 – 144 | (8) |
| (9) | REQUEST FOR RELIEF | 133 – 134 | 133 – 134 | 145 – 146 | (9) |
| | | | U N C O U N T E D   P A G E | | |
| (10) | DECLARATION FOR TRO/PI | 135 – 148 | 135 – 148 | 147 = 160 | (10) |

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):    PAGE 1 OF 2

PAGE ___   OF _____

**3/B)** Defendant __MR. J. BAILY — INDIVIDUAL CAPACITY (I)_____ is a citizen of
**[3]**                    *(Name of second defendant)*

__1300 METROPOLITAN AVENUE, LEAVENWORTH, KS 66048____, and is employed as
                    *(City, state)*

__CAMP — CASE MANAGER_____. At the time the
           *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [   ] . If your answer is "Yes", briefly explain: **FEDERAL—**
**OFFICIAL (F/O) —**

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:__ __AMOUNT OF CLAIM — $100,000.00 DOLLARS.__


**3/C)** Defendant __MR. RODERICK — INDIVIDUAL CAPACITY (I)_____ is a citizen of
**[4]**                    *(Name of second defendant)*

__1300 METROPOLITAN AVENUE, LEAVENWORTH, KS 66048____, and is employed as
                    *(City, state)*

__CAMP — CASE MANAGER_____. At the time the
           *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [   ] . If your answer is "Yes", briefly explain: **FEDERAL—**
**OFFICIAL (F/O) —**

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:__ __AMOUNT OF CLAIM — $100,000.00 DOLLARS.__


**3/D)** Defendant __MR. T. RAWLS — INDIVIDUAL CAPACITY (I)_____ is a citizen of
**[5]**                    *(Name of second defendant)*

__1300 METROPOLITAN AVENUE, LEAVENWORTH, KS 66048____, and is employed as
                    *(City, state)*

__CAMP — CORRECTIONAL COUNSELOR_____. At the time the
           *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [   ] . If your answer is "Yes", briefly explain: **FEDERAL—**
**OFFICIAL (F/O) —**

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:__ __AMOUNT OF CLAIM — $100,000.00 DOLLARS.__ 2

__FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:__

*16*

3/E) Defendant **DR. WELLS — INDIVIDUAL & OFFICIAL CAPACITY (I/O)** is a citizen of
**[6]**
*(Name of second defendant)*

**1300 METROPILITAN AVENUE, LEAVENWORTH, KS 66048**, and is employed as
*(City, state)*

**RDAP COORDINATOR — CAMP**. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL—
OFFICIAL (F/O) ——**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.**


3/F) Defendant **JOHN DOE — REGIONAL COUNSEL — INDIVIDUAL & OFFIC-**is a citizen of
**[7]**
*(Name of second defendant)* **IAL CAPACITY (I/O)**

**BOP'S REGIONAL DIRECTOR / COUNSEL, N. CENTRAL REGION-**, and is employed as
*(City, state)*
**AL OFFICE, 400 STATE AVENUE, KANSAS CITY, KS 66101**
**REGIONAL COUNSEL / DIRECTOR — REMEDY COORDINATOR**. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL—
OFFICIAL (F/O) ——**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.**


3/G) Defendant **MR. B. GRELICK — INDIVIDUAL & OFFICIAL CAPACITY** is a citizen of
**[8]**
*(Name of second defendant)* **(I/O)**

**4205 HIGHWAY 66 WEST, EL RENO, OK 73036**, and is employed as
*(City, state)*

**WARDEN OF CAMP — EL RENO, OK 73036**. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL—
OFFICIAL (F/O) ——**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $4 00,000.00 DOLLARS.** 2

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT— DEFENDANTS:**

*17*

**3/H)** Defendant __MS. K. ZOOK – INDIVIDUAL CAPACITY (I)__ is a citizen of
**[9]**          *(Name of second defendant)*

  __4205 HIGHWAY 66 WEST, EL RENO, OK 73036_____, and is employed as
                    *(City, state)*

  __A/W OPERATIONS – CAMP_____. At the time the
              *(Position and title, if any)*

  claim (s) alleged in this complaint arose was this defendant acting under the color of state

  law? Yes [ **X** ] No [  ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


**3/I)** Defendant __MS. K. FREEMAN – CAMP UNIT MANAGER – INDIVIDUAL__ is a citizen of
**[10]**          *(Name of second defendant)* **CAPACITY (I)**

  __4205 HIGHWAY 66 WEST, EL RENO, OK 73036_____, and is employed as
                    *(City, state)*

  __CAMP UNIT MANAGER_____. At the time the
              *(Position and title, if any)*

  claim (s) alleged in this complaint arose was this defendant acting under the color of state

  law? Yes [ **X** ] No [  ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


**3/J)** Defendant __MR. N. GAMBEL – INDIVIDUAL CAPACITY (I)__ is a citizen of
**[11]**          *(Name of second defendant)*

  __4205 HIGHWAY 66 WEST, EL RENO, OK 73036_____, and is employed as
                    *(City, state)*

  __CASE MANAGER – CAMP_____. At the time the
              *(Position and title, if any)*

  claim (s) alleged in this complaint arose was this defendant acting under the color of state

  law? Yes [ **X** ] No [  ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.** 2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT– DEFENDANTS:**

3/K) Defendant **MS. TURNAGE – INDIVIDUAL CAPACITY (I)** _____ is a citizen of

**[12]**
　　　　　　　　　　*(Name of second defendant)*

　　　　**4205 HIGHWAY 66 WEST, EL RENO, OK 73036** _____, and is employed as
　　　　　　　　　　　*(City, state)*

　　　　**CASE MANAGER – CAMP** _____. At the time the
　　　　　　　　　　*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/L) Defendant **MR. J. LEPRID – INDIVIDUAL CAPACITY (I)** _____ is a citizen of

**[13]**
　　　　　　　　　　*(Name of second defendant)*

　　　　**4205 HIGHWAY 66 WEST, EL RENO, OK 73036** _____, and is employed as
　　　　　　　　　　*(City, state)*

　　　　**CORRECTIONAL COUNSELOR  – CAMP** _____. At the time the
　　　　　　　　　　*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/M) Defendant  **MR. McCORMICK – INDIVIDUAL CAPACITY (I)** _____ is a citizen of

**[14]**
　　　　　　　　　　*(Name of second defendant)*

　　　　 **4205 HIGHWAY 66 WEST, EL RENO, OK 73036** _____, and is employed as
　　　　　　　　　　*(City, state)*

　　　　**RETIRED CORRECTIONAL COUNSELOR – CAMP** _____. At the time the
　　　　　　　　　　*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.** 2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/N) Defendant <u>**DR. AVRITT – INDIVIDUAL & OFFICIAL CAPACITY (I/O)**</u> is a citizen of
**[15]**
<span style="text-align:center">*(Name of second defendant)*</span>

<u>**4205 HIGHWAY 66 WEST, EL RENO, OK 73036**</u>, and is employed as
<span>*(City, state)*</span>

<u>**RDAP COORDINATOR – CAMP**</u>. At the time the
<span>*(Position and title, if any)*</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/O) Defendant <u>**MR. WATSON – INDIVIDUAL CAPACITY (I)**</u> is a citizen of
**[16]**
<span>*(Name of second defendant)*</span>

<u>**4205 HIGHWAY 66 WEST, EL RENO, OK 73036**</u>, and is employed as
<span>*(City, state)*</span>

<u>**R&D / RECEIVING OFFICER – CAMP & MEDIUM**</u>. At the time the
<span>*(Position and title, if any)*</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/P) Defendant <u>**MR. TOWER – INDIVIDUAL CAPACITY (I)**</u> is a citizen of
**[17]**
<span>*(Name of second defendant)*</span>

<u>**4205 HIGHWAY 66 WEST, EL RENO, OK 73036**</u>, and is employed as
<span>*(City, state)*</span>

<u>**R&D RECEIVING / INMATE SYSTEM MGR. – CAMP & MEDIUM**</u>. At the time the
<span>*(Position and title, if any)*</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**   2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

PAGE 20 OF 741

3/Q) Defendant <u>JOHN DOES – MAILROOM OFFICERS – INDIVIDUAL CAP</u>– is a citizen of
[18-19] [ <u>TWO(2) – DOES</u>]           *(Name of second defendant)*           **ACITIES (I)**

<u>4205 HIGHWAY 66 WEST, EL RENO, OK 73036</u>_____, and is employed as
                                    *(City, state)*

<u>MAILROOM OFFICERS – CAMP & MEDIUM</u>_____. At the time the
                          *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: <u>FEDERAL–</u>
                                                              <u>OFFICIALS (F/O) —–</u>

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                                        [<u>TWO(2) AT $200,000.00 EACH</u>]
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY</u>: <u>AMOUNT OF CLAIM –$400,000.00 DOLLARS.</u>

3/R) Defendant <u>JOHN DOE – REGIONAL COUNSEL – INDIVIDUAL & OFFIC</u>–is a citizen
[20]                              *(Name of second defendant)*           **IAL CAPACITY (I/O)**

<u>4205 HIGHWAY 66 WEST, EL RENO, OK 73036</u>_____, and is employed as
                                    *(City, state)*

<u>REGIONAL COUNSEL  FOR BOP – OKLAHOMA</u>_____. At the time the
                          *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: <u>FEDERAL–</u>
                                                              <u>OFFICIAL (F/O) —–</u>

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY</u>: <u>AMOUNT OF CLAIM – $200,000.00 DOLLARS.</u>

3/S) Defendant <u>MR. MYRON L. BATTS – INDIVIDUAL & OFFICIAL CAPAC</u>–is a citizen of
[21]                              *(Name of second defendant)*           **ITY (I/O)**

<u>1900 SIMLER AVENUE, BIG SPRING, TX 79720</u>_____, and is employed as
                                    *(City, state)*

<u>EX–WARDEN OF F.C.I. BIG SPRING</u>_____. At the time the
                          *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: <u>FEDERAL–</u>
                                                              <u>OFFICIAL (F/O) —–</u>

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY</u>: <u>AMOUNT OF CLAIM – $400,000.00 DOLLARS.</u>   2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS</u>:

* 3/T)  Defendant  <u>THE HONORABLE GREG ABBOTT — INDIVIDUAL & OFFICIAL</u> is a citizen of
[22]                    *(Name of second defendant)*        **CAPACITY (I/O)**

<u>GOVERNOR THE STATE OF TEXAS —</u>
<u>P.O. BOX 12548, AUSTIN, TEXAS 78711</u>                    , and is employed as
                    *(City, state)*

<u>FORMER TX ATTY GENERAL (NOW, GOVERNOR OF TEXAS)</u>    . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: <u>STATE—</u>
                                                                 <u>OFFICIAL (S/O) —</u>

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $800,000.00 DOLLARS.</u>


* 3/U)  Defendant <u>THE HONORABLE KEN PAXTON — INDIVIDUAL & OFFICIAL</u>  is a citizen of
[23]                    *(Name of second defendant)*        **CAPACITY (I/O)**

<u>300 W. 15TH STREET — ATTORNEY GENERAL, STATE OF TEXAS</u> and is employed as
                    *(City, state)*    **AUSTIN, TX 78701**

<u>TEXAS ATTORNEY GENERAL  — AUSTIN, TX 78701</u>            . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: <u>STATE—</u>
                                                                 <u>OFFICIAL (S/O) —</u>

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $800,000.00 DOLLARS.</u>


3/V)  Defendant <u>MS. J. MOORE — INDIVIDUAL CAPACITY (I)</u>        is a citizen of
[24]                    *(Name of second defendant)*

<u>1900 SIMLER AVENUE, BIG SPRING, TX 79720</u>            , and is employed as
                    *(City, state)*

<u>RETIRED UNIT MANAGER — F.C.I. BIG SPRING</u>        . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: <u>FEDERAL—</u>
                                                                 <u>OFFICIAL (F/O) —</u>

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.</u>

<u>FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:</u>

2

PAGE **22** OF **741** 22

**3/W**  Defendant **MR. TOMMY HALE − INDIVIDUAL CAPACITY (I)** is a citizen of
**[25]**
                    *(Name of second defendant)*

   **1900 SIMLER AVENUE, BIG SPRING, TX 79720** , and is employed as
                    *(City, state)*

   **CASE MANAGER (NOW, RETIRED) − F.C.I. BIG SPRING** . At the time the
                    *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law?  Yes **X**  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL−
                                                                     OFFICIAL (F/O) −−**

**TANDEM−CONTINUING−INTERLOCKING / INEXTRICABLY−INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM − $100,000.00 DOLLARS.**


**3/X**  Defendant **MR. A. PREITO − INDIVIDUAL CAPACITY (I)** is a citizen of
**[26]**
                    *(Name of second defendant)*

   **1900 SIMLER AVENUE, BIG SPRING, TX 79720** , and is employed as
                    *(City, state)*

   **CORRECTIONAL COUNSELOR (NOW, RETIRED) − F.C.I. BIG** . At the time the
                    *(Position and title, if any)*                     **SPRING**

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law?  Yes **X**  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL−
                                                                     OFFICIAL (F/O) −−**

**TANDEM−CONTINUING−INTERLOCKING / INEXTRICABLY−INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM − $100,000.00 DOLLARS.**


**3/Y**  Defendant **MR. ROBERT FLORES − INDIVIDUAL CAPACITY (I)** is a citizen of
**[27]**
                    *(Name of second defendant)*

   **1900 SIMLER AVENUE, BIG SPRING, TX 79720** , and is employed as
                    *(City, state)*

   **CORRECTIONAL COUNSELOR (NOW, RETIRED) − F.C.I. BIG** . At the time the
                    *(Position and title, if any)*                     **SPRING**

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law?  Yes **X**  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL−
                                                                     OFFICIAL (F/O) −−**

**TANDEM−CONTINUING−INTERLOCKING / INEXTRICABLY−INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM − $100,000.00 DOLLARS.** [2]

**FED.R.CIV.P. 65(a) − MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT− DEFENDANTS:**

3/Z) Defendant MR. C. BRAMER – INDIVIDUAL & OFFICIAL CAPACITY is a citizen of
【28】
<p style="margin-left:2em">(Name of second defendant)                    (I/O)</p>

__1900 SIMLER AVENUE, BIG SPRING, TX 79720__ , and is employed as
<p style="margin-left:2em">(City, state)</p>

__SUPERVISOR OF EDUCATION (SOE) – F.C.I. BIG SPRING__ . At the time the
<p style="margin-left:2em">(Position and title, if any)</p>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: FEDERAL – OFFICIAL (F/O) ––

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –$200,000.00 DOLLARS.__


3/AA) Defendant MR. LOUIS WILLIAMS II – INDIVIDUAL & OFFICIAL CAP–is a citizen of
【29】
<p style="margin-left:2em">(Name of second defendant) ACITY (I/O)</p>

__1900 SIMLER AVENUE, BIG SPRING, TEXAS 79720__ , and is employed as
<p style="margin-left:2em">(City, state)</p>

__ASSOCIATE WARDEN (A.W.) – F.C.I. BIG SPRING__ . At the time the
<p style="margin-left:2em">(Position and title, if any)</p>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: FEDERAL– OFFICIAL (F/O) ––

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLARS.__


3/BB) Defendant MR. VIALPANDO – INDIVIDUAL & OFFICIAL CAPACITY is a citizen of
【30】
<p style="margin-left:2em">(Name of second defendant)                    (I/O)</p>

__1900 SIMLER AVENUE, BIG SPRING, TEXAS 79720__ , and is employed as
<p style="margin-left:2em">(City, state)</p>

__UNIT MANAGER – F.C.I. BIG SPRING__ . At the time the
<p style="margin-left:2em">(Position and title, if any)</p>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: FEDERAL– OFFICIAL (F/O) ––

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –$200,000.00 DOLLARS.__ 2

__FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:__



3/CC) Defendant  **MS. PATTON – INDIVIDUAL & OFFICIAL CAPACITY**   is a citizen of
**[31]**                          *(Name of second defendant)*                    **(I/O)**

  **1900 SIMLER AVENUE, BIG SPRING, TEXAS 79720**   , and is employed as
                      *(City, state)*

  **UNIT MANAGER ("UNIT-TEAM") – F.C.I. BIG SPRING**   . At the time the
                *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                             **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/DD) Defendant  **MR. MONTEZ – INDIVIDUAL & OFFICIAL CAPACITY**   is a citizen of
**[32]**                          *(Name of second defendant)*                    **(I/O)**

  **1900 SIMLER AVENUE, BIG SPRING, TEXAS 79720**   , and is employed as
                      *(City, state)*

  **CORRECTIONAL COUNSELOR ("UNIT-TEAM") – F.C.I. BIG**   . At the time the
                *(Position and title, if any)*                      **SPRING**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                             **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/EE ) Defendant  **MR. STAHLEY – INDIVIDUAL & OFFICIAL CAPACITY**   is a citizen of
**[33]**                          *(Name of second defendant)*                    **(I/O)**

  **1900 SIMLER AVENUE, BIG SPRING, TEXAS 79720**   , and is employed as
                      *(City, state)*

  **UNIT MANAGER ("UNIT-TEAM") – F.C.I. BIG SPRING**   . At the time the
                *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                             **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.** [2]

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

\* 3/FF) Defendant  JUDGE LINDA THOMAS – INDIVIDUAL & OFFICIAL CAP-  is a citizen of
**[34]**                        *(Name of second defendant)* ACITY (I/O)
GEORGE L. ALLEN, SR. CRT. BLDG. ––
600 COMMERCE STREET, DALLAS, TEXAS 75202 _____, and is employed as
                        *(City, state)*
PROMOTED TO TEXAS APPL. CRT., DALLAS COUNTY, TEXAS –
256ᵗʰ JUDICIAL DISTRICT COURT – FAMILY COURT (" SDJC ") – ____. At the time the
                *(Position and title, if any)* DALLAS COUNTY, TEXAS

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                STATE–
law? Yes [ X ] No [  ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $600,000.00 DOLLARS.


\* 3/GG) Defendant JUDGE WILLIAM C. MARTIN – INDIVIDUAL & OFFICIAL  is a citizen of
**[35]**                        *(Name of second defendant)* CAPACITY (I/O)
GEORGE L. ALLEN, SR. CRT. BLDG. ––
600 COMMERCE STREET, DALLAS, TEXAS 75202 _____, and is employed as
                        *(City, state)*
256ᵗʰ JUDICIAL DISTRICT COURT – FAMILY COURT (" SDJC ") – ____. At the time the
                *(Position and title, if any)* DALLAS COUNTY, TEXAS

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                STATE–
law? Yes [ X ] No [  ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $600,000.00 DOLLARS.


\* 3/HH) Defendant JUDGE BRENDA G. GREEN – INDIVIDUAL & OFFICIAL ____ is a citizen of
**[36]**                        *(Name of second defendant)* CAPACITY (I/O)
GEORGE L. ALLEN, SR. CRT. BLDG. ––
600 COMMERCE STREET, DALLAS, TEXAS 75202 _____, and is employed as
                        *(City, state)*
256ᵗʰ JUDICIAL DISTRICT COURT – FAMILY COURT (" SDJC ") – ____. At the time the
                *(Position and title, if any)* DALLAS COUNTY, TEXAS

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                STATE–
law? Yes [ X ] No [  ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $1,000,000.00 DOLLARS. [2]

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983            PAGE  11  OF  48

* 3/II) Defendant __JUDGE DAVID LOPEZ – INDIVIDUAL & OFFICIAL CAP-__ is a citizen of
__[37]__                     *(Name of second defendant)* ACITY (I/O)               :
GEORGE L. ALLEN, SR., CRT. BLDG —
__600 COMMERCE STREET, DALLAS, TEXAS 75202_____, and is employed as
                      *(City, state)*

__256ᵗʰ__ __JUDICIAL DISTRICT COURT – FAMILY COURT (" SDJC ") –___. At the time the
        *(Position and title, if any)*      __DALLAS COUNTY, TEXAS__

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                        STATE–
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: OFFICIAL (S/O) —

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.__


* 3/JJ) Defendant __MR. GEORGE WHITE – INDIVIDUAL CAPACITY (I)_____ is a citizen of
__[38]__                     *(Name of second defendant)* [ " LAST—KNOWN " ]
__DALLAS, TEXAS [123 W. IRVING BLVD. IRVING, TX 75060]__, and is employed as
                      *(City, state)*

__PRIVATE ATTORNEY – DALLAS COUNTY, TEXAS_____. At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                        STATE–
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: OFFICIAL (S/O) —

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $800,000.00 DOLLARS.__


* 3/KK) Defendant __MR. W. J. "BILL" MORRIS – INDIVIDUAL CAPACITY___ is a citizen of
__[39]__                     *(Name of second defendant)*       (I)
__DALLAS TEXAS [ "LAST KNOWN" ]_____, and is employed as
                      *(City, state)*

__PRIVATE ATTORNEY – DALLAS COUNTY, TEXAS_____. At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                        STATE–
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: OFFICIAL (S/O) —

__TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL__

2

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $800,000.00 DOLLARS.__

__FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:__

* 3/LL) Defendant <u>TWO(2) – JOHN DOES – DALLAS COUNTY DEPUTIES –</u> is a citizen of
[40 – 41]                              *(Name of second defendant)* INDIVIDUAL CAPACITIES (I/O)
        <u>133 N. RIVER FRONT BLVD., DALLAS TEXAS 75207 ––</u>
        <u>500 COMMERCE STREET, DALLAS, TEXAS 75202</u>_____, and is employed as
                              *(City, state)*

        <u>DALLAS COUNTY SHERIFF'S DEPARTMENT (DCSD)</u>_____. At the time the
                              *(Position and title, if any)*

        claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                    STATE–
        law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                              [ TWO(2) @ $100,000.00 DOLLARS ]
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.</u>


* 3/MM) Defendant <u>FOUR(4) – JOHN DOES – DALLAS COUNTY JAIL GUARDS –</u>is a citizen of
[42 – 45]                              *(Name of second defendant)* INDIVIDUAL CAPACITIES (I/O)
        <u>133 N. RIVER FRONT BLVD., DALLAS, TX 75207 ––</u>
        <u>500 COMMERCE STREET, DALLAS, TEXAS 75202</u>_____, and is employed as
                              *(City, state)*

        <u>DALLAS COUNTY JAIL (DCJ) UNDER DCSD</u>_____. At the time the
                              *(Position and title, if any)*

        claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                    STATE–
        law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                              [ FOUR(4) @ $100,000.00 DOLLARS ]
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.</u>


* 3/NN) Defendant <u>THREE(3) – JOHN DOES – DALLAS COUNTY JAIL OFFI–</u> is a citizen of
[46 – 48]                              *(Name of second defendant)* CIALS – INDIVIDUAL CAPACITIES (I/O)
        <u>133 N. RIVER FRONT BLVD., DALLAS, TEXAS 75207</u>––
        <u>500 COMMERCE STREET, DALLAS, TEXAS 75202</u>_____, and is employed as
                              *(City, state)*

        <u>DALLAS COUNTY JAIL (DJC) UNDER DCSD</u>_____. At the time the
                              *(Position and title, if any)*

        claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                    STATE–
        law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: OFFICIAL (S/O) ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                              [ THREE(3) @ $200,000.00 DOLLARS ]
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $600,000.00 DOLLARS.</u>    2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT– DEFENDANTS:</u>



E/OO) Defendant __JUDGE SAM R. CUMMINGS - INDIVIDUAL & OFFICIAL__ is a citizen of
**[49]**                        *(Name of second defendant)* **CAPACITY (I/O)**

__USDC, N.D., P.O. BOX 1218, ABILENE, TX 79604__, and is employed as
                        *(City, state)*

__JUDGE AT USDC, N.D. OF TEXAS, P.O. BOX 1218, ABILENE,__ At the time the
        *(Position and title, if any)*          __TX 79604__

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [x] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL— OFFICIAL (F/O) --**

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $400,000.00 DOLLARS.__


E/PP) Defendant __JUDGE REED C. O' CONNOR - INDIVIDUAL & OFFICIAL__ is a citizen of
**[50]**                        *(Name of second defendant)* **CAPACITY (I/O)**

__USDC, N.D, P.O. BOX 1218, ABILENE, TX 79604__, and is employed as
                        *(City, state)*

__JUDGE AT USDC, N.D. OF TEXAS, P. O. BOX 1218, ABILENE,__ At the time the
        *(Position and title, if any)*          __TX 79604__

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [x] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL— OFFICIAL (F/O) --**

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $400,000.00 DOLLARS.__


E/QQ) Defendant __JOHN AND/OR JANE DOE CLERK - INDIVIDUAL & OFFIC-__ is a citizen of
**[51]**                        *(Name of second defendant)* **IAL CAPACITY (I/O)**

__USDC, N. D., P. O. BOX 1218, ABILENE, TX 79604__, and is employed as
                        *(City, state)*

__CLERK(S) AT USDC, N. D. OF TEXAS P. O. BOX 1218,__. At the time the
        *(Position and title, if any)*  __ABILENE, TX 79604__

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [x] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL— OFFICIAL (F/O) --**

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $200,000.00 DOLLARS.__

2

__FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT- DEFENDANTS:__

29



3/RR) Defendant **JUDGE EARL LEROY (LEE) YEAKEL,III – INDIVIDUAL &** is a citizen of
**[52]**          *(Name of second defendant)* **OFFICIAL CAPACITY (I/O)**

**501 W. 5th STREET, AUSTIN, TX 78701**_____, and is employed as
            *(City, state)*

**USDC, W.D., U.S. COURTHOUSE, AUSTIN, TX 78701**____. At the time the
            *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                                                                **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $1,000,000.00 DOLLARS.**

3/SS) Defendant **U.S. MAG. JUDGE ROBERT PITTMAN – INDIVIDUAL CAP–** is a citizen of
**[53]**          *(Name of second defendant)* **ACITY (I)**

**501 W. 5th STREET, AUSTIN, TX 78701**_____, and is employed as
            *(City, state)*

**USDC, W. D., U.S. COURTHOUSE, AUSTIN, TX 78701**____. At the time the
            *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                                                                **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**

3/TT) Defendant **U.S. MAG. JUDGE ANDREW W. AUSTIN – INDIVIDUAL**____ is a citizen of
**[54]**          *(Name of second defendant)* **CAPACITY (I)**

**501 W. 5th STREET, AUSTIN, TX 78701**_____, and is employed as
            *(City, state)*

**USDC, W. D., U.S. COURTHOUSE, AUSTIN, TX 78701**____. At the time the
            *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                                                                **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**          2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/UU)   Defendant **MS. ELIZABETH COTTINGHAM, AUSA – INDIVIDUAL CAP–** is a citizen of
**[55]**                *(Name of second defendant)*   **ACITY (I)**
          **FROST BANK PLAZA ––**
          **816 CONGRESS AVE., SUITE# 1000, AUSTIN, TX 78701**____, and is employed as
                              *(City, state)*
          **UNITED STATES ATTORNEY'S OFFICE –**
          **816 CONGRESS AVE., SUITE# 1000, AUSTIN, TX 78701**____. At the time the
                    *(Position and title, if any)*

          claim (s) alleged in this complaint arose was this defendant acting under the color of state

          law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**


3/VV')   Defendant **MS. MICHELLE McELROY, AUSA – INDIVIDUAL CAPAC–** is a citizen of
**[56]**                 *(Name of second defendant)*   **ITY (I)**
          **FROST BANK PLAZA ––**
          **816 CONGRESS AVE., SUITE# 1000, AUSTIN, TEXAS 78701**___, and is employed as
                              *(City, state)*
          **UNITED STATES ATTORNEY'S OFFICE ––**
          **816 CONGRESS AVE., SUITE# 1000, AUSTIN, TX 78701**____. At the time the
                    *(Position and title, if any)*

          claim (s) alleged in this complaint arose was this defendant acting under the color of state

          law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**


3/WW )   Defendant **MR. WILLIAM H. IBBOTSON – INDIVIDUAL CAPACITY (I)**is a citizen of
**[57]**                 *(Name of second defendant)*
          **ONE COMMODORE PLAZA ––**
          **800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701**____, and is employed as
                              *(City, state)*
          **ASST. PUBLIC DEFENDER ––**
          **800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701**____. At the time the
                    *(Position and title, if any)*

          claim (s) alleged in this complaint arose was this defendant acting under the color of state

          law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                                          **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**   2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/XX) Defendant **MR. RENEE MALDONADO — INDIVIDUAL CAPACITY (I)** is a citizen of
【58】
*(Name of second defendant)*

**ONE COMMODORE PLAZA —**

**800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701** , and is employed as
*(City, state)*

**PUBLIC DEFENDER'S INVESTIGATOR —**

**800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701** . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL– OFFICIAL (F/O) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/YY) Defendant **MS. JANE DOE — INDIVIDUAL CAPACITY (I)** is a citizen of
【59】
*(Name of second defendant)*

**ONE COMMODORE PLAZA —**

**800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701** , and is employed as
*(City, state)*

**PUBLIC DEFENDER'S INVESTIGATOR —**

**800 BRAZOS STREET, SUITE# 490, AUSTIN, TX 78701** . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL– OFFICIAL (F/O) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $100,000.00 DOLLARS.**


3/ZZ) Defendant **MR. JOSEPH H. GAY, JR., AUSA — INDIVIDUAL CAP–** is a citizen of
【60】
*(Name of second defendant)* **ACITY (I)**

**601 N. W. LOOP 410, SUITE# 600, SAN ANTONIO, TX 78216** and is employed as
*(City, state)*

**UNITED STATES ATTORNEY'S OFFICE**

**601 N. W. LOOP 410, SUITE# 600, SAN ANTONIO, TX 78216** At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ **X** ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL– OFFICIAL (F/O) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**   2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          **PAGE __17__ OF __48__**

**3/AAA)** Defendant <u>UNITED STATES MARSHALS SERVICE – INDIVIDUAL & </u> is a citizen of
**[61]**   <u>GENERAL COUNSEL / TORT DIVISION —</u> *(Name of second defendant)* OFFICIAL CAPACITY (I/O)
   <u>2604 JEFFERSON DAVIS HWY, ALEXANDRIA, VA 22301</u>, and is employed as
   *(City, state)*
   <u>DEPARTMENT OF JUSTICE (DOJ) —</u>
   <u>2604 JEFFERSON DAVIS HWY, ALEXANDRIA, VA 22301</u>. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                            FEDERAL–
   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: OFFICIAL (F/O) —

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS</u>

**3/BBB)** Defendant <u>FOUR (4) JOHN DOE U.S. MARSHALS – INDIVIDUAL CAP–</u> is a citizen of
**[62 – 65]**   *(Name of second defendant)* ACITIES (I)
      <u>AUSTIN, WACO, AND BIG SPRING, TX</u>, and is employed as
      *(City, state)*
      <u>U.S. DEPARTMENT OF JUSTICE (DOJ)</u>. At the time the
      *(Position and title, if any)*

      claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                               FEDERAL–
      law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:   OFFICIAL (F/O) —

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                                       [ FOUR(4) @ $100,000.00 DOLLARS ]
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –$400,000.00 DOLLARS.</u>

**3/CCC)** Defendant <u>MR. WILLIAM C. PUTNICKI – CLERK – INDIVIDUAL &</u> is a citizen of
**[66]**   <u>CLERK OF COURT —</u>   *(Name of second defendant)* OFFICIAL CAPACITY (I/O)
      <u>501 W. 5th STREET, AUSTIN, TX 78701</u>, and is employed as
      *(City, state)*
      <u>USDC, W. D. U.S. COURTHOUSE, AUSTIN, TX 78701</u>. At the time the
      *(Position and title, if any)*

      claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                               FEDERAL–
      law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:   OFFICIAL (F/O) —

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.</u>   2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983     <u>PAGE   18</u>  OF  <u>48</u>

3/DDD ) Defendant **MS. BRENDA HEENEY – SPECIAL AGENT OF IRS – INDIV–** is a citizen of
**[67]**                        *(Name of second defendant)* **IDUAL CAPACITY (I/O)**
**SAN ANTONIO FIELD OFFICE —–**
**9430 RESEARCH BLVD., BLDG. 1, #303, AUSTIN, TX 78759**, and is employed as
                        *(City, state)*
**CRIMINAL INVESTIGATION DIVISION (CID) —–**
**9430 RESEARCH BLVD., BLDG. 1, #303, AUSTIN, TX 78759** At the time the
                        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [**x**] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                          **OFFICIAL (F/O) —–**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $800,000.00 DOLLARS.**


3/EEE ) Defendant **MR. JOHN CORNELIUS, IRS' S/A – INDIVIDUAL CAPAC–** is a citizen of
**[68]**                        *(Name of second defendant)* **ITY (I/O)**
**SAN ANTONIO FIELD OFFICE —–**
**9430 RESEARCH BLVD., BLDG. 1, #303, AUSTIN, TX 78759** ; and is employed as
                        *(City, state)*
**CRIMINAL INVESTIGATION DIVISION (CID) —–**
**9430 RESEARCH BLVD., BLDG. 1, #303, AUSTIN, TX 78759**. At the time the
                        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [**x**] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                          **OFFICIAL (F/O) —–**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $500,000.00 DOLLARS.**


3/FFF ) Defendant **MS. ANN TIMMINS, IRS' SPECIAL AGENT (S/A) – INDIV–** is a citizen of
**[69]**                        *(Name of second defendant)* **IDUAL CAPACITY (I/O)**
**SAN ANTONIO FIELD OFFICE —–**
**9430 RESEARCH BLVD,, BLDG. 1, #303, AUSTIN, TX 78759**, and is employed as
                        *(City, state)*
**CRIMINAL INVESTIGATION DIVISION (CID) —–**
**9430 RESEARCH BLVD., BLDG. 1, #303, AUSTIN, TX 78759**. At the time the
                        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [**x**] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                          **OFFICIAL (F/O) —–**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $600,000.00 DOLLARS.**                     2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/GGG ) Defendant **MR. BOBBY SMITH, IRS UNDERCOVER INFORMANT – IND–** is a citizen of
**[70]**                                    *(Name of second defendant)* **IVIDUAL CAPACITY (I/O)**
    **SPECIAL AGENT (S/A) ––**
    **1100 COMMERCE ST. – INTERNAL REVENUE SERVICE (IRS)**  , and is employed as
              *(City, state)* **DALLAS, TEXAS 75242**
    **DALLAS COUNTY JAIL (DCJ) ––**
    **500 COMMERCE STREET, DALLAS, TX 75202**                  . At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                  **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**


3/HHH ) Defendant **JOHN DOES, IRS UNDERCOVER INFORMANT – INDIVIDUAL** is a citizen of
**[71]**                                    *(Name of second defendant)* **CAPACITIES (I/O)**
    **DALLAS COUNTY JAIL (DCJ) ––**
    **9430 RESEARCH BLVD. 1, #303, AUSTIN, TX 78759**       , and is employed as
          *(City, state)*
    **INTERNAL REVENUE SERVICE (IRS) – 1100 COMMERCE ST., DALLAS, TX 75242**
    **500 COMMERCE STREET, DALLAS TX. 75202**                  . At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                  **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


3/III ) Defendant **JOHN DOES, IRS INFORMANT IN DCJ – INDIVIDUAL CAP–** is a citizen of
**[72]**                                    *(Name of second defendant)* **ACITIES (I/O)**
    **DALLAS COUNTY JAIL (JCJ) ––**
    **1100 COMMERCE STREET – IRS – DALLAS, TX 75242**       , and is employed as
          *(City, state)*
    **IRS INFORMAT DCJ ––**
    **500 COMMERCE STREET, DALLAS, TX 75202  – DCJ**       . At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                  **OFFICIAL (F/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**       2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

PAGE 35 OF 741

3/JJJ) Defendant MR. PHILIP J. LYNCH — INDIVIDUAL CAPACITY (I) is a citizen of
[73]                        (Name of second defendant)
FEDERAL BUILDING — HEMISFAIR PARK —
727 E. DURANGO BLVD., SUITE# B—207, SAN ANTONIO, TX , and is employed as
                        (City, state)                              78206—1278
SAN ANTONIO, TX. UNDER AUSTIN, TX —
ASSISTANT PUBLIC DEFENDER OF WESTERN DISTRICT APPELL—At the time the
                (Position and title, if any)    ATE — USCA5, NEW ORLEANS, LA. 70130

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: FEDERAL—
                                                        OFFICIAL (F/O) —

TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $400,000.00 DOLLARS.


3/KKK) Defendant MS. KAREN MITCHELL, CLERK — INDIVIDUAL & OFFICIAL is a citizen of
[74]                        (Name of second defendant) CAPACITIY (I/O)

1100 COMMERCE STREET, DALLAS, TEXAS 75242 , and is employed as
                        (City, state)
CLERK OF THE COURT, RM# 1452 —
USDC N. D. OF TEXAS, 1100 COMMERCE STREET, DALLAS, . At the time the
            (Position and title, if any)       TEXAS 75242

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: FEDERAL—
                                                        OFFICIAL (F/O) —

TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $300,000.00 DOLLARS.


* 3/LLL) Defendant MR. BILL LONG, CLERK — INDIVIDUAL & OFFICIAL CAP—is a citizen of
[75]                        (Name of second defendant) ACITY (I/O)

600 COMMERCE STREET, DALLAS, TEXAS 75202 , and is employed as
                        (City, state)
CLERK OF THE DISTRICT COURTS — DALLAS COUNTY, TEXAS —
600 COMMERCE STREET, DALLAS, TEXAS 75202 . At the time the
            (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: STATE—
                                                        OFFICIAL (S/O) —

TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.    2

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:

**3/MMM)** Defendant <u>MR. CHARLES FULBRUGE,III, CLERK - INDIVIDUAL &</u> is a citizen of
**[76]**  <span style="font-size:small">(Name of second defendant)</span> **OFFICIAL CAPACITY (I/O)**

<u>600 S. MAESTRI PLACE, NEW ORLEANS, LA. 70130</u>, and is employed as
<span style="font-size:small">(City, state)</span>
<u>CLERK OF THE COURT, FIFTH CIRCUIT (USCA5) -</u>
<u>600 S. MAESTRI PLACE, NEW ORLEANS, LA. 70130</u>. At the time the
<span style="font-size:small">(Position and title, if any)</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-
OFFICIAL (F/O) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:</u> <u>AMOUNT OF CLAIM - $300,000.00 DOLLARS.</u>

**3/NNN )** Defendant <u>MS. CLAUDIA FARRINGTON - INDIVIDUAL CAPACITY (I)</u> is a citizen of
**[77]**  <span style="font-size:small">(Name of second defendant)</span>

<u>600 S. MAESTRI PLACE, NEW ORLEANS, LA. 70130</u>, and is employed as
<span style="font-size:small">(City, state)</span>
<u>ASST. CLERK OF THE COURT. FIFTH CIRCUIT (USCA5) -</u>
<u>600 S. MAESTRI PLACE, NEW ORLEANS, LA. 70130</u>. At the time the
<span style="font-size:small">(Position and title, if any)</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-
OFFICIAL (F/O) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $300,000.00 DOLLARS.</u>

**3/OOO )** Defendant <u>MR. WILLIAM K. SUTER, CLERK - INDIVIDUAL & OFFIC-</u> is a citizen of
**[78]**  <span style="font-size:small">(Name of second defendant)</span> **IAL CAPACITY (I/O)**

<u>ONE FIRST STREET, N.W., WASHINGTON, D. C. 20543</u>, and is employed as
<span style="font-size:small">(City, state)</span>
<u>CLERK OF THE UNITED STATES SUPREME COURT - SCOTUS -</u>
<u>ONE FIRST STREET, N. W., WASHINGTON, D.C. 20543</u>. At the time the
<span style="font-size:small">(Position and title, if any)</span>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-
OFFICIAL (F/O) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $400,000.00 DOLLARS.</u>  2

<u>FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:</u>

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          PAGE  22  OF  48

3/PPP)  Defendant <u>JUDGE ROBERT B. MALONEY - INDIVIDUAL & OFFICIAL</u> is a citizen of
**[79]**             *(Name of second defendant)*   **CAPACITY (I/O)**

<u>DALLAS, TX - USDC - N.D. TX - 1100 COMMERCE</u>, and is employed as
*(City, state)*

<u>JUDGE - 1100 COMMERCE ST. DALLAS, TX</u>. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-**
**OFFICIAL (F/O) --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**


3/QQQ)  Defendant <u>JUDGE SAM A. LINDSAY - INDIVIDUAL & OFFICIAL</u> is a citizen of
**[80]**             *(Name of second defendant)*   **CAPACITY (I/O)**

<u>DALLAS, TX - USDC - N.D. TX - 1100 COMMERCE</u>, and is employed as
*(City, state)*

<u>JUDGE - 1100 COMMERCE ST., DALLAS, TEXAS</u>. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-**
**OFFICIAL (F/O) --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**


3/RRR )  Defendant <u>JUDGE JANE BOYLE - INDIVIDUAL & OFFICIAL CAP-</u> is a citizen of
**[81]**             *(Name of second defendant)*   **ACITY (I/O)**

<u>DALLAS, TX - USDC - N.D. TX - 1100 COMMERCE</u>, and is employed as
*(City, state)*

<u>JUDGE - 1100 COMMERCE ST. DALLAS, TEXAS</u>. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL-**
**OFFICIAL (F/O) --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**                                  2

**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:**

3/SSS) Defendant  JUDGE CAROLYN D. KING - INDIVIDUAL & OFFICIAL   is a citizen of
[82]                    *(Name of second defendant)*    CAPACITY (I/O)

DALLAS, TX - USDC - N.D. TX - 1100 COMMERCE            , and is employed as
                    *(City, state)*

JUDGE - 1100 COMMERCE ST,, DALLAS, TEXAS             . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAE-**
                                                                  **OFFICIAL (F/O) --**

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:


3/TTT) Defendant  JUDGE BARABARA M. G. LYNN - INDIVIDUAL & OFFICIAL  is a citizen of
[83]                    *(Name of second defendant)*    CAPACITY (I/O)

DALLAS, TX - USDC - N. D. TX - 1100 COMMERCE          , and is employed as
                    *(City, state)*

JUDGE - 1100 COMMERCE ST., DALLAS, TEXAS             . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL -**
                                                                  **OFFICIAL (F/O) --**

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:


3/UUU) Defendant  JUDGE HENRY H. KENNEDY - INDIVIDUAL & OFFICIAL   is a citizen of
[84]                    *(Name of second defendant)*    CAPACITY (I/O)

WASHINGTON, D. C. - USDC WASHINGTON, D.C.            , and is employed as
                    *(City, state)*

JUDGE - USDC WASHINGTON, D.C.                        . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL-**
                                                                  **OFFICIAL (F/O) --**

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:                                    2

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:

3/VVV) Defendant <u>U.S. MAG. JUDGE JEFF KAPLAN – INDIVIDUAL & OFFIC-</u> is a citizen of
[85]                      *(Name of second defendant)*  **IAL CAPACITY (I/O)**

<u>DALLAS, TX – USDC – N.D. TX. 1100 COMMERCE</u> _____, and is employed as
              *(City, state)*

<u>U.S. MAGISTRATE – 1100 COMMERCE, DALLS, TX.</u> _____. At the time the
              *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ x ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) --**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>


3/WWW) Defendant <u>U.S. MAG. JUDGE WM. F. SANDERSON – INDIVIDUAL &</u> is a citizen of
[86]                      *(Name of second defendant)*  **OFFICIAL CAPACITY (I/O)**

<u>DALLAS, TX – USDC – N. D. TX – 1100 COMMERCE STREET</u> , and is employed as
              *(City, state)*

<u>U.S. MAGISTRATE – 1100 COMMERCE, DALLAS, TX</u> _____. At the time the
              *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ x ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL ( F/O) --**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>


3/XXX ) Defendant <u>U.S. MAG. JUDGE JOHN B. TOLLE – INDIVIDUAL &</u> is a citizen of
[87]                      *(Name of second defendant)*  **OFFICIAL CAPACITY (I/O)**

<u>DALLAS, TX – 1100 COMMERCE ST. – USDC – N.D. TEXAS</u> , and is employed as
              *(City, state)*

<u>U.S. MAGISTRATE – 1100 COMMERCE, DALLAS, TX</u> _____. At the time the
              *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ x ] No [ ]. If your answer is "Yes", briefly explain: **FEDERAL–**
**OFFICIAL (F/O) --**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>                         2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

3/YYY) Defendant <u>U.S. MAG. JUDGE PAUL D. STICKEY – INDIVIDUAL &</u> is a citizen of
**[88]**          *(Name of second defendant)* **OFFICIAL CAPACITY (I/O)** .

<u>DALLAS, TX – U.S. D.C. – N.D. TX , 1100 COMMERCE ST.</u>, and is employed as
                    *(City, state)*

<u>U.S. MAGISTRATE – 1100 COMMERCE STREET</u>                       . At the time the
         *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                      <u>**OFFICIAL** ( **F/O** )</u> ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>


3/ZZZ) Defendant **JOHN DOE U.S. MAG. JUDGE – INDIVIDUAL & OFFICIAL** is a citizen of
**[89]**          *(Name of second defendant)* **CAPACITY (I/O)**

          <u>WACO, TX – U.S.  MAGISTRATE</u>                       , and is employed as
                    *(City, state)*

<u>U.S. MAGISTRATE – WACO, TEXAS – IRS SEARCH & SEIZURE(2006)</u> At the time the
         *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL–**
                                                      <u>**OFFICIAL** ( **F/O** )</u> ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM –</u>


3/4–A'S) Defendant <u>CITY OF DALLAS – TORT</u>                       is a citizen of
**[90]**          *(Name of second defendant)*

          <u>DALLAS, TX – 1500 MARILLA ST. #SEN, DALLAS, TX 75210</u>, and is employed as
                    *(City, state)*

<u>CITY OF DALLAS OR NAMED OFFICIAL(S)</u>                       . At the time the
         *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ ] No [ ] . If your answer is "Yes", briefly explain: **TORT–**
                                                      <u>**OFFICIAL** ( **T/O** )</u> ––

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>                       2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

PAGE  41  OF 741  *1*

3/4-B'S) Defendant **COUNTY OF DALLAS – TORT**_____ is a citizen of

**[91]**                              *(Name of second defendant)*

**DALLAS, TX – 411 ELM ST. #250, DALLAS, TX 75202**_____, and is employed as

*(City, state)*

**COUNTY OF DALLAS AND OFFICIAL(S) WITH DALLAS COUNTY JAIL**. At the time the

*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐  No ☐ . If your answer is "Yes", briefly explain: **TORT–**
**OFFICIAL (T/O)  ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –**_____

* 3/4-C'S) Defendant **MR. CRAIG WATKINS = INDIVIDUAL & OFFICIAL**_____ is a citizen of

**[92]**                              *(Name of second defendant)*  **CAPACITY (I/O)**

**DALLAS, TX  – DALLAS COUNTY PROSECUTOR**_____, and is employed as

*(City, state)*

**DALLAS COUNTY PROSECUTOR**_____. At the time the

*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒  No ☐ . If your answer is "Yes", briefly explain: **STATE–**
**OFFICIAL (S/O)  ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM –**_____

* 3/4-D'S) Defendant **SHERIFF JIM BOWLES (EX) – INDIVIDUAL & OFFICIAL**__ is a citizen of

**[93]**                              *(Name of second defendant)* **CAPACITY (I/O)**

**DALLAS, TX – SHERIFF OF DALLAS COUNTY**_____, and is employed as

*(City, state)*

**SHERIFF OF DALLAS COUNTY OVER DALLAS COUNTY JAIL (DCJ)**___. At the time the

*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒  No ☐ . If your answer is "Yes", briefly explain: **STATE–**
**OFFICIAL (S/O) ––**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –**_____   2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

PAGE __42__ OF __741__

\* 3/4-E'S) Defendant __MS. SHIRELY BACCUS-LOBEL - INDIVIDUAL_____ is a citizen of
【94】                         _(Name of second defendant)_  CAPACITY (I

__DALLAS, TX - ATTORNEY_____, and is employed as
              _(City, state)_

__STATE ATTORNEY_____. At the time the
          _(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: __STATE-__
                                                                __OFFICIAL (S/O)__ --

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -__


\*3/4-F'S) Defendant __MR. PETER L. HARLAN - INDIVIDUAL & OFFICIAL_____ is a citizen of
【95】                         _(Name of second defendant)_  CAPACITY (I/O)

__DALLAS, TX - ASSISTANT STATE PROSECUTOR_____, and is employed as
              _(City, state)_

__ASSISTANT STATE PROSECUTOR FOR DALL., TX._____. At the time the
              _(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: __STATE-__
                                                                __OFFICIAL ( S/O)__ --

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM -__


\*3/4-G'S) Defendant __MR. CARL HADIGIAN - INDIVIDUAL & OFFICIAL_____ is a citizen of
【96】                         _(Name of second defendant)_ CAPACITY (I/O)

__DALLAS, TX - PUBLIC DEFENDER IN FAMILY COURT_____, and is employed as
              _(City, state)_

__PUBLIC DEFENDER FOR FAMILY COURT - DALLAS, TEXAS_____. At the time the
              _(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain: __STATE-__
                                                                __OFFICIAL ( S/O)__ --

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -__                2

__FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:__

PAGE __43__ OF __741__ 43

* 3/4-H'S) Defendant <u>MR. ROBERT G. DAVIS — INDIVIDUAL CAPACITY (I)</u> is a citizen of
[97]                              *(Name of second defendant)*

<u>DALLAS, TX  — PRIVATE ATTORNEY</u>, and is employed as
                    *(City, state)*

<u>RETAINED FOR SEVERAL YEARS BY JOE MARSHALL</u>. At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **STATE-OFFICIAL ( S/O) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM —</u>

* 3/4-I'S) Defendant <u>MR. THOMAS BARRON — INDIVIDUAL & OFFICIAL CAP-</u> is a citizen of
[98]                          *(Name of second defendant)*   **ACITY (I/O)**

<u>DALLAS, TX  — FEDERAL APPOINTED ATTORNEY</u>, and is employed as
                    *(City, state)*

<u>ATTORNEY APPOINTED ON MARSHALL'S § 2241 BY FEDS</u>. At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL-OFFICIAL ( F/O) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM —</u>

* 3/4-J'S) Defendant <u>MR. GARY A. UDASHEN — INDIVIDUAL CAPACITY (I)</u> is a citizen of
[99]                          *(Name of second defendant)*

<u>DALLAS, TX — FEDERAL APPOINTED ATTORNEY —APPEAL</u>, and is employed as
                    *(City, state)*

<u>FEDERAL APPOINTED ATTORNEY FOR APPEAL — 1987</u>. At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **FEDERAL-OFFICIAL (F/O) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM —</u>                    2

<u>FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT— DEFENDANTS:</u>

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          PAGE __29__ OF __48__

PAGE **44** OF **741** 44

3/4-K'S) Defendant **MR. CRAIG FERRELL - INDIVIDUAL & OFFICIAL CAP-** is a citizen of
**[100]**  
_(Name of second defendant)_  **ACITY (I/O)**

**DALLAS, TX** , and is employed as
_(City, state)_

**IRS' EMPLOYEE / UNDERCOVER PERSON** . At the time the
_(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **FEDERAL-OFFICIAL (F/O) --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**


3/4-L'S) Defendant **JOHN DOE IRS' BLIND GUY - INDIVIDUAL & OFFICIAL** is a citizen of
**[101]**  
_(Name of second defendant)_  **CAPACITY (I/O)**

**DALLAS, TX** , and is employed as
_(City, state)_

**IRS' EMPLOYEE / UNDERCOVER PERSON** . At the time the
_(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **FEDERAL-OFFICIAL ( --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**


3/4-M'S) Defendant **TEN(10) JOHN & JANE DOES OF IRS - INDIVIDUAL &** is a citizen of
--3/4-V'S)  
_(Name of second defendant)_  **OFFICIAL CAPACITY (I/O)**
**[102]** --
**[111]**  **DALLAS, AUSTIN, SAN ANTONIO, TEXAS** , and is employed as
_(City, state)_

**SPECIAL AGENTS / EMPLOYEES / AUDITORS** . At the time the
_(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **OFFICIALS (F/O) --**

**TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM -**                     2

**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:**

* 3/4-W'S )  Defendant  MR. LEE JACKSON – COMMISSIONER – INDIVIDUAL &  is a citizen of
**[112]**                          *(Name of second defendant)*                    **OFICIAL CAPACITY (I/O)**

DALLAS, TX – 411 ELM ST. #250, DALLAS, TX 75202 , and is employed as
                    *(City, state)*

JUDGE – COUNTY COMMISSIONER OF DALLAS COUNTY . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **STATE–OFFICIAL ( S/O ) --**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –


* 3/4-X'S )  Defendant  MR. JOHN WILEY PRICE – COMMISSIONER – INDIVIDUAL  is a citizen of
**[113]**                          *(Name of second defendant)* & **OFFICIAL CAPACITY (I/O)**

DALLAS, TX – 411 ELM ST. #250, DALLAS, TX 75202 , and is employed as
                    *(City, state)*

COUNTY COMMISSIONER OF DALLAS COUNTY . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **STATE–OFFICIAL ( S/O ) --**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM –


*3/4-Y'S )  Defendant  FOUR(4) JOHN & JANE DOES – COMMISSIONERS – INDIV– is a citizen of
-- 3/4-Z'S  AND                     *(Name of second defendant)* **IDUAL CAPACITIES (I/O)**
-- 3/5-A'S  DALLAS, TX – 411 ELM ST. #250, DALLAS, TX 75202 , and is employed as
-- 3/5-B'S                     *(City, state)*

**[114]** --  COUNTY COMMISSIONERS OF DALLAS COUNTY . At the time the
**[117]**                     *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **STATE–OFFICIALS(S/O) --**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –                                    2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

3/5-C'S ) Defendant <u>MR. CHARLES B. HENDRICKS — INDIVIDUAL (I)</u> is a citizen of

**[118]**
<div style="text-align:center">*(Name of second defendant)*</div>

<u>DALLAS, TX  — ATTORNEY</u>, and is employed as
<div style="text-align:center">*(City, state)*</div>

<u>LAWYER FOR STATE OR FEDERAL ?</u> . At the time the
<div style="text-align:center">*(Position and title, if any)*</div>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **STATE— OFFICIAL ( S/O) ––**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>

3/5-D'S ) Defendant <u>CINNAMON ORNELAS — INDIVIDUAL CAPACITY (I)</u> is a citizen of

**[119]**
<div style="text-align:center">*(Name of second defendant)*  **CAPACITY (I/O)**</div>

<u>AUSTIN, TX</u>, and is employed as
<div style="text-align:center">*(City, state)*</div>

<u>AUSTIN'S PROBATION OFFICE / PSI</u> . At the time the
<div style="text-align:center">*(Position and title, if any)*</div>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **FEDERAL— OFFICIAL (F/O)  ––**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:  AMOUNT OF CLAIM –</u>

*3/5-E'S ) Defendant <u>MS. ZELMA WILLIS — INDIVIDUAL & OFFICIAL CAPAC–</u> is a citizen of

**[120]**
<div style="text-align:center">*(Name of second defendant)*  **ITY (I/O)**</div>

<u>DALLAS, TX</u>, and is employed as
<div style="text-align:center">*(City, state)*</div>

<u>TEXAS CHILD—SUPPORT DIVISION</u> . At the time the
<div style="text-align:center">*(Position and title, if any)*</div>

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **STATE— OFFICIAL ( S/O) ––**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –</u>                                      2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

3/5-F'S) Defendant :MR. ARTHUR H. BOELTER – INDIVIDUAL CAPACITY (I) is a citizen of

【121】
*(Name of second defendant)*

SEATTLE, WASHINGTON (LAST KNOWN) – ATTORNEY , and is employed as
*(City, state)*

LAWYER, CONSULTANT / RETAINER – WIZARD SERVICES / JOE MARSH÷. At the time the
*(Position and title, if any)* ALL'S COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ⊠ No ☐ . If your answer is "Yes", briefly explain: PRIVATE- CITIZEN (P/C) ––

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $300,000.00 DOLLARS.


3/5-G'S) Defendant MS. SHARON JONES – INDIVIDUAL CAPACITY (I) is a citizen of
【122】
*(Name of second defendant)*

IRVING, TEXAS (LAST KNOWN) , and is employed as
*(City, state)*

CLIENT, RENTER, ASSOCIATE – WIZARD SERVICES / JOE MARSHALL AND. At the time the
*(Position and title, if any)* COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ⊠ No ☐ . If your answer is "Yes", briefly explain: PRIVATE- CITIZEN (P/C) ––

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $100,000.00 DOLLARS.


3/5-H'S) Defendant MS. GLORIA CROSS-BROWN – INDIVIDUAL CAPACITY (I) is a citizen of
【123】
*(Name of second defendant)*

DALLAS, TEXAS (LAST KNOWN) , and is employed as
*(City, state)*

CLIENT, RENTER, ASSOCIATE – WIZARD SERVICES / JOE MARSHALL AND. At the time the
*(Position and title, if any)* COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ⊠ No ☐ . If your answer is "Yes", briefly explain: PRIVATE- CITIZEN (P/C) ––

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY : AMOUNT OF CLAIM – $100,000.00 DOLLARS.    2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

48

3/5-I'S) Defendant <u>MR. CHARLES E. ERWIN, JR. — INDIVIDUAL CAPACITY</u> is a citizen of

**[124]**                                    *(Name of second defendant)*                    **(I)**

<u>DALLAS, TEXAS (LAST KNOWN)</u>_____, and is employed as
                               *(City, state)*

<u>CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE</u>_____. At the time the
                         *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                            **PRIVATE—**
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **CITIZEN (P/C) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.</u>


3/5-J'S) Defendant <u>MS. LAURIE L. CARR — INDIVIDUAL CAPACITY (I)</u>   is a citizen of

**[125]**                                    *(Name of second defendant)*

<u>DALLAS, TEXAS (LAST KNOWN)</u>_____, and is employed as
                               *(City, state)*

<u>CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE</u>_____. At the time the
                         *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                            **PRIVATE—**
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **CITIZEN (P/C) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.</u>


3/5-K'S ) Defendant <u>MS. JOAN HONEGGER — INDIVIDUAL (I)</u>      is a citizen of

**[126]**                                    *(Name of second defendant)*

<u>DALLAS, TEXAS (LAST KNOWN)</u>_____, and is employed as
                               *(City, state)*

<u>CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE</u>____. At the time the
                         *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                            **PRIVATE—**
law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: **CITIZEN (P/C) —**

<u>TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.</u>     2

<u>FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:</u>

49

**3/5-L'S)** Defendant  **MR. HONEGGER — INDIVIDUAL CAPACITY (I)**  is a citizen of
**[127]**  HUSBAND OF JOAN HONEGGER*(Name of second defendant)*

**DALLAS, TEXAS (LAST KNOWN)**  , and is employed as
*(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE**  . At the time the
*(Position and title, if any)*  **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes  **[X]**  No  **[ ]** . If your answer is "Yes", briefly explain:  **PRIVATE—
CITIZEN (P/C) —-**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $200,000.00 DOLLARS.**


**3/5-M'S )** Defendant  **GLADYS GIPSONS — INDIVIDUAL CAPACITY (I)**  is a citizen of
**[128]**  *(Name of second defendant)*

**DALLAS, TEXAS**  , and is employed as
*(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE**  . At the time the
*(Position and title, if any)*  **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes  **[X]**  No  **[ ]** . If your answer is "Yes", briefly explain:  **PRIVATE—
CITIZEN (P/C) —-**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $100,000.00 DOLLARS.**


**3/5-N'S )** Defendant  **MR. JAMES WILLIAMS, JR. — INDIVIDUAL CAPACITY**  is a citizen of
**[129]**  *(Name of second defendant)*  **(I)**

**DALLAS, TEXAS**  , and is employed as
*(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER — WIZARD SERVICES / JOE**  . At the time the
*(Position and title, if any)*  **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes  **[X]**  No  **[ ]** . If your answer is "Yes", briefly explain:  **PRIVATE—
CITIZEN (P/C) —-**

**TANDEM—CONTINUING—INTERLOCKING / INEXTRICABLY—INTERTWINED STATE AND FEDERAL**

2

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM — $100,000.00 DOLLARS.**

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:**

PAGE **50** OF **741**

**3/5-O'S)** Defendant **MS. RHONDA WILLIAMS – INDIVIDUAL CAPACITY (I)** is a citizen of
**[130]**                          *(Name of second defendant)*

**DALLAS, TEXAS**                                                  , and is employed as
                          *(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE**   . At the time the
                          *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                          **PRIVATE –**
law?  Yes  [**X**]  No  [ ]  . If your answer is "Yes", briefly explain:  **CITIZEN (P/C) --**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $100,000.00 DOLLARS.**


**3/5-P'S)** Defendant **MS. CARLA ELLISON – INDIVIDUAL CAPACITY (I)** is a citizen of
**[131]**                          *(Name of second defendant)*

**DALLAS, TEXAS**                                                  , and is employed as
                          *(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE**   . At the time the
                          *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                          **PRIVATE–**
law?  Yes  [**X**]  No  [ ]  . If your answer is "Yes", briefly explain:  **CITIZEN (P/C) --**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**


**3/5-Q'S)** Defendant **MR. BRUCE LOGGSTON – INDIVIDUAL CAPACITY (I)** is a citizen of
**[132]**                          *(Name of second defendant)*

**DALLAS, TEXAS**                                                  , and is employed as
                          *(City, state)*

**CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE**  . At the time the
                          *(Position and title, if any)*        **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                          **PRIVATE–**
law?  Yes  [**X**]  No  [ ]  . If your answer is "Yes", briefly explain:  **CITIZEN (P/C) --**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**  2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/5-R'S ) Defendant  MR. LEE CARTER – INDIVIDUAL CAPACITY (I)  is a citizen of
【133】                        *(Name of second defendant)*

DALLAS, TEXAS _____, and is employed as
                        *(City, state)*

CLIENT, TURNED IRS INFORMANT – WIZARD SERVICES / JOE . At the time the
                *(Position and title, if any)*      MARSHALL'S COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.


3/5-S'S ) Defendant  MS. CHERYL D. ABERCROMBIE – INDIVIDUAL CAPACITY is a citizen of
【134】                        *(Name of second defendant)*              (I)

_____, and is employed as
                        *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE . At the time the
                *(Position and title, if any)*      JOE MARSHALL'S COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.


3/5-T'S ) Defendant  MR. JACKIE ROBINSON – INDIVIDUAL CAPACITY (I)  is a citizen of
【135】                        *(Name of second defendant)*

DALLAS, TEXAS _____, and is employed as
                        *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE . At the time the
                *(Position and title, if any)*      MARSHALL'S COMPANIES,

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $100,000.00 DOLLARS.   2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

3/5-U'S) Defendant MR. TRAVIS JOHNSON: ESTATE OF – INDIVIDUAL _____ is a citizen of
**[136]**             *(Name of second defendant)* **CAPACITY (I)**

   DALLAS, TEXAS _____, and is employed as
                     *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE _____. At the time the
                  *(Position and title, if any)*  **MARSHALL'S COMPANIES,**

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–
                                                    CITIZEN (P/C) ––**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.

3/5-V'S) Defendant _MR. TOMMIE TURNER: ESTATE OF – INDIVIDUAL_____ is a citizen of
**[137]**             *(Name of second defendant)* **CAPACITY (I)**

   DALLAS, TEXAS _____, and is employed as
                     *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE _____. At the time the
                  *(Position and title, if any)*  **MARSHALL'S COMPANIES,**

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–
                                                    CITIZEN (P/C) ––**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.

3/5-W'S) Defendant MR. FORREST RICHARDSON: ESTATE OF – INDIVIDUAL _____ is a citizen of
**[138]**             *(Name of second defendant)* **CAPACITY (I)**

   DALLAS, TEXAS _____, and is employed as
                     *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE _____. At the time the
                  *(Position and title, if any)*  **MARSHALL'S COMPANIES,**

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–
                                                    CITIZEN (P/C) ––**

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS. [2]

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

PAGE **53** OF **741**

3/5-X's) Defendant **MR. STEVE WOLFSON – INDIVIDUAL CAPACITY (I)** is a citizen of

**[139]**

*(Name of second defendant)*

**DALLAS, TEXAS (LAST KNOWN) – ATTORNEY**, and is employed as

*(City, state)*

**LAWYER, CONSULTANT / RETAINER – WIZARD SERVICES / JOE**. At the time the

*(Position and title, if any)* **MARSHALL'S COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ X ]  No [  ] . If your answer is "Yes", briefly explain: **PRIVATE– CITIZEN (P/C) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $400,000.00 DOLLARS.**

3/5-Y'S) Defendant **MR. HOWARD WEINBERGER – INDIVIDUAL CAPACITY (I)** is a citizen of

**[140]**

*(Name of second defendant)*

**DALLAS, TEXAS (LAST KNOWN) – ATTORNEY**, and is employed as

*(City, state)*

**LAWYER, CRIMINAL DEFENSE OF WIZARD SERVICES / JOE MARSHALL** At the time the

*(Position and title, if any)* **& COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ X ]  No [  ] . If your answer is "Yes", briefly explain: **PRIVATE– CITIZEN (P/C) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.**

3/5-Z'S) Defendant **MR. CHARLES SHAFER – INDIVIDUAL CAPACITY (I)** is a citizen of

**[141]**

*(Name of second defendant)*

**DALLAS, TEXAS (LAST KNOWN) – ATTORNEY**, and is employed as

*(City, state)*

**LAWYER, CRIMINAL DEFENSE OF WIZARD SERVICES / JOE MARSHALL**. At the time the

*(Position and title, if any)* **& COMPANIES,**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [ X ]  No [  ] . If your answer is "Yes", briefly explain: **PRIVATE– CITIZEN (P/C) —**

**TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL**

**AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $300,000.00 DOLLARS.** 2

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:**

3/6-A'S) Defendant MR. WILLIE BERRY: ESTATE OF – INDIVIDUAL CAPACITY is a citizen of
[142]                *(Name of second defendant)*                    (I)

DALLAS, TEXAS _____, and is employed as
                        *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE MARSH— At the time the
                *(Position and title, if any)*        ALL'S COMPANIES.

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                                  CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.


3/6-B'S) Defendant MR: ALFRED HUNTSBERRY: ESTATE OF – INDIVIDUAL is a citizen of
[143]              *(Name of second defendant)* CAPACITY (I)

DALLAS, TEXAS _____, and is employed as
                        *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE _____. At the time the
                *(Position and title, if any)*       MARSHALL'S COMPANIES.

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                                  CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.


3/6-C'S ) Defendant MS. VICKY McGRUDER: ESTATE OF – INDIVIDUAL is a citizen of
[144]              *(Name of second defendant)* CAPACITY (I)

DALLAS, TEXAS _____, and is employed as
                        *(City, state)*

CLIENT, ASSOCIATE, STAKEHOLDER – WIZARD SERVICES / JOE _____. At the time the
                *(Position and title, if any)*       MARSHALL'S COMPANIES.

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                                  CITIZEN (P/C) ––

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.

2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

**3/6-D'S**) Defendant <u>DR. WHITTLESEY: ESTATE OF - INDIVIDUAL CAPACITY</u> is a citizen of
**[145]**                     *(Name of second defendant)*                     **(I)**

<u>DALLAS, TEXAS</u> _____, and is employed as
                     *(City, state)*

<u>LEASOR, ASSOCIATE, STAKEHOLDER - WIZARD SERVICES / JOE</u> . At the time the
                     *(Position and title, if any)*     **MARSHALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                     **PRIVATE-**
law? Yes [**X**] No [ ] . If your answer is "Yes", briefly explain: **CITIZEN (P/C) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $400,000.00 DOLLARS.</u>


**3/6-E'S**) Defendant <u>MS. MATTIE COOK: ESTATE OF - INDIVIDUAL CAPACITY</u> is a citizen of
**[146]**                     *(Name of second defendant)*                     **(I)**

<u>DALLAS, TEXAS</u> _____, and is employed as
                     *(City, state)*

<u>CLIENT, ASSOCIATE, STAKEHOLDER - WIZARD SERVICES / JOE</u> . At the time the
                     *(Position and title, if any)*     **MARSHALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                     **PRIVATE-**
law? Yes [**X**] No [ ] . If your answer is "Yes", briefly explain: **CITIZEN (P/C) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $200,000.00 DOLLARS.</u>


**3/6F'S--3/6-O'S**) Defendant <u>TEN(10) JOHN & JANE DOES: ESTATE OF - INDIVIDUAL</u> is a citizen of
**[147] -- [156]**           *(Name of second defendant)* **CAPACITIES (I)**

<u>DALLAS, WACO, AND TEMPLE - KNOWN & UNKNOWN</u> _____, and is employed as
                     *(City, state)*

<u>CLIENT, ASSOCIATE, STAKEHOLDER - WIZARD SERVICES / JOE</u> . At the time the
                     *(Position and title, if any)* **MARSHALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                     **PRIVATE-**
law? Yes [**X**] No [ ] . If your answer is "Yes", briefly explain: **CITIZENS (P/C) --**

<u>TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL</u>

                                   **[TEN(10) @ $200,000.00 = $2.0  MILLIONS]**
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIMS = $2.0  MILLION DOLLARS.</u>  **2**

<u>FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:</u>

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983        **PAGE  41  OF  48**



3/6-P'S ) Defendant <u>MR. MITCHELL MARSHALL – INDIVIDUAL CAPACITY (I)</u> is a citizen of
**[157]**                     *(Name of second defendant)*

TEMPLE, TEXAS  / FAMILY MEMBERS_____, and is employed as
                *(City, state)*

<u>BROTHER, CLIENT, STAKEHOLDER – WIZARD SERVICES / JOE MARSH–</u>. At the time the
                *(Position and title, if any)* **ALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–**
**CITIZEN (P/O) ––**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $200,000.00 DOLLARS.</u>


3/6-Q'S –– ) Defendant <u>TWENTY(20) – FAMILY MEMBERS – INDIVIDUAL CAPAC–</u> is a citizen of
3/6-Z'S; · JOHN AND JANE DOES –– *(Name of second defendant)* ITIES (I)
3/7-A'S ––
3/7-J'S; AND     <u>DALLAS, HOUSTON, TEMPLE, AND LULING, TEXAS</u>_____, and is employed as
**[158] –– [177]**          *(City, state)*
<u>RELATIVES, CLIENTS, ASSOCIATES, STAKEHOLDER – WIZARD SERVICES</u> At the time the
                *(Position and title, if any)* **/ JOE MARSHALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–**
**CITIZENS (P/O) ––**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                **[TWENTY(20) @ $200,000.00 = $4.0 MILLIONS]**
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $4.0 MILLION DOLLARS.</u>


3/7-K'S –– ) Defendant <u>TWENTY-FIVE(25) JOHN AND JANE DOES – ESTATE OF</u> is a citizen of
3/7-Z'S;                  *(Name of second defendant)* **FAMILY – INDIVIDUAL CAPACITIES (I)**
3/8-A'S ––
3/8-I'S; AND     <u>DALLAS, TEMPLE, SAN ANTONIO, TEXAS</u>_____, and is employed as
**[178] –– [202]**          *(City, state)*
<u>RELATIVES, CLIENTS, ASSOCIATES, STAKEHOLDER – WIZARD SERVICES</u>. At the time the
                *(Position and title, if any)* **/ JOE MARSHALL'S COMPANIES.**

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: **PRIVATE–**
**CITIZENS (P/O) ––**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>
                **[TEWNTY(25) @ $200,000,00 = $6.25 MILLION DOLLARS]**
<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $6.25 MILLION DOLLARS.</u>   2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

3/8-J'S) Defendant <u>MR. JAMES ARNOLD GIBSON – INDIVIDUAL CAPACITY (I)</u> is a citizen of
**[203]**                        *(Name of second defendant)*

<u>LULING, TEXAS</u>                                            , and is employed as
                        *(City, state)*

<u>CLIENT, ASSOCIATES, STAKEHOLDER – WIZARD SERVICES / JOE</u>   . At the time the
            *(Position and title, if any)* MARSHALL'S COMPANIES.

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X̄]  No [ ] . If your answer is "Yes", briefly explain: PRIVATE –
                                                    CITIZEN (P/C) —

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $100,000.00 DOLLARS.


3/8-K'S —) Defendant <u>TWENTY(20) JOHN AND JANE DOES – INDIVIDUAL CAP–</u> is a citizen of
3/8-Z'S;                        *(Name of second defendant)* ACITIES (1)
3/9-A'S —
3/9-D'S; AND <u>DALLAS, TEMPLE, SAN ANTONIO, LULING, TEXAS</u>       , and is employed as
**[204]**=—— **[223]**            *(City, state)*
     <u>CLIENTS, ASSOCIATES, STAKEHOLDERS – WIZARD SERVICES / JOE</u>   . At the time the
            *(Position and title, if any)* MARSHALL'S COMPANIES.

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                    CITIZENS (P/C) —

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL
                    [TWENTY(20) @ $100,000.00 = $2.0 MILLIONS DOLLARS]
AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $2.0 MILLION DOLLARS.


3/9-E'S —) Defendant <u>TWENTY(20) JOHN AND JANE DOES – INDIVIDUAL AND/OR</u> is a citizen of
3/9-X'S; AND                        *(Name of second defendant)* OFFICIAL CAPACITIES
**[224]** —— **[243]** <u>DALLAS, AUSTIN, CHICAGO – USA</u>       , and is employed as
                    *(City, state)*
EX–CEO'S / OWNERS / MANAGERS OF MAJOR CORPORATIONS —
<u>CLIENTS, ASSOCIATES, CONTRACTORS, STAKEHOLDERS – WIZARD SER–</u> . At the time the
            *(Position and title, if any)* VICES / JOE MARSHALL'S COMPANIES

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: PRIVATE–
                                                    CITIZENS (P/C) —

TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL
                    [TWENTY(20) @ $400,000.00 = $8.0 MILLION DOLLARS]
AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM –$8.0 MILLION DOLLARS.

2

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:

3/9-Z'S) Defendant THE STATE BAR OF TEXAS - INDIVIDUAL AND OFFICIAL is a citizen of
[244]                        (Name of second defendant)  CAPACITY (I/O)

AUSTIN, TEXAS                                         , and is employed as
JOHN DOE -              (City, state)

PRESIDENT - 1414 COLORADO ST., AUSTIN, TX. 78711-2487        . At the time the
                        (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: STATE / TORT -
                                                   OFFICIAL ( S/O) --

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $5 MILLION DOLLARS.


3/10-A'S) Defendant AMERICAN BAR ASSN. (ABA) - INDIVIDUAL AND OFFIC-- is a citizen of
[245]                        (Name of second defendant)   IAL CAPACITY (I/O)

CHICAGO, ILLINOIS                                    , and is employed as
JOHN DOE -              (City, state)

PRESIDENT - 321 N. CLARK ST. CHICAGO ILLINOIS 60610     . At the time the
                        (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: STATE / TORT -
                                                   OFFICIAL ( S/O) --

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $5 MILLION DOLLARS.


3/10-B'S) Defendant STATE  OF TEXAS                          is a citizen of
[246]                        (Name of second defendant)

AUSTIN, TEXAS                                        , and is employed as
                        (City, state)

TORT CLAIM DIVISION, P.O. BOX 12548, AUSTIN, TX. 78711     . At the time the
                        (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes [X]  No [ ] . If your answer is "Yes", briefly explain: TORT-
                                                   OFFICIAL ( S/O) --

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $20 MILLION DOLLARS.   2

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          PAGE  44  OF  48

3/10 –C'S ) Defendant <u>INTERNAL REVENUE SERVICE (IRS)</u> _____ is a citizen of
[247]
                            *(Name of second defendant)*

    <u>WASHINGTON, D. C.</u> _____, and is employed as
              *(City, state)*

  <u>TORT – INTERNAL REVENUE SERVICE (IRS)</u> _____. At the time the
             *(Position and title, if any)*

    claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                              **TORT–**
    law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **OFFICIAL– (T/O) ⌐--**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:AMOUNT OF CLAIM – $30 MILLION DOLLARS</u>

3/10–D'S ) Defendant <u>BUREAU OF PRISONS</u> _____ is a citizen of
[248]
                            *(Name of second defendant)*

    <u>WASHINGTON, D.C.</u> _____, and is employed as
              *(City, state)*

  <u>TORT – BUREAU OF PRISONS</u> _____. At the time the
             *(Position and title, if any)*

    claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                            **TORT–**
    law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **OFFICIAL (T/O) --**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $10 MILLION DOLLARS.</u>

3/10–E'S ) Defendant <u>U.S. DEPARTMENT OF JUSTICE</u> _____ is a citizen of
[249]
                            *(Name of second defendant)*

    <u>WASHINGTON, D. C.</u> _____, and is employed as
              *(City, state)*

  <u>TORT U.S. DEPARTMENT OF JUSTICE</u> _____. At the time the
              *(Position and title, if any)*

    claim (s) alleged in this complaint arose was this defendant acting under the color of state
                                                                            **TORT–**
    law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain: **OFFICIAL (T/O) --**

<u>TANDEM–CONTINUING–INTERLOCKING / INEXTRICABLY–INTERTWINED STATE AND FEDERAL</u>

<u>AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM – $5 MILLION DOLLARS.</u>    2

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – DEFENDANTS:</u>

3/10-F'S)  Defendant __FEDERAL BUREAU OF INVESTIGATION (FBI)__ is a citizen of

【250】                    *(Name of second defendant)*

__WASHINGTON, D.C. / DALLAS, TEXAS__ , and is employed as
                    *(City, state)*

__TORT - FEDERAL BUREAU OF INVESTIGATION (FBI)__ . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain:  __TORT-__
__OFFICIAL (T/O) --__

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $5 MILLION DOLLARS.__


3/10-G'S)  Defendant __EXECUTIVES OFFICES FOR U.S. ATTORNEYS - OFFICIAL__ is a citizen of

【251】                    *(Name of second defendant)*        __CAPACITY (O)__

__WASHINGTON, D.C., DALLAS, AUSTIN, SAN ANTONIO__ , and is employed as
                    *(City, state)*

__TORT - EXECUTIVES OFFICES FOR U.S. ATTORNEYS__ . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain:  __TORT-__
__OFFICIAL (T/O) --__

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:__


3/10-H'S)  Defendant __ADMINISTRATIVE OFFICE FOR U.S. COURTS__ is a citizen of

【252】                    *(Name of second defendant)*

__WASHINGTON, D.C. / DALLAS__ , and is employed as
                    *(City, state)*

__TORT - ADMINISTRATIVE OFFICE FOR U.S. COURTS__ . At the time the
                    *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain:  __TORT-__
__OFFICIAL (T/O) --__

__TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL__

2

__AUTHORITIES ON CIVIL RIGHTS CONSPIRACY:__

__FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS:__

3/10-I'S ) Defendant __UNITED STATES OF AMERICA (USA)_____ is a citizen of
【253】
                         *(Name of second defendant)*

__WASHINGTON, D.C. - 950 PENNSYLVANIA AVENUE N.W._____, and is employed as
                         *(City, state)*

_TORT - UNITED STATES OF AMERICA_____. At the time the
                         *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain: __TORT-__
__OFFICIAL (T/O) --__

TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND FEDERAL

AUTHORITIES ON CIVIL RIGHTS CONSPIRACY: AMOUNT OF CLAIM - $10 MILLION DOLLARS.

B A C K G R O U N D  /  I N T R O D U C T I O N --

This MATTER comes before the Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER

(" TRO ") AND PRELIMINARY INJUNCTION (" PI ") using the DEFENDANTS: "[1]" - "[20]",

PAGE 1 OF 741 - PAGE 8 OF 741 (INFRA). [1] 2) DEFENDANT, [2] 3) DEFENDANT --

3/10-I'S) DEFENDANT [253] [ N O T E unique order of A'S - Z'S , PAGE 1 OF 741

- PAGE 50 - 741 ] are all " Facsimiles " of " Court Forms " for filing a COMP-

LAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 and BIVENS-ACTIONS [ SEE PAGE 121

OF 741 - 134 OF 741 ]. MARSHALL address in the " OPERATIVE COMPLAINT ":

PAGES: 51 OF 741 - PAGE 134 OF 741 with named " DECLARATIONS ", " MOTION ",

" BRIEF ", " MEMO " and " ORDERS " [ PAGE 135 OF 741 - 263 OF 741 ]; AND

ATTACHMENTS: ONE(1)-A - FIVE(5)-E. MARSHALL will gleam from PAGES: 1 OF 741 -

263 OF 741 using the selected pages on " ORDER TO SHOW CAUSE " to be served on

DEFENDANTS: [1] - [20] by UNITED STATES MARSHALS on service of a Prisoner proceed

ing IN FORMA PAUPERIS (IFP) [ PAGE 207 OF 741 - 226 OF 741 ].

MARSHALL with TRO to persuade the JUDGE(S) to sign an order and schedule a hearing

and immediately serve the " ORDER " personally on the adverse parties [ "[1]" -

"[20]" ] with enough time to permit the Court to schedule a PRELIMINARY INJUNCTION (PI)

HEARING [ PAGE 199 OF 741 - 206 OF 741 ] -- ALL INFRA.

CONTINUED NEXT-PAGE, PAGE 50 OF 741 (INFRA)

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS: [2]

CONTINUED FROM PAGE-49 OF     - 3/10-I'S DEFENDANTS: [1] - [253] --

This " LAWSUIT " [ EXCERPTED BELOW ] was in " BOX-4 " Or " BOX-5 " in a BROWN-

FOLDER:  2½  X  11½  X  10½  - ABOUT  5  LBS with Thousands-Of-Dollars in COSTS

and Tens-Of-Thousands-Of-Hours in PRODUCTION. SEE 2) REQUEST FOR RELIEF, PAGE-120,

and F.  REQUEST FOR RELIEF, PAGE  133  OF  741  -- BOTH INFRA.

THIS CAUSE SHOULD BE JUST FILED SUBJECT TO PRISON LITIGATION REFORM ACT (PLRA)

PROVISIONS GOVERNING SUCH RELIEF. THE ISSUES ARE VERY CLEAR-CUT - E.G.: The Constit-

ution; Statutes; Regulations; Or Well-Established Administrative Practices. Also,

GREENLAW V. UNITED STATES, 544 U.S. 237, 243, 128 S. CT. 2559, 171 L.Ed.2d 399

(2008) - " Principle Of Party Presentanion " in our Adversary System.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN (JOE) MARSHALL; SR. | * | PRISONER'S AND/OR PRIVATE-CITIZEN'S |
| PLAINTIFF, | * | CIVIL RIGHTS COMPLAINT |
| | * | |
| - V S - | * | JURISDICTION INVOKED: |
| | * | • 42 U.S.C. § 1983; |
| INTERNAL REVENUE SERVICE (IRS), | * | • " BIVENS "; |
| AND | * | • CASES / CONTROVERSIES  AND |
| ET AL., | * | • CIVIL RIGHTS CONSPIRACY; |
| DEFENDANTS. | * | W I T H |
| " SHORT CAPTION " | * | JURY TRIAL |
| N O T E: IN " BOX-4 " OR " BOX-5 " -- A | * | DEMAND. |
| BROWN-FOLDER ABOUT  2½  X  11½"  X  10½ . | * | " KIND-OF-RELIEF " |

* * * * * * * * * * * * * * * * * * * * * * * * *

COMPLAINT - " § 1983 " AND " BIVENS " / " CASES " OR " CONTROVERSIES "

C O M P L A I N T  /  J U R Y  T R I A L  D E M A N D E D

C I V I L  R I G H T S  C O M P L A I N T

COMPLAINT - "§ 1983" / "BIVENS" / "CONTROVERSIES" - COVER: PAGE 1 OF 10

1  OF  478

E N D  O F

D E F E N D A N T S:  [1]  -  [253] .

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - DEFENDANTS: 2

PAGE  48  OF  48

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983

I N   T H E   PAGE _____ OF _____
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A,   K A N S A S

| | | PAGE: | CITE: | TAB: | |
|---|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A<br>i  –  xi | A<br>i  –  xi | 1<br>2  –  12 | (1) |
| (2) | § 1983 | 1  –  2 | 1  –  2<br>TAB  –  SHEET  ONLY | 13  –  14 | (2) |
| (3) | DEFENDANTS | 3  –  50 | 3  –  50 | 15  –  62 | (3) |
| (4) | CAUSE OF ACTION | 51  –  58 | 51  –  58<br>UNCOUNTED  PAGE | 63  –  70 | (4) |
| (5) | PREVIOUS LAWSUITS | 59  –  119 | 59  –  119 | 71  –  131 | (5) |
| (6) | REQUEST FOR RELIEF | 120  –  121 | 120  –  121<br>TAB  –  SHEET  ONLY | 132  –  133 | (6) |
| (7) | BEVINS ACTIONS | 122  –  123 | 122  –  123 | 134  –  135 | (7) |
| (8) | CAUSE OF ACTION | 124  –  132 | 124  –  132 | 136  –  144 | (8) |
| (9) | REQUEST FOR RELIEF | 133  –  134 | 133  –  134<br>UNCOUNTED  PAGE | 145  –  146 | (9) |
| (10) | DECLARATION FOR TRO/PI | 135  –  148 | 135  –  148 | 147  –  160 | (10) |

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):   PAGE 1 OF 2

PAGE ___  OF _____

C. CAUSE OF ACTION   PAGE __63__ OF __741__

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>THE " POLICYMAKERS " AND " BAR ENTERPRISES " [" GOVERNMENT "]</u>

<u>HAVE NEGLECTED OR CONVENIENTLY MISINTERPRETED; WHETHER IT WAS MERE INDIFFERENT OR</u>

<u>INTENTIONAL FRAUD, MARSHALL HAS BEEN CHEATED OUT OF LIFE, LIBERTY AND PROPERTY.</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

<u>THE " GOVERNMENT " WITH TACIT AGREEMENT / CONSPIRACY / ERRONEOUS RENDITION WERE</u>

<u>ABRIDGING AND VIOLATING CONSTITUTIONAL RIGHTS, PRIVILEGES OR IMMUNITIES OF A U.S.</u>

<u>CITIZEN OF LIFE, LIBERTY AND PROPERTY TO END ENORMOUS LEGITIMATE: ECONOMIC, POL-</u>

<u>ITICAL, SOCIAL AND COMMERCIAL APPLICATIONS / OPERATIONS OF JOE MARSHALL   OR</u>

<u>ALTER EGO - WIZARD SERVICES. GO TO ATTACHED, 1)A)(1), PAGES: 52 - 53 -- INFRA.</u>

B) (1) Count II: <u>" COINTELPRO " - THE COUNTERINTELLIGENCE PROGRAM OF THE</u>

<u>FBI - FROM THE EARLY 1980'S TO THE PRESENT, THE IRS (CID) INITIATED A " PROGRAM "</u>

<u>THAT THE FBI USED IN THE LATE 1960'S CALLED " COINTELPRO " A PROLOGUE / CONSPIRACY.</u>

(2) Supporting Facts: <u>" COINTELPRO " - RUN BY THE IRS, THERE WAS ALWAYS</u>

<u>WILLING ASSISTANCE OF STATE AND FEDERAL EMPLOYEES OR AGENTS; MOSTLY THE " STATUS</u>

<u>QUO " OR " WHITE-MAIN-STREAM " OF AMERICA TO END ENORMOUS LEGITIMATE: POLITICAL,</u>

<u>ECONOMIC, SOCIAL AND COMMERCIAL APPLICATION OF JOE MARSHALL ( WIZARD SEERVICES ).</u>

<u>GO TO ATTACHED, 1)B)(1), PAGES: 54 - 55 -- INFRA.</u>

FED.R.CIV.P.65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - C. CAUSE OF    3
ACTION - A)(1) AND B)(1) OF COUNT: I & II AND (2) SUPPORTING FACTS ALL CONTINUE ON
ATTACHED 2-PAGES:                                                        PAGE 1 OF 2

CIVIL   RIGHTS   COMPLIANT   §   1983 --
1)   A)   (1)   COUNT   I   /   (2)   SUPPORTING   FACTS:
C.   CAUSE   OF   ACTION:

MARSHALL using ATTACHED: 1)A)(1) - COUNT I   / (2) SUPPORTING FACTS on C, CAUSE

OF ACTION Restates PAGE 51 , PARAGRAPH (¶): 1) )(1) - COUNT I   in coming before

this Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY

INJUNCTION (" PI ") using DEFENDANTS: "[1]" - "[20]" under RULE 65(a), FED.R.CIV.P.

for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS-ACT-

IONS. MARSHALL, Further, addresses in the " OPERATIVE COMPLAINT " with NAMED: . . .

" DECLARATIONS "; " MOTIONS "; " BRIEF "; " MEMORANDUM "; and " ORDERS ". SEE " CAP-

TION ", NAMED DEFENDANTS: "[1]" - "[20]". FURTHER, The ALLEGATIONS and ADDITIONAL

SUPPORTING FACTS are NAMED: ATTACHMENT-ONE(1)-A; ATTACHMENT-TWO(2)-B; ATTACHMENT-

THREE(3)-C; ATTACHMENT-FOUR(4)-D; and ATTACHMENT-FIVE(5)-E -- ALL INFRA.

MARSHALL, RESTATES, the ABOVE AS: EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING

AND DETERMINATION OF THIS MATTER [ See ORDER, PAGE 224 OF 741 - INFRA ]; But

with the CIVIL RIGHTS CONSPIRACY(IES) . . . CIVIL RIGHTS COMPLAINT - PRISONER'S AND /

OR PRIVATE-CITIZENS'S [ JURISDICTION INVOKED: PAGE 2 OF 741 and PAGE 123 OF

741 - BOTH INFRA ], MARSHALL (PETITIONER / PLAINTIFF / MOVANT) stress FOOTNOTE [10].

- - - - - - -

[10] WIZARD SERVICES / JOE MARSHALL'S COMPANIES:

WIZARD SERVICES - A Multi-Business Management Company in Tax
and Financial Consultant - Income Development, Bookkeeping, Marketing,
Tax Preparation, Business Planning, and Computer Set-Up and Design for
the Lower to Middle-Class Working Individuals with Uncommon Support.
  (A)  Wizard Services was the " Umbrella Company " a sole propriet-
orship owned by Joe Marshall and business service company businesses'
receipts totaling several million dollars a year. Since 1975, Joe
Marshall had poured hundred of thousands of dollars and countless hours
of time in " Sweat Equity " into its services and clients.

CONTINUED PAGE 53 OF 741 (INFRA)
FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT-- C. CAUSE OF
ACTION - A)(1) COUNT 1 AND (2) SUPPORTING FACTS - ATTACHED 2-PAGES:   PAGE 1 OF 2  3

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") – UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:  PAGE  65  OF  741

1) A) (1) COUNT I / (2) SUPPORTING FACTS – CONT'D:          PAGE  2  OF  2 —

The Case-in-Point, FOOTNOTE 10 , PAGE-52 –  53  OF  741  of close to FOUR(4)-DECADES [ THE BEST WAS (1) A-1 COMPUTERS (CIRCA 1980. ] as a PRIVATE-CITIZEN'S / PRISONER'S CIVIL RIGHTS COMPLAINT from the early 1980'S To The Present with Pro Se Federal Court's Complaint Forms and Standardized-Forms taken from the Federal judicial center and PRISONER'S SELF-HELP LITIGATION MANUEL, PAGE  1  OF  741  –  227  (INFRA) for damages against STATE and FEDERAL DEFENDANTS: PAGE  1  OF  741  –  50  OF  741 [ SOME TWO-HUNDRED-AND-FIFTY-THREE (253) – NAMED AND ADDRESSED INDIVIDUALS ] WITH JURY TRIAL DEMAND ON FURTHER " KIND-OF-RELIEF " IN A CIVIL RIGHTS CONSPIRACY COMPLAINT.

- - - - - -

10   WIZARD SERVICES / JOE MARSHALL'S COMPANIES – CONT'D:

  (i) A-1 COMPUTERS  (CIRCA 1980);
 (ii) ASSOCIATES BUSINESS SERVICES (CIRCA 1980);
(iii) THE TOWNCRIER (CIRCA 1980)
 (iv) D. ABE & ASSOCIATES (CIRCA 1996)
  (v) GOLDBERG FINANCIAL SERVICES (CIRCA 1994);
 (vi) ABILITY BUSINESS PROBLEM SOLVING (ABPS) (CIRCA 1997)
(vii) MEELS – MORTGAGES, EDUCATION, EMPLOYMENT, & LOAN SOURCE
         (CIRCA 1997 – REGISTRATION – MARCH 01, 2004):
   (viii) 1-ALPHA COMPUTER SERVICES – CONTRACTING OUTSOURCING CO. (CIRCA 2004) –
          SIX(6)-FIGURE CONTRACT(S) WITH ACCENTURE PLC/LTD ≡ OUTSOURCING AFTER
          HURRICANES KATRINA AND RITA, ACCENTURE TURNED OVER DATA FOR: FOOD STAMPS,
          LOW-INCOME HOUSING, MEDICAL AND WELFARE ON TEXAS, LOUISIANA, AND ANAL-
          YSIS ON WESTERN TIPS OF MISSISSIPPI, ALABAMA, GEORGIA AND FLORIDA.

    OTHER PRINCIPAL BUSINESS OR PROFESSIONAL ACTIVITY CODES:
  DOCUMENT PREPARATION SERVICES; DRINKING PLACES: ENTERTAINMENT /
PROMOTIONS; CEMENT & GENERAL CONTRACTING; JOE MARSHALL CONSTRUCTION;
AND COMPUTER SPECIALTIES — FROM MAY 09, 2003 TO APRIL 10, 2006.

FED.R.CIV. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT– C. CAUSE OF ACTION – A)(1) COUNT 1 AND (SUPPORTING FACTS – ATTACHED 2-PAGES:      PAGE 2 OF 2          3

C I V I L   R I G H T S   C O M P L I A N T § 1 9 8 3 --

1)  B)  ( 1 )  C O U N T  I I  /  ( 2 )  S U P P O R T I N G  F A C T S:

C.  C A U S E  O F  A C T I O N:

MARSHALL using <u>ATTACHED</u>: 1)B)(1) – COUNT II  / (2) SUPPORTING FACTS on <u>C.  CAUSE</u>

OF ACTION Restates <u>PAGE 51</u>  , <u>PARAGRAPH (¶)</u>: 1) )(1) – COUNT II   in coming before

this Court upon a <u>MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY</u>

<u>INJUNCTION (" PI ")</u> using <u>DEFENDANTS</u>: "[1]" – "[20]" under <u>RULE 65(a)</u>, <u>FED.R.CIV.P.</u>

for filing a <u>COMPLAINT</u> under the <u>CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS–ACT</u>–

<u>IONS</u>. MARSHALL, Further, addresses in the " <u>OPERATIVE COMPLAINT</u> " with <u>NAMED</u>: . . .

" <u>DECLARATIONS</u> "; " <u>MOTIONS</u> "; " <u>BRIEF</u> "; " <u>MEMORANDUM</u> "; and " <u>ORDERS</u> ". SEE " <u>CAP</u>–

<u>TION</u> ", NAMED <u>DEFENDANTS</u>: "[1]" – "[20]". FURTHER, The <u>ALLEGATIONS</u> and <u>ADDITIONAL</u>

SUPPORTING FACTS are <u>NAMED</u>: <u>ATTACHMENT–ONE(1)–A</u>; <u>ATTACHMENT–TWO(2)–B</u>; <u>ATTACHMENT</u>–

<u>THREE(3)–C</u>; <u>ATTACHMENT–FOUR(4)–D</u>; and <u>ATTACHMENT–FIVE(5)–E</u> –– ALL INFRA.

The <u>CASE-IN-POINT</u>. FOOTNOTES: \\[11]/ and \\[12]/ , <u>PAGE–54</u> – <u>55</u> <u>OF</u> <u>741</u>  –Respect–

ively – The IRS in <u>MARCH, 1984</u>  [ See <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF</u>,

(a) FIRST PETITION, NO.#: CA-3-84-0503F, N. D. OF TX – DALLAS DIVISION, <u>PAGE  79</u>  OF

<u>741</u>  ] with a <u>Search Warrant</u> for <u>Search & Seizure</u> (" <u>S/S</u> ") and 100'S of <u>Hand–Writ</u>–

ten Subpoenas and telling JOE MARSHALL'S <u>or</u> WIZARD SERVICES' CLIENT [ SEE <u>PAGE–52</u> –

<u>53</u>  OF  <u>741</u>  – FOOTNOTE \\[10]/  ] that " Marshall Was Going To Leave Town Soon. "

--------------------------------------------------------

\[11]/ " <u>COINTELPRO</u> " — <u>THE COUNTERINTELLIGENCE PROGRAM OF THE FBI</u> —
       From the early 1980's to the PRESENT, the IRS (CID) initiated
a " <u>PROGRAM</u> " on MARSHALL that the FBI used in the late 1960's [ A
NATIONAL COVERT COUNTERINTELLIGENCE PROGRAM CALLED " <u>COINTELPRO</u> " ].
Run by the IRS, there was always willing assistance of State and
Federal Employees or Agents; Mostly the "STATUS QUO" or "WHITE–MAIN–
STREAM" of America [ <u>SEE FOOTNOTE</u>  , " PROLOGUE / CONSPIRACY ", PAGES: <u>51</u> – <u>53</u>
(INFRA) ] to end <u>ENORMOUS LEGITIMATE: Political; Economic; Social</u> and
<u>COMMERCIAL APPLICATIONS</u> OF JOE MARSHALL ( <u>WIZARD SERVICES</u> ).

CONTINUED PAGE 55 OF 741  (INFRA)
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF
ACTION – B)(1) COUNT II AND (2) SUPPORTING FACTS – ATTACHED – PAGES:  PAGE 1 OF 2   3

67

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:    PAGE  67  OF  741

1)  B)  (1)  COUNT II / (2)  SUPPORTING FACTS – CONT'D:      PAGE  2  OF  2

[ UNTRUTHFULLY ]. SEE " COINTELPRO ", PAGE  54  OF  741 , FOOTNOTE \11/. In a Divorce

and Bankruptcy from 1984 – 1986, wife's attorney GEORGE WHITE ("[38]") and [MY]

attorney W.J. "BILL" MORRIS ("[39]") and a State Judge JOHN DOE or WILLIAM C. MARTIN

("[35]" acting for JUDGE LINDA THOMAS ("[34]") in CASE#:  84–9218–Z  made sure that

MARSHALL would spend at least 2 weeks in the DALLAS COUNTY JAIL (DCJ) after a time-

ly appearance in State Court in JUNE, 1985. I.D.: " COINTELPRO \11/  " and DEFENDANTS,

PAGE–13 –  14  OF  741  –– ALL INFRA.

MARSHALL show the above as a CONSPIRACY as all the DEFENDANTS: "[1]" – "[253]"

of about FOUR(4)–DECADES OF VIOLATIONS OF: Constitution; Statutes; Regulations; or

Well–Established Administrative Practices [ See " MOTION FOR TRO AND PI ", A – COURT'S

SUBJECT–MATTER JURISDICTION, PAGE–151 –  154  OF  741  ]. The DEFENDANTS take a

" Little–Chip " with very harmful results. COMPARE the subtle 2 weeks in DCJ and NOW,

with CONTEMPT (Operating in a hidden and usually injurious way: INSIDIOUSLY on 23–

YEARS – \12/.) Or COMPARE: The interference with LEGAL ACTIVITIES using FOOTNOTES:

\2/ – \5/ – NOT IMMEDIATELY CLEAR, ATTACHMENT–ONE(1)–A, COS and AFFIDAVIT, PAGE–7 –

12  OF  115  . . . THEN, THIS PAST YEAR THE CONFISCATION OF LEGAL MATERIAL IN

" BOX–4 " AND " BOX–5 " and the BROWN–FOLDER marked " LAWSUIT ". SEE BELOW \12/.

‑ ‑ ‑ ‑ ‑ ‑ ‑                                                                          –– ALL INFRA.

\12/ " COINTELPRO –– THE COUNTERINTELLIGENCE PROGRAM OF THE FBI AND ITS OFFSHOOT " ––
   From the early 1980'S to the PRESENT, the IRS' (CID)initiated a " PROGRAM " on MARSHALL
that the FBI used in the late 1960'S [ A NATIONAL COVERT COUNTERINTELLIGENCE PROGRAM called
" COINTELPRO " ] which sought to neutralize, BY ANY MEANS NECESSARY, an array of Blackleaders
and Potential Blackleaders who were considered to be Potential MESSIAHS. AGENTS were to act
to discredit groups and individuals within the " Responsible–Negro–Community or Negro–Radicals,
and also White–Liberals " who have sympathy for the alleged " Militant–Black–Nationalists ".
   This " OFFSHOOT " run by the IRS, there were always willing  assistance [ Public / Judicial
Officials, Unofficials Opposition, Lawyers, Businesses and Just Private–Citizens... ] of
STATE and FEDERAL EMPLOYEES or AGENTS ( " GOVERNMENT " ) mostly the " STATUS–QUO " or the
" WHITE–MAIN–STREAM " of America directed against Blacks (African–Americans) or Groups as
an Organizations... COINTELPRO: Sabotage, "Dirty–Tricks", Serious Prison Sentences, Even Death.

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF
ACTION –B)(1) COUNT II AND (2) SUPPORTING FACTS – ATTACHED 2–PAGES:    PAGE 2 OF 2   3

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:   PAGE __68__ OF __741__   68

C.   CAUSE OF ACTION – CONT'D:

C) (1) Count III: CASE-AT-HAND – TRINITY – A GROUP OF THREE(3) CLOSELY RE-LATED MEMBERS, " UNION OF THREE(3) INTO ONE ":  (1)  84-09218-Z (STATE – CHILD-SUPPORT);  (2)  CR3-87-086-T;  AND  (3)  A06-CR-067-LY (BOTH FEDERAL – TAXES).

(2) Supporting Facts: MARSHALL RESTATES B. NATURE OF THE CASE [ PAGE __2__ OF __741__ (INFRA) ] ON THE TRINITY-CONTINUING-INTERLOCKING / INEXTRICABLY-IN-TERTWINED STATE AND FEDERAL AUTHORITIES ON CIVIL RIGHTS CONSPIRACY WITH A " CONTINUING-CUSTODY " FROM ABOUT APRIL 22, 1996 TO THE PRESENT,

MARSHALL BRIEFLY RESTATE THE BACKGROUND OF THIS CASE ON: B.  NATURE OF THE CASE, PAGE __2__ OF __741__ , CIVIL RIGHTS COMPLAINT § 1983 pursuant to 28 U.S.C. § 1343(3); 42 U.S.C. § 1983; AND B  NATURE OF THE CASE pursuant to 28 U.S.C. § 1331(3) – BEVINS ACTION, PAGE __123__ OF __741__ . ALSO, NOTE IN SUPPORT: Any ACT OF CONGRESS  providing for the PROTECTION OF CIVIL RIGHTS: A – COURT'S SUBJECT-MATTER JURISDICTION, " MOTION ", PAGE-151 – __154__ OF __741__ ; " BRIEF ", PAGE-171 – __174__ OF __741__ ; AND " MEMORANDUM ", PAGE-186 – __189__ OF __741__ – ALL INFRA.

MARSHALL STRESS THE " TRINITY " of close to FOUR(4)-DECADES as a PRIVATE-CIT-IZEN'S and a PRISONER'S CIVIL RIGHTS COMPLAINT from the early 1980'S to the PRE-SENT with Pro Se Federal Court's Complaint Forms: PAGE __1__ OF __741__ –– __227__ OF __741__ [ INFRA ] for damages against STATE and FEDERAL DEFENDANTS.  SEE PAGE __1__ OF __741__; AND PAGE __122__ OF __741__ – BOTH INFRA. FURTHER, with MOTIONS REQUESTS on District Court's Forms and access to Standardized Forms taken from the Federal Judicial Center and a PRISONER'S SELF-HELF LITIGATION MANUEL ALL IMMEDIATE ACTION on the DEFENDANTS: "[1]" – "[20]" are FED.R.CIV.P. 65(A) AND 65(b)(1). SEE 2) REQUEST FOR RELIEF, PAGE __120__ OF __741__ –– INFRA.

CONTINUED PAGE 57 OF 741  (INFRA)

FED.R.CIV.P.65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF ACTION – C)(1) COUNT III (2) SUPPORTING FACTS – CONTINUE ON ATTACHED 2-PAGES:   4

PAGE __1__ OF __3__



CIVIL RIGHTS COMPLIANT § 1983 --
1) C) (1) COUNT III / (2) SUPPORTING FACTS:

## C. CAUSE OF ACTION:

MARSHALL using ATTACHED: 1)C)(1) – COUNT III / (2) SUPPORTING FACTS on C, CAUSE OF ACTION Restates PAGE 56 , PARAGRAPH (¶): 1) )(1) – COUNT III in coming before this Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY INJUNCTION (" PI ") using DEFENDANTS: "[1]" – "[20]" under RULE 65(a), FED.R.CIV.P. for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS–ACT-IONS. MARSHALL, Further, addresses in the " OPERATIVE COMPLAINT " with NAMED: . . . " DECLARATIONS "; " MOTIONS "; " BRIEF "; " MEMORANDUM "; and " ORDERS ". SEE " CAP-TION ", NAMED DEFENDANTS: "[1]" – "[20]". FURTHER, The ALLEGATIONS and ADDITIONAL SUPPORTING FACTS are NAMED: ATTACHMENT–ONE(1)–A; ATTACHMENT–TWO(2)–B; ATTACHMENT–THREE(3)–C; ATTACHMENT–FOUR(4)–D; and ATTACHMENT–FIVE(5)–E -- ALL INFRA.

ADDITIONALLY, The essence of the TRO and PI of close to FOUR(4) DECADES as a PRIVATE–CITIZEN'S and a PRISONER'S CIVIL RIGHTS COMPLAINT [ See PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF, PAGE–59 – PAGE 119 OF 741 ; and PLAINTIFF'S MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS, CAPTION, PAGE–149 – 150 OF 741 , and PAGE–151 OF 741 -- ALL INFRA ] with Constitution-ally Protected Rights and Protected Liberty Interests are a treacherous nature to Marshall [ See CASE-AT-HAND, FOOTNOTE [13] , PAGE 58 OF 741 and I.D.: at PAGE–59 – PAGE 119 OF 741 -- ALL INFRA ] which includes the use OF: CONSPIRACY BY BOP STAFFS OF CRIMINAL OFFENSES AND CRIMES.

CONVERSELY, The strategic use of 28 U.S.C. § 1915A under the established FED.R.CIV.P. 65(a) – PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS, PAGE–207 – 217 OF 741 ; And PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (IFP) ON TEMPORARY RESTRAINING ORDER ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS,

CONTINUED PAGE 58 OF 741 (INFRA)

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF ACTION – C)(1) COUNT III AND (2) SUPPORTING FACTS– ATTACHED 2–PAGE: PAGE 2 OF 3    3/4

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") —
UNDER FED.R. CIV.P. 65(a) — CIVIL RIGHTS COMPLAINT — CONT'D:   PAGE  70   OF  741 ·
1) C) (1) COUNT III / (2) SUPPORTING FACTS — CONT'D:       PAGE  2  OF  2  —

PAGE—281 —  226  OF  741  using DEFENDANTS: "[1]" — "[20]" is the IMMEDIATE ACTION
for Court's Preliminary Review under 28 U.S.C. § 1915A [IFP] under RULE 65(a), FED.
CIV.P. and a PRELIMINARY INJUNCTION ("PI") — FED.R.CIV.P. 65(b)(1) —— SET FORTH
IMMEDIATELY! — EMPHASIS ADDED. SEE ORDER, PAGE—224 —  225  OF  741; AND PLAINTIFF'S
ORDER TO SHOW CAUSE AND TRO ON CIVIL RIGHTS COMPLAINT — § 1983 AND BIVENS ACTIONS,
PAGE—201 —  205  OF  741  —— ALL INFRA.

   ON SUMMARY: CASE—AT—HAND — TRINITY — FOOTNOTE [13] ; Petitions, Applications or
Motions Proceeding — STATE and FEDERAL — About FOUR(4) DECADES from 1980'S To The
Present. N O T I N G —— WIZARD SERVICES, FOOTNOTE [10] , PAGES—52 —  53 OF  741 ;
" COINTELPRO " AND " OFFSHOOTS ", FOOTNOTES: [11] AND [12] , PAGES—54 —  55  OF
 741  — Respectively; Petitions, Applications Or Motion Proceedings (I.D.: PAGES—59
— 741) At about THIRTY—SIX(36) . . . BUT, Petitions that equals Seven—Hundreds
(100'S) " PLEADINGS ", Hundreds—Of—Thousands—Hours—Of—Time; And Hundreds—Of—Thousands—
Of—Dollars of expenses.

   CONTINUED PAGE—124 — 131 OF 741 — COUNT IV — VI AND SUPPORTING FACTS —— ALL INFRA
- - - - - - -

[13] CASE—AT—HAND —— TRINITY — A GROUP OF THREE(3) CLOSELY RELATED MEMBERS:

   LOWER COURTS STATES: 256th FAMILY COURT (SDJC), STATE'S APPELLATE COURT (DALLAS,
TEXAS); HIGHEST STATE COURT: TEXAS SUPREME COURT (AUSTIN, TEXAS) on several occass-
ions. LOWER FEDERAL COURTS (USDC): EL PASO, DALLAS, AUSTIN, ABILENE, TEXAS; TOPEKA,
KS; and WASHINGTON, D. C.. FEDERAL APPELLATE COURTS (USCA): NEW ORLEANS, LA (USCA5);
WASHINGTON, D. C. CIRCUIT (USCA—D.C.); and DENVER, CO (USCA10). HIGHEST COURT: THE
UNITED STATES SUPREME COURT (SCOTUS) — Several times since about 1999 on both State's
and Federal Cases (USDC'S in MAY 1996 — 2012). COMMUTATION OF SENTENCE — OFFICE OF
PARDON ATTORNEY — WASHINGTON, D. C. (APRIL 30, 2013), and CLEMENCY PROJECT 2014 —
Both application for President's Executive Clemency Powers: To Commute Or Reduce
Sentence. COMPASSIONATE RELEASE / REDUCTION IN SENTENCE PROCEDURES FOR IMPLEMENT—
ATION — 18 U.S.C. § § 3582(c)(1)(A) AND 4205(g) — BOP — EXTRAORDINARY OR COMPELL-
ING CIRCUMSTANCES (APRIL 15, 2014); ALSO, 18 U.S.C. §§ 3582(c)(1)(A) — NON—MEDICAL
CIRCUMSTANCES — ELDERLY INMATES. CLAIM FOR DAMAGE, DEATH, OR INJURY — BOP'S DELAYS
causing Inmate MARSHALL 10'S—OF—1,000'S—OF—DOLLARS in Extra Litigation Expenses of
Delays, Time with Defaults.

CASES: 84—9218—Z(STATE); CR3—87—086—T AND A06—CR—67—LY (BOTH FEDERAL).

   FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — C. CAUSE OF
ACTION — C(1) COUNT III AND SUPPORTING FACTS——ATTACHED 2—PAGES:       PAGE 3  OF 3

3/4

PAGE  58  OF  741

I N   T H E
U N I T E D   S T A T E S   D I S T R I C T   C O U R T     PAGE _____ OF _____
F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S

| | | P A G E: | C I T E: | T A B: | |
|---|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A<br>i – xi | A<br>i – xi | 1<br>2 – 12 | (1) |
| (2) | § 1983 | 1 – 2 | 1 – 2 | 13 – 14 | (2) |
| | | | T A B  –  S H E E T   O N L Y | | |
| (3) | DEFENDANTS | 3 – 50 | 3 – 50 | 15 – 62 | (3) |
| (4) | CAUSE OF ACTION | 51 – 58 | 51 – 58 | 63 – 70 | (4) |
| | | | U N C O U N T E D   P A G E | | |
| (5) | PREVIOUS LAWSUITS | 59 – 119 | 59 – 119 | 71 – 131 | (5) |
| (6) | REQUEST FOR RELIEF | 120 – 121 | 120 – 121 | 132 – 133 | (6) |
| | | | T A B  –  S H E E T   O N L Y | | |
| (7) | BEVINS ACTIONS | 122 – 123 | 122 – 123 | 134 – 135 | (7) |
| (8) | CAUSE OF ACTION | 124 – 132 | 124 – 132 | 136 – 144 | (8) |
| (9) | REQUEST FOR RELIEF | 133 – 134 | 133 – 134 | 145 – 146 | (9) |
| | | | U N C O U N T E D   P A G E | | |
| (10) | DECLARATION FOR TRO/PI | 135 – 148 | 135 – 148 | 147 – 160 | (10) |

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):     PAGE 1 OF 2

PAGE ____ OF _____

C I V I L   R I G H T S   C O M P L A I N T   §   1 9 8 1 ——

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes [X] No [ ] . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

    a) Parties to previous lawsuit:

       Plaintiffs:   JONATHAN (JOE) MARSHALL, SR.

       Defendants: MS. N.C. ENGLISH WARDEN — USP LEAVENWORTH — CAMP ···
ET AL.: BILL BARR — ATTY GEN. OF USA; MS. HAWK-SAWYER — BOP; AND MR. PAXTON — ATTY GEN.
OF TX.   b) Name of court and docket number :
CASE NO.#: 5:19-CV-03113-JWL — USDC DISTRICT OF TOPEKA, KS — 444 S. E. QUINCY, ROOM 490.
       TOPEKA, KANSAS 66683

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

       pending?) CASE DISMISSED ON ABOUT AUGUST 26, 2019 TO BE APPEALED

IN USCA10 (TEN CIRCUIT), DENVER, CO. 80257-1823 ON ABOUT OCTOBER 19, 2019.
        \* \* \*   N O T I C E   \* \* \*
N O   M O R E   H A B E A S   A T T A C K S   O N   C O N V I C T I O N S   OR
S E N T E N C E S   F R O M   P R I S O N S   A S   O F   M A Y   0 1, 2 0 2 0 ——
       ⊛ BOP'S PROJECTED RELEASE: 08-09-2021 — VIA GCT REL;
        ⊛ HOME DENTENTION / HALFWAY HOUSE: 08-09-2020;
         ⊛ CORONAVIRUS [" COVID -19 "].

MARSHALL qualifies and [h]as been accepted and verified by UNIT TEAM (BOP OFFICIALS)

for " IMMEDIATE TRANSFER " and protocal for CORONAVIRUS [" COVID-19 "] CARE ACT HOME

CONFINEMENT under BOP'S CARE ACT AUTHORITY to go to " QUARANTINE-SITE " [ " UPTOP " —

at USP LEAVENWORTH, KANSAS 66048 ] for 14-DAYS and BROTHER (FAMILY) can Pick-Me-Up

and take me " HOME " for HOME CONFINEMENT.   SEE " BRIEF IN SUPPORT ", D. ARGUMENT —

POINT-ONE(1), PAGE-177 — 179  OF  741 , ALSO, SEE " \*\*\* NOTICE \*\*\* ", BOTTOM-OF-PAGE,

PAGE-60 —— ALL INFRA.

    XE-2 8/82       CIVIL RIGHTS COMPLAINT §1983         4
FED.R.CIV.P.65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS
                                         PAGE  1  OF 60
LAWSUITS AND ADMINISTRATIVE RELIEF, d) Issues Raised:

72

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:          PAGE  72  OF  741

  D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

  d) Issues Raised (1)  " ELIGIBLE ELDERLY OFFENDER ":

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY —– CONT'D:
LEGAL ARGUMENT / SEPARATE MEMO – CONT'D:          PAGE  19 OF  34

  ( E ) A R G U M E N T A N D S T A N D A R D O F R E V I E W ––
     A R G U M E N T – O N E ( 1 ) ––

  ( 1 ) " E L I G I B L E E L D E R L Y O F F E N D E R ":

 MARSHALL IS BEING ARBITRARILY DENIED UNDER THE TERM " ELIGIBLE ELDERLY OFFENDER "
– Which means an OFFENDER in the custody of the BOP over the AGE OF 65 and have
served: " The greater of 10-YEARS or 75 PERCENT (%) of the terms of imprisonment to
which the OFFENDER was SENTENCED. ". (Emphasis Added).

      E-1 F A C T S:
      *************

 __5. MARSHALL is being arbitrarily denied under the term " ELIGIBLE ELDERLY OFF-

ENDER ". This is all with " None Response ", No Unit-Team Meeting. See PAGES: 1 – 2

– BP-9, PAGES: A-11 – A-23 .... –Ignoring BOP'S POLICY and PROCEDURES on REVIEW of

INMATES (MARSHALL) and restating in (BP-10) theft relating to Destruction, Retaliation,

and Estoppel at USP Leavenworth – CAMP.  SEE E-2 FACTS, PAGE-22 – INFRA.

WRIT OF HABEAS CORPUS – 28 U.S.C. § 2241 – (E) ARGUMENT(1)  – " ELIGIBLE ELDERLY
OFFENDER ":  PAGE 1 OF 3
      19  OF  161

    * * *  N O T I C E  * * *
  F A C T U A L A N D P R O C E D U R A L G R O U N D S:

 MARSHALL (PLAINTIFF) is proceeding PRO SE and filing the FIRST CIVIL LAWSUIT in
FEDERAL COURT [ SEE PAGE-1 – 2 , 4) JURISDICTION, B. NATURE OF THE CASE; and PAGE-122
– 123 OF 741, 4) JURISDICTION, B. NATURE OF THE CASE and asserting A – COURT'S SUB-
JECT-MATTER JURISDICTION, I.D. AT: ITEMS " (32'S) – HISTORICAL NOTE – BRIEF and MEMO-
RANDUM, PAGES: 174 and  189 OF  741 – RESPECTIVELY – ALL INFRA ] –- N O T I N G:
Monetary Damages, TRO and PI Relief, Expedited Declaratory Relief, And Putative Class-
Action surrounding about 2,000 Individuals between the Time-Period-Of-Middle-1980'S.
TO THE PRESENT —– Emphasis Added – SEE " *** NOTICE ***, PAGE-61 —– ALL INFRA.

 ADMONITION – 16th _ADMENDMENT (XVI) – 1913 – INCOME TAXES with PRIVILEGES AND
IMMUNITIES: 13th, 14th, 15th – AMENDMENTS; there should be a comprehensible chall-
enge to " ACTUAL INNOCENCE " and alternative grounds that are adequately incorpor-
ated in the RECORD – I.E.:  " DECLARATIONS ", ITEM# 19., PAGE-142 OF  741 ; AND
RIMBERT V. ELI LILLY & CO., 647 F.3d 1247, 1256 (10th CIR. 2011)(CIT. OMITTED).

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE  2  OF  60

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:   PAGE  73  OF  741

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised  (2) FINAL EXHAUSTION OF ADMINISTRATIVE REMEDIES ON

FEDERAL WRIT OF HABEAS CORPUS – ELDERLY OFFENDER PROGRAM:

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY –– CONT'D:
LEGAL ARGUMENT / SEPERATE MEMO – CONT'D:   PAGE  23 OF  34

( E )   A R G U M E N T  –  T W O   ( 2 ) ––

( 2 )   F I N A L   E X H A U S T I O N   O F   A D M I N I S T R A T I V E

R E M E D I E S   O N   F E D E R A L   W R I T   O F   H A B E A S   C O R P U S

–  E L D E R L Y   O F F E N D E R   P R O G R A M:

MARSHALL HAS DONE FINAL EXHAUSTION OF ADMINISTRATIVE REMEDY ON FEDERAL WRIT OF
HABEAS CORPUS – ELDERLY OFFENDER PROGRAM: FORMALLY QUALIFIED WITH CALCULATION FOR
HALFWAY HOUSE ABOUT JANUARY 10, 2019 AND HOME DETENTION JUNE 10, 2019. AND BOP'S
UNIT TEAM AND HIGH-LEVEL OFFICIALS ARE BEING DISINGENUOUS ON STATUS AND RIGHTS ON
MARSHALL WITH A LONG HISTORY OF DISINGENUOUSNESS.

E–2   F A C T S:

*************

3.   MARSHALL AVERS UNSPOKEN APPROVAL AND TACIT PERMISSION OF THE BOP: The False;

Improper; Illegal; and Intentional use of RDAP PROGRAM in LVN, FOOTNOTE $\boxed{5}$ , APPX.–D,

PAGES: D–16 – D–18 " [HE] has been bullied in Estoppel in Two(2) Federal Institutions
{ EL RENO, OK and LEAVENWORTH, KS }, Plus the Federal Transfer Center (" FTC "), OKC,
OK for over a year { May, 2018 to about June 11, 2019 } " . See E–2 STANDARD OF RE-
VIEW, PAGE–24 –– ALL INFRA.

WRIT OF HABEAS CORPUS – 28 U.S.C. § 2241 – (E) ARGUMENT(2) – FINAL EXHAUSTION OF
ADMINISTRATIVE REMEDY ON § 2241;– ELDERLY OFFENDER PROGRAM:   PAGE 1 OF 3

22  OF  161

* * *  N O T I C E  * * *
● BACKGROUND ● 08-09-2020 –– VIA GCT REL / HOME CONFINM'T ● {" COVID–19 " } ●

MARSHALL makes References To: COMPLETE–PAGES:  59  –  62 ; and PAGES:  63  –  72 ,
as latest WRIT OF HABEAS CORPUS – 28 U.S.C. § § 2241 / 2254 { " WORK–IN–PROCESS " from
about MARCH 12, 2012 TO DATE – about 8–YEARS } with " (a) FIRST–PETITION " to " (kk)
PETITION ", PAGES:  72  –  119  OF  741  – PREVIOUS LAWSUITS AND ADMINISTRATIVE RE-
LIEF { NOTE I.D.: d) Issues Raised – CONCLUSION – PAGE–119 } about FOUR(4)–DECADES Or
FORTY(40)––YEARS –– ALL INFRA.

NOTHING, As-Far-AS: BACKGROUND; COVID–19 – BOP'S CARES–ACT about acceptance and
" IMMEDIATE–RELEASE " on about MAY 06, 2020; Still being "Spinned" on confiscating of
LEAGAL–MATERIALS by "OFFENDERS" with no Boxes or LAWSUIT–MATERIAL as late as WEDNESDAY,
MAY 12, 2020 . . . SHOULD STOP THE TRO AND PI ON IRREPARABLE–HARM – IMMEDIATELY!

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:   PAGE  3  OF  60

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:          PAGE  74  OF  741
          D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:
          d)   Issues Raised  (3)  " DECLARATORY JUDGMENT " ON " IMMEDIATE RE-

LEASE " FROM BOP FACILITY ON " REQUIREMENT OF JUSTICE ... OR END OF JUSTICE ::

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY –– CONT'D:
LEGAL ARGUMENT / SEPARATE MEMO – CONT'D:                      PAGE   26  OF   34
          ( E )   A R G U M E N T  –  T H R E E   ( 3 ) ––
( 3 )    "D E C L A R A T O R Y   J U D G M E N T"   O N   T R A N S F E R R I N G
          A N D    L E G A L    M A T E R I A L S:

    MARSHALL'S " CLAIMS " that are ripe give MARSHALL an " IMMEDIATE EARLY RELEASE "
from a BOP FACILITY and the Court may issue a " DECLARATORY JUDGMENT " Order of
MARSHALL'S RIGHTS and STATUS of an IMMEDIATE UNESCORTED FURLOUGH TRANSFER TO DALLAS,
TEXAS (VOA – NOTE – EXH.–A, PAGE–A–2 – INFRA . . . MARSHALL NEEDS AT LEAST 30 DAYS
IN RRC (HALFWAY –HOUSE) BEFORE HOME DETENTION) with satisfactory and Legal Dispos-
ition of his LEGAL MATERIALS on Person and Unknown Storage or destruction.

                        E-3    F A C T S:

                        ************

    2.   Qualifiers of: FINAL EXHAUSTION OF ADMINISTRATIVE REMEDY (#968975–R1 – Sent
As " Sensitive " skipping BP–9 and " ABEYANCE " on BP–11) THAT THERE SHOULD BE CHARGES
AGAINST BOP AND NAMED " OFFENDERS " ON CONSPIRACY OF: INTERFERING WITH LEGAL MAIL
AND ACTIVITIES; GRAND THEFT; AND THEFT OF MAIL RELATING TO DESTRUCTION, RETALIATION,
AND ESTOPPEL AT STATE AND FEDERAL ENCLAVES ON STATE AND FEDERAL OFFICIALS. SEE " COMP-
ELLING CIRCUMSTANCES ", APPX.–D–10, and FOOTNOTES: $\sqrt{6}$ – $\sqrt{8}$, PAGES: 20, 23, AND 26
–– RESPECTIVELY; PAGES: D–19 – D–21; D–23 – D–24 – Witnesses on Sufficiency; D–25 –
D–36; AND D–37 – D–50 –– ALL INFRA. ALSO , SEE (E) (3) STANDARD OF REVIEW, PAGE–27
–– INFRA –– FOR   " DECLARATORY JUDGMENT " on " REQUIREMENT OF JUSTICE ... OR END OF
OF JUSTICE " in Fashioning an Appropriate Remedy upon GRANT of Habeas Relief.
WRIT OF HABEAS CORPUS – 28 U.S.C. § 2241 – "DECLARATORY JUDGMENT" ON TRANSFERRING AND
LEGAL MATERIALS:                                              PAGE 1 OF 3

                        25  OF  161

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 4   OF 60



MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:  PAGE  75  OF  741

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised  END-OF-CASE: USDC#: 5-19-CV-03113-JWL – TOPEKA, KS --

APPEALED AND FILED ON DECEMBER 13, 2019 [ #193236 – USCA10 ], DENVER, CO.

e)  Approximate date of filing lawsuit **JUNE 11, 2019**

f)  Approximate date of disposition **DISMISSED ON AUGUST 26, 2019**

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes [X] No[ ] . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

a)  Parties to previous lawsuit:

Plaintiffs: **JONATHAN (JOE) MARSHALL; SR.**

Defendants: **MYRON L. BATTS (WARDEN et al); GREGG ABBOTT (ATTORNEY
OF TEXAS – et al)**

b)  Name of court and docket number  **1-16-CV-107-0 – USDC DISTRICT COURT**

**– NORTHERN DISTRICT – ABILENE, TEXAS 79601**

c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) **CASE DISMISSED ON JULY 25, 2016 AND APPEALED IN USCA5**

**· (FIFTH CIRCUIT) – #16-11409 AND APPEALED ON ABOUT SEPTEMBER 21, 2016 – ADDRESSED:**

**600 S. MAESTRI PLACE, NEW ORLEANS, LOUISIANA 70130**

d)  Issues raised **SEE USCA5# 16-11409– FIFTH CIRCUIT – NEW ORLEANS, LA**

**IN EL RENO – CAMP: SEE " INTRO ", PAGE 74 OF 741 –– 78 OF 741  –– INFRA**

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

4/5
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:            PAGE  5  OF  60

PAGE  63  OF  741

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P, 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:     PAGE  76  OF  741

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

#### d)   Issues Raised (1) PRETRIAL DETENTION:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 2 of 41   PageID 76

P.P.–71 OF 544     IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION
PETITION·FOR·WRIT·OF·HABEAS·CORPUS·BY·A·PERSON·IN·FEDERAL·CUSTODY:···
CONT'D:     FROM·TO·BE·USED:   PAGE 49 OF 58.      PAGE 71 OF 131

Note: If you appealed more than once, attach an additional sheet of the same size and give all the
information requested above in question No. 13, a through e.  Do not write on the reverse of pages

14.  State CONCISELY every ground on which you claim that you are being held unlawfully
Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this
page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting
additional grounds at a later date.

a.  Ground one.  THERE ARE PROCEDURAL RIGHTS AVAILABLE TO A CONTEMNOR'S

CIVIL·CONTEMPT·SANCTIONS·DESIGN·TO·ENFORCE·COMPLIANCE·WITH·STATE'S·COURT
RDERS·FROM·APRIL·22,·1996 WITH IMPRISONMENT IN DALLAS COUNTY JAIL·(DCJ)
AND·...·THE·"·INFAMOUS·CRIME·" BY THE FEDERAL GOVERNMENT'S INDICTMENT AND
THE·PUNISHMENT·BY·IMPRISONMENT·IN [A] PENITENTIARY ON CONTINUING " CUSTODY "
–·TODATE·–·VIOLATES·5th AND 8th ADMENDMENTS — SOME NINETEEN (19) YEARS.

Supporting FACTS:   (Tell your story BRIEFLY without citing cases or law.  You are
CAUTIONED that you must state facts, not conclusions, in support of your
grounds.  A rule of thumb to follow is – who did exactly what to violate
your rights at what time or place.)

·(.1.)·   P·R·E·T·R·I·A·L···D·E·T·E·N·T·I·O·N:

************

There's ATTY GEORGE WHITE using the ABOVE for a Civil-Contempt, when
[He] presided on ABOVE with property orders accrued at about $65,891.33
and there has been an Exhaustion Of Remedies available on " CUSTODY " —
TODATE. SEE ARGUMENT(1), PAGES: 77 · 80 (INFRA).
WRIT·OF·HABEAS·CORPUS·–·28·U.S.C.·§·2241·–·FORM·TO·BE·USED·–·GROUND·(1):
·49· OF ·544·                                    16-11409.79

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:           PAGE  6  OF 60

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:      PAGE  77  OF  741

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised (2)  CONVICTION:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 3 of 41   PageID 77

P.P.–72 OF 544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY:
CONT'D:    FROM TO BE USED:  PAGE 50 OF 58     PAGE 72 OF 131

b.   GROUND-TWO · · : INTERLOCKING / INEXTRICABLY-INTERTWINED STATE AND
FEDERAL CONVICTIONS WERE PROCEDURALLY BARRED FROM FEDERAL REVIEW, BUT
IF REVIEWED ON THE MERITS, THEY WOULD NOT FAIL THE SAME CAUSE OF ACTION
BY A COURT OF COMPETENT JURISDICTION ON IRS CODES OF COUNTS: 2 - 40 AS
HAVING A DALLAS JURISDICTION VERSUS THE AUSTIN'S CONVICTION WITH THE
NEXUS OF MAXIMUM 3 YEAR SENTENCE VERSUS AUSTIN'S 18 YEAR SENTENCE.

·(·2·)·   A··C·O·N·V·I·C·T·I·O·N:

THERE WAS AN ADEQUATE FOUNDATION FOR ADMISSION OF JURISDICTION IN
DALLAS COUNTY, TEXAS ON ABOUT MAY, 2006. SEE FOOTNOTE 14, PAGE-85 ,
(INFRA):

•  MARSHALL has been a resident of Dallas County, Texas from about
MAY, 1973 TO THE PRESENT.

*************

• In a Federal Trial in Dallas, Texas in 1987 (#CR3-87-086T), MAR-
SHALL was found Not Guilty On A Conspiracy, and Guilty On 15 Counts of
the ABOVE and sentenced to 15-Years-Imprisonment, paroled in 5 years, and
completed a 10-Year-Parole in 2 Years (MAY, 1995, Instead of MAY, 2003).

• After was a 1996 DCJ Incarceration / Custody to APRIL, 2006 on
Civil-Child-Support Contempt, there's a Federal Conviction In Austin, TX
(#A06-CR-067-LY) where MARSHALL is entitled to COMPLETE DISCHARGE on about
NOVEMBER 19, 2009 instead of DECEMBER 12, 2021. SEE ARGUMENT(2), PAGES:
81 - 83 (INFRA).

WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUNDS(2):

50 OF 544

16-11409.80

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.   PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:            PAGE  7  OF  60

PAGE  65  OF  741

<u>MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –</u>
<u>UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:</u>     PAGE  78  OF  741

### D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

**d)**   <u>Issues Raised</u>  **(3)**  A SENTENCE:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 4 of 41   PageID 78

<u>P.P.–73 OF 544</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

<u>PETIETION.FOR.WRIT.OF.HABEAS.CORPUS.BY.A.PERSON.IN.FEDERAL.CUSTODY:</u> ...
<u>CONT'D:</u>     <u>FROM.TO.BE.USED:</u>  PAGE 51 OF 58.     PAGE 73 OF  131

C.   <u>GROUND–THREE</u> .:  .THE.MAXIMUM.PENALTY.THAT.A.SENTENCING.JUDGE.MAY .:.
ASSIGN.A.DEFENDANT.IS.THE.STATUTORY.MAXIMUM.FOR.THE.OFFENSE.BASE.SOLEY:.
ON.THE.STATUTORY.ASSIGNMENT.OF 26.U.S.C. 7212(a) [ THREE (3) YEARS ] AND
THE.SENTENCE.CALCULATIONS.FOR.18.YEARS.USING.1.OR.MORE.COUNTS.[ § 7206(2) ]
WAS  INAPPROPRIATE BECAUSE OF JURISDICTION SET BY THE CONSTITUTION. CONG-
RESS.AND.CASE.LAW.FOR.RESIDENCY.GRANTED.BY.THE.INDICTEE'S.RIGHT.

Supporting.FACTS:   (Do Not Argue Or Cite Law, Just State The Specific
Facts That Support Your Claim.)  —

.( .3.). .   A. ..S.E.N.T.E.N.C.E:

MARSHALL POINTS FURTHER TO OTHER " <u>AFTERIMAGES</u> ", <u>FOOTNOTE</u> \8/ PAGE
<u>-36</u> (INFRA) FROM <u>1980</u> THROUGH <u>2006</u> WITH <u>COUNTS:</u> 2 - <u>40</u> AS HAVING A DALLAS
JURISDICTION AND TRIED AND CONVICTED IN AUSTIN, TEXAS DIVISION AND SEN-
TENCED ON <u>FEBRUARY 16, 2007</u> AND RECEIVED A <u>216-MONTHS SENTENCE</u> (18.YEARS)
AND SERVING - <u>TODATE</u>.

*************

• ALSO " Designating the proper venue under the circumstances pre-
sented as the location where any defendant resides or where substantial
part of the events occurred. "

This <u>INSTANT.ACTION</u> starts as <u>FINAL EXHAUSTION.OF.[HIS].ADMINISTRAT-</u>
<u>IVE.REMEDY(IES)</u> on a filing of <u>OCTOBER.08,.2015</u> [" <u>WARDEN(1)</u> - See Excerpts,
APPX.-C, PAGES: C- 2 - C-57 (INFRA) ] and a <u>New-Timely-Clock</u> for <u>HABEAS</u>
(IES) of about <u>OCTOBER.08,.2016</u>. SEE <u>ARGUMENT(3)</u>, PAGES: 84 - 86 (INFRA).
<u>WRIT.OF.HABEAS.CORPUS.-.28.U.S.C. § 2241.-.FORM.TO.BE.USED.-.GROUNDS(3)</u>:
                                                                    16-11409.81

.51. OF .544.

<u>FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS</u>
<u>LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:</u>           PAGE  8  OF 60

### D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

#### d)   Issues Raised (4)  JAIL OR PRISON CONDITION:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 5 of 41   PageID 79

P.P.-74 OF 544        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION
PETIETION, FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY: . . .
CONT'D:      FROM TO BE USED:   PAGE 53 OF 58.      PAGE 74 OF 131

d.   GROUND-FOUR . . . ;   PETITIONER HAS SUFFERED PUNITIVE-NATURE OF: DISCIP-
LINARY SEGREGATION; INCARCERATION; AND CONFINEMENT SETTING IN DCJ AND .
BOP'S GREATER SECURITY MANAGEMENT VARIBLE (MGTV) THAT VIOLATED RIGHT TO
DUE PROCESS AND FREEDOM FROM CRUEL OR UNUSUAL PUNISHMENT, AND VIOLATED
THE TEXAS AND U.S. CONSTITUTION, THE TEXAS MODEL JAIL STANDARDS, AND
THE UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS,[15]  PAGE-88.

Supporting FACTS:   (Do Not Argue Or Cite Law, Just State The Specific
                    Facts That Support Your Claim.) —

     - ( 4 ) -    J-A-I-L - O-R - P-R-I-S-O-N - C-O-N-D-I-T-I-O-N-S:
                    *************


     PRIMARILY, MARSHALL is entitled to have " IMMEDIATE-RELEASE " and a
" COMPLETE DISCHARGE " FROM ALL INCARCERATION IN THIS FEDERAL CASE or
STATE and FEDERAL MULTIPLE SENTENCES and a MORATORIUM ON ALL FURTHER PRO-
SECUTION BY STATE and FEDERAL AUTHORITORIES. In HABEAS ( STATE / FEDERAL)
the above " De Facto Life-Sentence " with unreasonable determination of
the FACTS: EXHAUSTION OF REMEDIES [ APPX.-A-, PAGES: A-2 - A-56 (INFRA) ]
and FREED by the U.S. CONSTITUTION and TREATY (ABOVE - " Universal Declar. "
on Values Shared By All Humankind, . . . " ) create a liberty interest in
FREEDOM (FREEDOM IS NOT A PRIVILEGE) and the Petitioner has accrued more
than any " PRIVILEGE " for JAIL OR PRISON CONDITIONS and has a liberty
interests. SEE ARGUMENT(4), PAGES: 87  - 89 (INFRA). [15]  PAGE-88.

  WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUNDS(4):

                    52 OF 544

                                        16-11409.82

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:        PAGE 80 OF 741

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised (5) A PRISON DISCIPLINARY PROCEEDING:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 6 of 41   PageID 80

P.P.–75 OF 544            IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION
PETIETION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY;
CONT'D:      FROM-TO-BE-USED:  PAGE 53 OF 58.      PAGE 75 OF 131

e.   GROUND—FIVE  :  A " CIRCLE-OF—CONSPIRACY " SOME 19 YEARS OF CON-
TINUING " CUSTODY ": DCJ PUT MARSHALL IN MEDICAL-SOLITARY-CONFINEMENT
FOR 6 MONTHS; USE OF EXCESS FORCE AGAINST HIM WHILE BEING HELD IN DE-
TENTION; THE GOVERNMENT (IRS) AND THE DCJ ALLOWED SEVERAL-HUNDRED-DOLLARS
OF STAMPS AND MAILING SUPPLIES TO BE STOLEN FROM MARSHALL BY DCJ'S INMATES
DURING A SEARCH/SEIZURE; AND BOP'S DENIAL OF "OUTSIDE-CUSTODY (CAMP) ".

Supporting FACTS:  (Do Not Argue Or Cite Law, Just State The Specific
Facts That Support Your Claim.) —

(5).      A  P-R-I-S-O-N  D-I-S-C-I-P-L-I-N-A-R-Y  P-R-O-C-E-E-D-I-N-G:

***********

    The U.S. SUPREME COURT'S recent recognition of an exception to the

" PROCEDURAL-DEFAULT RULE "in HABEAS CORPUS CASES could conceivably jus-

tify reopening claims in Federal Court on State and Federal issues on a

narrow exception that constitute this type of " EXTRAORDINARY CIRCUMST-

ANCE " and the FINAL EXHAUSTION ON INMATES'S ADMINISTRATIVE REMEDIES.

The Prison Guards And Official was held in the 1990'S: Eighth-Amendment

is broader than mere infliction of physical pain... For leaving Inmate's cell safe

and not in disarray.[Cites Omitted]. SEE ARGUMENT(5); PAGES: 90 -92 (INFRA).

    WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUNDS(5):

-53- OF -544-                               16-11409.83

*81*

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised (6)  PAROLE OR MANDATORY SUPERVISION:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 7 of 41   PageID 81

P.P.–76 OF 544        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

PETIETION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY:
CONT'D:      FROM TO BE USED:   PAGE 54 OF 58      PAGE 76 OF 131

f.   GROUND-SIX   :  THERE WAS NOT AN " INFAMOUS CRIME " OF CIVIL CON-
TEMPT SANCTION WITH IMPRISONMENT IN DCJ FROM APRIL 22, 1996 TO MAY 09,
2003 [EIGHT(8)-CALENDAR-YEARS] WITH A FURLOUGH FROM MAY 09, 2003 TO THE
PRESENT, AND THE " INFAMOUS CRIME " ON APRIL 10, 2006 AND THE PUNISHMENT
BY IMPRISONMENT IN [A] PENITENTIARY WITH 1 YEAR MANDATORY SUPERVISION
DONE IN A PENITENTIARY - THAT JURISDICTION ENDED ON NOVEMBER 19, 2009,

Supporting FACTS:   (Do Not Argue Or Cite Law, Just State The Specific
                  Facts That Support Your Claim.) —

( 6 )   P-A-R-O-L-E   O-R   M-A-N-D-A-T-O-R-Y   S-U-P-E-R-V-I-S-I-O-N:

************

THE SPECIFIC FACTS ON ABOVE: The 10-Year Federal Parole ended in MAY,
1995 instead of MAY, 2002; The State-Civil-Contempt ended with imprison-
ment (Commitment - Remanding a Defendant to prison) in Dallas County Jail
(DCJ) to MAY 09, 2003 (8-Calendar-Years) with FURLOUGH (A brief release
from prison, under HABEAS still counts as " CUSTODY ", while: Parole,
Halfway-House, or Home-Confinement does not count as " CUSTODY "). . . .
continuation of " CUSTODY " (Imprisonment) - AND A NOT " INFAMOUS CRIME ".
On APRIL 10, 2006 was the FEDERAL INDICTMENT, THE " INFAMOUS CRIME " with
18-Years imprisonment in a Federal Penitentiary with 1-Year Mandatory
Supervision with a Total Imprisonment greater than 19-Years - TODATE!
      SEE ARGUMENT(6), PAGES: 93 - 95 (INFRA).

WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUND(6):

54 OF 544                                    16-11409.84

82

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF — CONT'D:

#### d)  Issues Raised (7) TIME CREDITS:

Case 1:16-cv-00107-O  Document 1-1  Filed 06/14/16  Page 8 of 41  PageID 82

**P.P.-77 OF 544**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY:
CONT'D:   FROM TO BE USED: PAGE 55 OF 58   PAGE 78 OF 544

G.  GROUND-SEVEN : MARSHALL MUST RECEIVE CREDIT FROM TIME SPENT IN
" OFFICIAL DETENTION " PRIOR TO THE DATE THE SENTENCE COMMENCES [FROM
APRIL 22, 1996 TO FEBRUARY 16, 2007], THIS REQUIREMENT APPLIES, WHETHER
DETENTION RESULTS FROM THE OFFENSE FOR WHICH THE SENTENCE WAS IMPOSED
OR FROM ARREST ON ANOTHER CHARGE AS LONG AS THAT TIME HAS NOT BEEN
CREDITED TO SOME OTHER SENTENCE.

Supporting FACTS:  (Do Not Argue Or Cite Law, Just State The Specific
Facts That Support Your Claim.) —

( 7 )   T I M E   C R E D I T S:

***********

MARSHALL: Avers, Re-Instates, Or Incorporate by Reference as if Fully
Set Forth Herein [ BOLD / CAPS / ITALICS AND UNDERLINED ( Emphasis Added) ]
— (6) PAROLE OR MANDATORY SUPERVISION, PAGE-54 — " A TOTAL IMPRISON-
MENT (AND OR CONTINUED " IN CUSTODY " GREATER THAN (>) NINETEEN(19) YEARS
- TODATE! ". SEE COINTELPRO \#1, PAGE-74; AND CONTEMPT \#2, PAGE-76 - INFRA.

This imprisonment of State and Federal Incarceration with the EXHAUST-
ION OF ALL ADMINISTRATIVE REMEDIES OF THE FEDERAL BUREAU OF PRISONS (BOP),
MARSHALL IS ENTITLED TO HAVE " IMMEDIATE RELEASE " — Incorporates By
Reference As If Fully Set Forth Herein — (4) JAIL OR PRISON CONDITION,
PAGE-52; AND (5) A PRISON DISCIPLINARY PROCEEDING; AND (6) PAROLE OR
MANDATORY SUPERVISION, PAGES: 53 - 54. SEE ARGUMENT(7), PAGES: 96 - 98.

WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUND (7):

55 OF 544

16-11409.85

D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

d)   Issues Raised (8) OTHERS – DISCRIMINATORY RACIAL / CLASS– BASE ANIMUS:

Case 1:16-cv-00107-O   Document 1-1   Filed 06/14/16   Page 9 of 41   PageID 83

P.P.–78 OF 544          IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS – ABILENE DIVISION
PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY:
CONT'D:      FROM TO BE USED:  PAGE 56 OF 58    PAGE 78 OF 131

h.   GROUND-EIGHT :  THE DCJ AUTHORITIES, IRS, PROSECUTORS, DEFENSE
ATTORNEYS, JUDGES, OFFICIAL AND AGENTS OR QUASI-OFFICIAL, AND BY PROXY:
THE BRANCHES, AGENCIES, BOARDS, AND COMMISSIONS, AND THE ELECTED AND
APPOINTED OFFICIAL IN CHARGE OF EACH (" GOVERNMENT ") MOTIVATED BY
" GENUINE ANIMUS " ENGAGED IN SELECTIVE AND VINDICTIVE PROSECUTION WHICH
DENIED MARSHALL EQUAL PROTECTION OF THE LAW AND VIOLATES DUE PROCESS.

Supporting FACTS:   (Do Not Argue Or Cite Law, Just State The Specific
Facts That Support Your Claim.) —
. (.8.)   O T H E R S - D I S C R I M I N A T O R Y   R A C I A L /
C L A S S - B A S E D   A N I M U S:

**************

C O N S T I T U T I O N A L   A M E N D M E N T S:
FIRST (st)  THROUGH THE SIXTEENTH (th) [ EXECEPTIONS OF: 3rd; 11th ;
AND 12th ]. See STATUTES, PAGE-27 (INFRA).

S p e c i f i c   T r e a t y:
THE UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS, FOOTNOTE 15,
PAGE-88, AND APPX.-D, PAGES: D-45 - D-49 (ALL INFRA).

The aboved is premised upon the allocation of damages to the AMERICAN
BAR ASSOCIATION (ABA) and the STATE BAR OF TEXAS with the " ORGANIZATIONS "
or " MEMBERS OF THE BAR " using " BADGES AND INCIDENTS OF SLAVERY " and
STATE AND FEDERAL GOVERNMENT CANNOT TRUTHFULLY SHOW ACTUAL THREATS OR
ACTUAL ILLEGAL ACTIONS. SEE ARGUMENT(8), PAGES: 99 - 101 (INFRA).
WRIT OF HABEAS CORPUS - 28 U.S.C. § 2241 - FORM TO BE USED - GROUND(8):

56 OF 544
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.   PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE 13 OF 60
PAGE 71 OF 741

16-11409.86



### D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:

**d)    Issues Raised  END – CASE 1:16-CV-00107-O – ABILENE DIVISION**

e)  Approximate date of filing lawsuit  ON JUNE 03, 2016

f)  Approximate date of disposition  DISMISSAL ON ABOUT JULY 25, 2016

MARSHALL WAS IN TRANSIT FROM ABOUT JULY 05, 2016 TO ABOUT JULY 27, 2016.
C I V I L   R I G H T S   C O M P L A I N T § 1 9 8 3 --

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes [X] No[ ] . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)  MARSHALL ATTESTS ADDITIONAL LAWSUITS USING A FACSIMILE OF OUTLINE:
SEE " INRTO " AND CONCLUSION: PAGES: 73 OF 741 – 119 OF 741  – ALL INFRA.

a)  Parties to previous lawsuit:

Plaintiffs:  JONATHAN (JOE) MARSHALL; SR.

Defendants:  SEE "[1]" – "[253]'", PAGES: 1 – 50 OF 741  (INFRA).

b)  Name of court and docket number  SEE ABOVE: " (a) FIRST PETITION " TO

ABOUT " (kk) THIRTY-SIX PETITION " ID. ABOVE.

c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?)  SEE " INTRO " AND CONCLUSION ID. ABOVE: PAGE-73 – PAGE-119

NOTE EACH PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS CAN BE DOZENS OF FILINGS.

d)  Issues raised  PETITIONS, APPLICATIONS OR MOTION PROCEEDINGS THAT ABOUT

ABOUT FOUR(4) DECADES TURNED INTO A TRINITY. SEE " INTRO ", PAGE-74 (INFRA).

e)  Approximate date of filing lawsuit  1984 [ #CA-3-84-0503F ] – PAGE-79 (INFRA).

f)  Approximate date of disposition  1984 TO THE PRESENT [ SEE CONCLUSION, PAGE-
119 (INFRA).

85

## T A B  -  T E M P L A T E  -  C O N T'D:   PAGE 85   OF 741

### T A B - S H E E T   O N L Y

| | | P A G E: | C I T E: | T A B: | |
|---|---|---|---|---|---|
| (15) | MEMO / ARG-6 | 93 - 95 | 93 - 95 | 115 - 117 | (15) |
| (16) | MEMO / ARG-7 | 96 - 98 | 96 - 98 | 118 - 120 | (16) |
| (17) | MEMO / ARG-8 | 99 - 101 | 99 - 101 | 121 - 123 | (17) |
| (18) | CONCLU: / RELIEF | U N C O U N T E D   P A G E<br>102 - 105 | 102 - 105 | 124 - 127 | (18) |
| (19) | APPX - A - | A-A,A-B,A-C,A-1 - A-56 | A-A, A-1 - A-56 | 128 - 186 | (19) |
| (20) | APPX - B - | B,B-B,B-1 - B-40 | B, B-1 - B-40 | 187 - 228 | (20) |
| (21) | APPX C | C,C-C,C-1 - C-110 | C, C-1 - C-110 | 229 - 340 | (21) |
| (22) | APPX D | D,D-A,D-D,D-1 - D-49 | D, D-1 - D-49 | 341 - 392 | (22) |
| (23) | APPX E | E,E-A,E-E,E-1 - E-61 | E, E-1 - E-61 | 393 - 456 | (23) |
| (24) | APPX F | F,       T A B - S H E E T   O N L Y<br>F-A,F-B,F-F,F-1 - F-41 | F, F-1 - F-41 | 457 - 501 | (24) |
| (25) | APPX G | G,G-A,G-G,G-1 - G-36 | G, G-1 - G-36 | 502 - 540 | (25) |
| (26) | PAYMENT $5.00 | U N C O U N T E D   P A G E<br>xxi | xxi | 541 | (26) |
| (27) | TABS TEMPL. | xxii - xxiv | xxii - xxiv | 542 - 544 | (27) |

16-11409.481

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE  15 OF  60

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
P.P.-457 OF 544   ABILENE DIVISION

N A M E   T A B L E   O F   C O N T E N T S   P A G E   N O.

_1. APPENDIX-F ( " APPX.-F ) - COVER............ F,F-A,F-B,F-F,F-1
_2. SEE EXTENDED-TABLE-OF-CONTENTS ................. F-B,F-F,F-1 - F-23
_3. EXCERPTS OF " OMNIBUS-MOTION (528-PAGES) " - ATT.#.A;
     ATT.#.B; [ SEE APPX.-C, PAGES: C-6 - C-7; AND ALSO,
     NOTE: FORM, SEVEN (7), PAGES: 21 - 23 (ALL INFRA) ]
     WITH NAMED APPEALS, MANDAMUS AND §.2241 ......... F-24 - F-30
_4. PETITION FOR WRIT OF CERTIORARI IN THE U.S. SUPREME
     COURT (SCOTUS) .................................. F-31 - F-32
_5. COMMUTATION / CLEMENCY ......................... F-33 - F-34

[ CONTINUED ON PAGE-F-A (INFRA) ]

# APPENDIX-F

PHYSICAL PAGINATION = 457 — 501 (INFRA) [ "P" = PAGE ]

G L O B A L   C I T E S: [F,F-A,F-B,F-F,F-1 - F-41 ]

F,F-1 — F-41 = P-i, vii, 68, 79, 80, 92, 103, 104, A-B, A-1, C-1,
                C-63, C-109

I N D I V I D U A L   C I T E S:

| CITE   PAGINATION / DESCRIPTION | CITE   PAGINATION / DESCRIPTION |
|---|---|
| _1. F,F-A,F-B,F-F,F-1 — F-41 = THE SAME AS GLOBAL (ABOVE) /PETITIONS, APPLICATIONS OR MOTION PROCEEDINGS THAT OVER 30-YEARS HAS TURNED INTO A TRINITY: #84-09218-Z; #CR3-87-086-T; AND #A06-CR-067-LY; | _2. F-2 = P-69,70,F-B,F-4 /CA-3-84-0503F -FIRST CIVIL RIGHTS LAWSUIT IN DALLAS AGAINST THE IRS; _3. F-3 = P-69,91,F-B /84-0912-Z - RETALIATION AND INTRUS-ION INCLUDED IN DIVORCE IN JUNE 07, 1985; |

[ CONTINUED - NEXT-PAGE (F-A) (INFRA) ]

APPENDIX-F - COMPLETIONS TO FEDERAL COURTS (DISTRICT / APPELLATE / SUP-
REME); STATE, OTHER COURTS, OR AGENCIES - STATE AND FEDERAL [ OVER A
THIRTY-SIX (36, OR THREE DECADES AND 1/2) YEARS PERIOD FROM 1980'S TO
PRESENT ] AND FAILURE NOT ANYWAY DUE TO FAULTS OR PART OF JOE MARSHALL'S
BEHAVIOR - " DILIGENT INDIGENT " - PETITIONS THAT EQUAL SEVERAL HUND-
RED "PLEADINGS" - HUNDREDS-OF-THOUSANDS-OF-HOURS-OF-TIME; AND HUNDREDS-
OF-THOUSANDS-OF-DOLLARS OF EXPENSES; PAGES 1 OF 45 OF F,F-A,F-B,F-F,
F-1 - F-41

16-11409.482

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:      PAGE 16 OF 60

87

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

PAGE 87 OF 741

P.P.-458 OF 544

NAME     TABLE OF CONTENTS     PAGE NO.

_1.  APPENDIX-F ( " APPX.-F ) - COVER.............. F-A

_6.  MEMORANDA FINAL EXHAUSTION, AND FUTURE REMEDIES
     AND FILINGS ......................... F-35 ~ F-40

_7.  APPENDIX-F ( " APPX-F ") - COVER - CONT'D ..... F-41

APPENDIX-F - CONT'D FROM PAGE-F (INFRA);

[ CONTINUED ON PAGES: F-B, F-F, F-1 (ALL INFRA) ]

# APPENDIX-F

PHYSICAL PAGINATION = 457 — 501 (INFRA) [ "P" = PAGE ]

GLOBAL CITES: [F,F-A,F-B,F-F,F-1 - F-41 ]

F,F-1 — F-41 = P-SAME AS PAGE-F (INFRA)

INDIVIDUAL CITES;

| CITE PAGINATION / DESCRIPTION | CITE PAGINATION / DESCRIPTION |
|---|---|
| _4.  F-5 = P-71 /CA-3-88-2565-H - 1988 START OF MAR-SHALL'S ATTACK ON INTERLOCKING CON-SPIRACY - SOME 35-YEARS — TODATE; | _6.  F-8 — F-22 = P-89 /TRYING TO OPEN PORTAL TO A HABEAS CORPUS, CIVIL RIGHTS, OR FEDERAL QUESTION(S) REVIEW OF PRISONER'S ORI-GINAL CLAIMS OF CONSTITUTIONAL ERROR; |
| _5.  F-6 — F-18 = P-71,F-B,F-41 /CIVIL RIGHTS COMPLAINTS FOR PRISON-ER'S CIVIL RIGHTS AND/OR PRIVATE-CIT-IZEN'S AFTER JUNE 08, 1994; | _7.  F-37 — F-40 = P-57 /FUTURE FILING (WORK-IN-PROCESS) |

ALSO, SEE CLAIMS OF CONTITUTIONAL ERROR OVER 31/2 DECADES (SOME 35 YEARS),
APPENDIX, COVER ....... F-41 - CONTINUED ON PAGE-F-41 (INFRA).

N O T E - PROLOGUE, PAGE-C-63; AND EPILOGUE, PAGE-C-109 (BOTH INFRA).

APPENDIX-F - COMPLETIONS TO FEDERAL COURTS (DISTRICT / APPELLATE / SUP-REME); STATE, OTHER COURTS, OR AGENCIES - STATE AND FEDERAL [ OVER A THIRTY-SIX (36 OR THREE DECADES AND 1/2) YEARS PERIOD FROM 1980'S TO PRESENT ] AND FAILURE NOT ANYWAY DUE TO FAULTS OR PART OF JOE MARSHALL'S BEHAVIOR - " DILIGENT INDIGENT ". - PETITIONS THAT EQUAL SEVERAL HUND-RED "PLEADINGS" - HUNDREDS-OF-THOUSANDS-OF-HOURS-OF-TIME; AND HUNDREDS-OF-THOUSANDS-OF-DOLLARS OF EXPENSES:

16-1#409.483

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.   PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 17 OF 60

PAGE 75 OF 741

IN THE
SUPREME COURT OF UNITED STATES
PETITION FOR WRIT OF CERTIORARI
NAME     TABLE OF CONTENTS     PAGE     NO.

1.   APPENDIX-F ( " APPX.-F ") - COVER............     FF
2.   ALL DEFINITIVE QUANTIFERS, CITES, AND INDICES /
DESCRIPTIONS FOR " 528-PAGE-OMNIBUS-MOTION "..........   FF-1
3.   COVER PAGE FOR " PETITION FOR WRIT OF CERTIORARI "
APPENDIX-K, PAGES: K-1 - K-67 (INFRA) ON ABOUT AUGUST 20,
AND SEPTEMBER 04, 2009 WITH "TOC" HEADER-NOTES........   F1
4.   ALL DEFINITIVE QUANTIFERS, CITES, INDICES AND
DESCRIPTIONS ON " PETITION FOR WRIT OF CERTIORARI " (ABOVE)
ON STATE AND FEDERAL ISSUES......................   F-24

[ SUPRA — 528-PAGE-OMNIBUS-MOTION ]

# APPENDIX-F

PHYSICAL PAGINATION =  342  —  367  (INFRA)

GLOBAL CITES:

 F1  —  F-24  = P-A-5-IFP, iv, v,viii, x, xiii, 5, 19, 39, 40 —
[ FF,FF-1,F1 — F-24 (INFRA) ]

INDIVIDUAL CITES:

| CITE PAGINATION / DESCRIPTION | CITE PAGINATION / DESCRIPTION |
|---|---|
| 1.  FF,FF-1,F1 — F-24 = P-20, P-35, 39, | 5.  F-9 — F-11 = P-6 |
| "JUDICIAL FILING/PROCEEDINGS FROM ABOUT 1984 TO THE PRESENT"; | "STATE/FEDERAL GENERAL HABEASES"; |
| 2.  F1 — F-9 = P-27 | 6.  F-19 = P-2 |
| "STATE & FEDERAL COURTS: 1984-1999"; | "84-9218-Z (STATE) & A06-CR-067-LY (FEDERAL)-OPINIONS / GROUNDS AS |
| 3.  F-2 = P-38 | TO HABEASES; RELIEF...ECT."; |
| "FIRST CIVIL SUIT OF 1984 ON A S/S BY IRS [THERE HAS BEEN ABOUT FIVE | 7.  F-19 — F-23 = P-2 |
| (5) RULE 41(g) SINCE MARCH 2002"; | "STATE & FEDERAL HABEAS-'TRINITY'"; |
| 4.  F-8 = P-6 | 8.  F-24 = P-FF, F1 |
|  | "CITES & INDICES OF WRIT OF CERT.". |

"REQUIREMENT OF A FEDERAL CASE FOR STATE ACTION [HABEASES - FOOTNOTE 6/*,
PAGES: L-21 - L-22 (INFRA)] ABOUT MAY 16, 1996"; — SEE PAGE-F-24 (INFRA).
APPX.-F - SUMMARY OF JUDICIAL FILINGS/PROCEEDINGS...ECT.:  PAGE  1 OF 26

<u>FORMAL MEMORANDUM TO:</u> THE EXECUTIVE BRANCH;

THE LEGISLATIVE BRANCH; THE JUDICIAL BRANCH; AGENCIES, BOARDS,

AND COMMISSIONS; AND THE ELECTED AND APPOINTED OFFICIALS IN CHARGE OF EACH.

<u>ALL CITES ARE OF PAGES:</u> __1__ OF __528__ [ BOTTOM OF PAGE COUNT FOR NUMBERS ]—

__101__ OF __528__ ; <u>AA</u>, <u>A1</u>, <u>A-2</u> ... to <u>JJ</u>, <u>J1</u>, <u>J-2</u> ... ECT ARE FOR THE BOTTOM

RIGHT OF PAGINATION ON <u>ATTACHMENT# A</u> (<u>ATT.# A</u>) / <u>APPENDIX-A</u> (<u>APPX.- A</u>)

THROUGH <u>ATTACHMENT# J</u> / <u>APPENDIX-J</u>.

<center>G L O B A L   C I T E S:</center>

<u>FF</u>/ <u>F1</u> - <u>F-23</u> = P-3, 4, 5, 7, 14, 31, 34, 39, 47, 71, and 95

<center>I N D I V I D U A L   C I T E S:</center>

<center>[ SUPRA — 528-PAGE-OMNIBUS-MOTION ]</center>



| CITE  PAGINATION / DESCRIPTION | CITE  PAGINATION / DESCRIPTION |
|---|---|
| _1. FF,F1 - F-23 = P-26,60, 64, 78 , BB  [Individual APPX.-F] | _8. F-8 - F-16 = P-45 [Civil Rights, 2255, 2241 and RULE 41(g)] |
| _2. F-2 = P-39, 40 [IRS' SUIT 1984] | _9. F-9 = P-56 [State and Federal Continuing Conspiracy 1996] |
| _3. F-2 - F-8 = P-27 [Judicial Filing Mostly IRS] | _10. F-11 - F-16 = P-56 [3:96-CV-3319] |
| _4. F-5 = P-39, 40 [ IRS" SUIT IN CA-3-88-2565-H in 1988] | _11. F-15 = P-33, 37, 56 [3:02-CV-949 - Federal Court] |
| _5. F-6 = P-65 [BOP'S MEDICAL IN-DIFFERENCE/CIVIL RIGHTS] | _12. F-17 - F-18 = P-27, 41 [Judicial Misconduct Complaints] |
| _6. F-7 = P-65 [ BOP'S Suit moved El Paso in 1994 - 95 ] | CONTINUED ON COVERSHEET, APPX.-F, |
| _7. F-8 = P-38, 54, 56 [Combination on Civil Rights Joining State / Federal] | PAGE-F-24 (INFRA).* * * N.O.T.E — |
| | IN THIS INSTANT ACTION WOULD BE |
| | PAGE-F-41 (INFRA) * * * |

<u>ATTACHMENT# F</u> - INDEXES TO APPENDIX-F (JUDICIAL FILING):  PAGE <u>FF</u> OF  <u>1</u>

<div align="right">F-F<br>16-11409.485</div>

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:            PAGE  19 OF  60

PAGE __77__ OF __741__

**P.P.P-461 OF 544**                          IN THE                          **PAGE 90 OF 741**

## SUPREME COURT OF THE UNITED STATES

### PETITION FOR WRIT OF CERTIORARI

N A M E    T A B L E   O F   C O N T E N T S    P A G E   N O.
_1.   APPENDIX-F (" APPX.-F ").....................   F1
_2.   PETITIONS, APPLICATIONS (COMPLAINTS):.........   F-2  -  F-23
_A.   VERIFIED MOTIONS AND PLEADINGS / COMPLAINTS...   F-2  -  F-19
_B.   PRE / POST PETITIONS FOR WRIT OF CERTIORARI...   F-20  -  F-23

(5)   The Arguments for Certiorari appears overwhelming, Petitioner is a " DILIGENT INDIGENT " and shown Due Diligence in REQUESTING: Proceedings [ I.E: Appeal of Detention; Appeal of Convictions; Correct Sentencing; Return of Property on Search Warrants; Return of Property on confiscation by the Dallas County Jail; Computer Forensic Works; Trial Discovery; Witnesses . . . ECT. ] completing to Federal Courts

# APPENDIX

# F

[ SUPRA - SCOTUS - WRIT OF CERT -
SOME 709-TABBED PAGES ] —
ALSO, NOTE PAGES: 40 - 45 (INFRA).

### CONTINUED ON COVERSHEET; APPX.-F-24, (INFRA)

(District / Appellate), Other Courts, or Agencies - State and Federal [Over a Twenty-Six (26) YEAR PERIOD from 1984 to Present of 2009] and failure not anyway due to faults or part of Joe Marshall's behavior - " DILIGENT INDIGENT " ................................. 39

APPENDIX-F:   THE UNDERLYING QUESTION(S)? [ JUDICIAL NOTICE in the NATURE OF RULE 201(d) with OVER TWENTY (26) YEAR HISTORY - TODATE ] WAS A UNCONSTITUTIONAL BLENDING OF A " CONTINUING ORGANIZED AND ONGOING ILLEGITIMATE ENTERPRISE ( INEXTRICABLY INTERTWINED - STATE / FEDERAL ) INTERLOCKING DISCRIMINATORY CONSPIRACY - - - IMPROPERLY MOTIVATED BY DISCRIMINATORY PURPOSES AND RETALIATION OF HARRASSMENT AND INCARCERATION TO LAST AS DOCUMENTED FOR THE PRISONER'S NATURAL-LIFE........... F1  -  F-23

APPX.-F - 23 PETITIONS THAT EQUAL SEVERAL-HUNDRED "PLEADINGS"- PAGE F1 - OF F-23 - - - " LITERALLY SEVERAL-HUNDRED PLEADINGS... ECT."

F-1
16-11409.486

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 20 OF 60**

P.P.=462 OF 544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

" BIVENS " / RETURN OF PROPERTY - RULE 41(e)      PAGE 84 OF 104

" P R E / P O S T  P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(a)   FIRST PETITION - NO.#: CA-3-84-0503F -
   (1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DISTRICT)
   (2)  NATURE OF PROCEEDING  MOTION FOR RETURN OF PROPERTY PURSUANT
        TO RULE 41(e) FRCP - SEE PAGES: 431 - 433, ATT.# 8 (INFRA).
   (3)  GROUNDS RAISED  Alleges exceeding scope of warrant in seizing
        property which is irrelevant to scope of examination.
   (4)  EVIDENTIARY HEARING      YES [X]     NO [ ]
   (5)  RESULT SEE FOOTNOTE ✓ , PAGE-33 (INFRA)*** ALL PAGES ARE SUPRA ***
   (6)  DATE OF RESULT  JUNE 19, 1984 (✓ JUNETEENTH)

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ]  NO [X]
   (1)  NAME OF COURT UNITED STATES COURT OF APPEALS - FIFTH CIRCUIT
   (2)  CASE NUMBER  . UNKNOWN
   (3)  RESULT  LACK OF PROSECUTION / DISMISSAL WITHOUT PREJUDICE
   (4)  DATE OF RESULT  UNKNOWN

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
     RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
     THIS INSTANT ACTION, CA3-88-2565-H (IBID., PAGES: 434 - 436; 437 -
     438 (Or 3:96-CV-01373) All INFRA - NOTE PAGES: 90 - 106 (INFRA).

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
     APPLICATION OR MOTION:
     WORK-IN-PROGRESS: Lack of money / funds; Government's and Prosecut-
     orial's Offenses has been prejudicial and constituted Misconduct. . .

(e)  PETITIONS OR APPEALS PENDINGS:
     THIS INSTANT ACTION; APPENDIXES, PAGES: 534 - 542; and § 2255 in
     Western District within One-Year time limitation on or before Jan. 08, 2009.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
     INADEQUATE OR INEFFECTIVE FOR RELIEF:
     State / Federal of over 26-Years of Misconduct..Acknowledgement given
     GRUDGINGLY  -NOTE ✓ JUNETEENTH DATES in Above and other situations.
VERIFIED § 2241 - MOTION AND PLEADING: *** ALL PAGES ARE SUPRA IN WRIT
OF HABEAS CORPUS ***        89  OF  557

                                            f8-2 1409.487

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE  21  OF  60

P.P.-463 OF 544

# IN THE UNITED STATES DISTRICT COURT
## FOR THE 256TH JUDICIAL DISTRICT OF DALLAS COUNTY, TEXAS
### FAMILY DISTRICT COURT — CIVIL / FAMILY / JUVENILE

ATTACHMENT AND COMMITMENT IN CONTEMPT.                    PAGE 85  OF 104

" P R E  /  P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(b)    SECOND PETITION  -  NO.#: 84-09218-Z -

  (1)  NAME OF COURT 256<u>th</u> Judicial District Court Dallas County, Texas.

  (2)  NATURE OF PROCEEDING Divorce/Child-Support/Contempt/Retaliations
     - SEE - ATT.# 6, PAGES: 388 - 413 (INFRA).***ALL PAGES ARE SUPRA***

  (3)  GROUNDS RAISED (D.) (3), PAGE-34 (INFRA) Many of the CAUSES
     and EFFECTS of PLOTS: A - F - State, Federal and Locals.

  (4)  EVIDENTIARY HEARING        YES [X]      NO  [X]

  (5)  RESULT Treated Like a Non-Person (Incarceration /Dispossessed).

  (6)  DATE OF RESULT  1984 to Present

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]

  (1)  NAME OF COURT NORTHERN DISTRICT OF TEXAS (DALLAS DISTRICT)

  (2)  CASE NUMBER SEE  PAGES: 95 - 106-, PETITIONS 7 - 18 (INFRA).

  (3)  RESULT IBID., PAGES 388 - 413 or FOOTNOTE\5 , PAGE-26.

  (4)  DATE OF RESULT  1984 to PRESENT

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?***ALL PAGES ARE SUPRA***
  This Instant Action, IBID., PAGES:398 - 405, and Petition-Seven thru
Petition-Eighteen and dozens of State Court actions. . .

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
WORK-IN-PROGRESS: Denied effective representation to raise claims
  during crucial moment of Litigation - Harmful to my family interests.

(e)  PETITIONS OR APPEALS PENDINGS:***ALL PAGES ARE SUPRA IN HABEAS***
  SEE ANSWER ON PAGE-89 (INFRA) and PAGES: 68 - 74 ALL INFRA : AND
PETITION(S) / INJUNCTIVE ORDERS(S) FOR NUNC PRO TUNC / WRIT OF ERRORS.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  This is one of JUNETEENTH DATES where MARSHALL was wronged and grud-
gingly acknowledged on a Parody on Black's Freedom day (June 19, 1985).
ERIFIED § 2241 - MOTION AND PLEADING:

90  OF  557

16-11409.488
F-3

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:                 PAGE 22 OF 60

PAGE  80  OF  741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

INDICTMENT ON INTERNAL REVENUE LAWS

" P R E  /  P O S T  P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(c)  THIRD PETITION  - NO.#: CR3-87-086-T -

  (1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DISTRICT)
  (2)  NATURE OF PROCEEDING SEE ATT.# 1, INDICTMENT, PAGES: 219 - 240;
       ATT.# 2, JIC, PAGE-269, and ATT.# 3, PAGES: 301 - 315 (INFRA).
  (3)  GROUNDS RAISED  SEE  HABEAS, PAGES: 75-81 and all inferences
       realleged from Pages: 29 through 74 (ALL INFRA).
  (4)  EVIDENTIARY HEARING      YES [X]     NO [ ]
  (5)  RESULT Trial by jury No Guilt on 1 and 17; Guilty 2 - 16 CTS.
  (6)  DATE OF RESULT   December 04, 1987

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
  (1)  NAME OF COURT USCA5 in New Orleans, Louisiana
  (2)  CASE NUMBER      UNKNOWN
  (3)  RESULT  March 17, 1989 AFFIRMING the Judgment of USDC
  (4)  DATE OF RESULT   MARCH 17, 1989

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
     THIS INSTANT ACTION, CA-3-84-0503-F, CA-3-88-2565-H, ATT.# 9, " WRIT
     OF CORAM NOBIS " -CA3:98-CV-2247-P [PAGE-470 (INFRA)], and 92 - 106.

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
     WORK-IN-PROGRESS: Government / IRS / Prosecutorial Misconduct, and
     denied effective representation to raise claims on appeal(s).

(e)  PETITIONS OR APPEALS PENDINGS:
     IBID., PAGE-89, [THIS INSTANT ACTION, APPENDIXES, PAGES: 534 - 542;
     and a § 2255], and any Petitions / Injunctive order(s). . . . ECT.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
     PROCEDURAL DEFAULTS OF CONSTITUTIONAL CLAIMS IN THE PAST AND A RATION-
     AL CONTINUUM FROM 1984 to PRESENT OF: PROPERTY, COMMERCE AND CONTRACTS.

VERIFIED § 2241 - MOTION AND PLEADING:

                    91  OF  557

                                              F-4

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE  23  OF 60

P.P.-465 OF 544                                PAGE 94 OF 741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

PRISONER'S CIVIL RIGHTS LAWSUIT — IRS...ECT.        PAGE 87 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(d)   FOURTH PETITION - NO.#: CA-3-88-2565-H -

   (1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
   (2)  NATURE OF PROCEEDING  TITLE 42 § 1983 - PRISONER - CIVIL RIGHTS,
     ATT.# *, DOCKET SHEET, PAGES: 434 - 436 (INFRA).
   (3)  GROUNDS RAISED  CIVIL RIGHTS, ROBERT MANES (IRS' AGENT), IRS, AND
     CA-3-84-0503F OF DUNCAN: SIX UNKNOWN AGENTS AND THE USA.
   (4)  EVIDENTIARY HEARING      YES [ ]      NO  [X]
   (5)  RESULT  WITHOUT PREJUDICE FOR FAILURE TO RAISE A CLAIM UPON. . .
   (6)  DATE OF RESULT  JULY 19, 1989

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
   (1)  NAME OF COURT  USCA5 - NEW ORLEANS, LOUISIANA
   (2)  CASE NUMBER  . UNKNOWN
   (3)  RESULT  FAILURE TO FILE BRIEF WITHIN TIME FRAME(EXTENSION REQ.)
   (4)  DATE OF RESULT  DECEMBER 29, 1989

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
  THIS INSTANT ACTION UNDER PAGES: 90 - 106 (INFRA), SEE " NAME OF
  ALL PARTIES :, IBID., PAGES: 437 - 438 - INTERLOCKING CONSPIRACY.

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
  ALL APPEALS HAS BEEN PROCEDURALS DEFAULTS WITH A CONTINUING ORGANIZED
  ONGOING ILLEGITIMATE ENTERPRISE - IMPROPERLY MOTIVATED BY ANIMUS(ES).

(e)   PETITIONS OR APPEALS PENDINGS:
  THIS INSTANT ACTION, APPENDIXES, PAGES: 534 - 542; and IBID., PAGE-
  89 WITH LEGISLATIVE HELP ON PROPERTY, COMMERCE, AND CONTRACTS.

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  PERVADING AND CHARACTERISTIC APPROACH OR TREATMENT OR ILL WILL OR
  HOSTILITY UNDER ACTS AND COLORS OF STATE AND FEDERAL LAWS.

VERIFIED § 2241 - MOTION AND PLEADING:

92 OF 557

F-5
16-11409.490
FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:              PAGE 24 OF 60

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

MEDICAL INDIFFERENCE SUIT AGAINST THE BOP              PAGE 88 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(e)  FIFTH PETITION  -  NO.#: 3:94-CV-01175

(1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DISTRICT)
(2)  NATURE OF PROCEEDING  TITLE 42 § 1983 - PRISONER'S CIVIL RIGHTS -
     INDIFFERENCE TO PRISONER'S MEDICAL NEEDS; BOP (LA TUNA, TX/NM)
(3)  GROUNDS RAISED  FEDERAL QUESTION - INDIFFERENCE TO PRISONER'S
     MEDICAL NEEDS - EIGHT AMENDMENT: $1,700,000.00 & JURY DEMAND.
(4)  EVIDENTIARY HEARING    YES [ ]    NO  [X]
(5)  RESULT  TRANSFERRED TO EL PASO. SEE NEXT-PAGE [ PAGE-94(INFRA)]
(6)  DATE OF RESULT  FEBRUARY 08, 1995

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.  YES [X]  NO [ ]
(1)  NAME OF COURT  USCA5 - NEW ORLEANS, LOUISIANA
(2)  CASE NUMBER  NUMEROUS / UNKNOWN
(3)  RESULT  DEFAULTS/PROCEDURAL ERRORS OR IGNORED (MOSTLY FUND$)
(4)  DATE OF RESULT  MULTIPLE DATES THROUGH PAGES: 94 - 105 (INFRA)

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
THIS INSTANT ACTION: IBID. IN PETITION: FIRST - EIGHTEENTH WITH THE
MANTRA " INTERLOCKING CONSPIRACY " 1984 TO PRESENT.

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
IBID. IN PETITIONS: FIRST THRU FOURTH; PAGES: 89 - 92 — CONTINUING
ON GOING ILLEGITIMATE ENTERPRISES WITH NUMEROUS BLOCKS / DEFAULTS.

(e)  PETITIONS OR APPEALS PENDINGS:
IBID. IN PETITIONS: FIRST - FOURTH; PAGES: 89 - 92 (INFRA)

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
IBID. IN PETITIONS: FIRST - FOURTH; PAGES: 89 - 92 (INFRA)

VERIFIED § 2241 - MOTION AND PLEADING:

93  OF  557

16-19409.491

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 25 OF 60

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS — EL PASO DIVISION

- MEDICAL INDIFFERENCE SUIT AGAINST THE BOP.          PAGE 89 OF 104

" P R E / P O S T  P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(f) SIXTH PETITION = NO.#: EP-95-CA-078

 (1) NAME OF COURT  WESTERN DISTRICT OF TEXAS (EL PASO TEXAS)
 (2) NATURE OF PROCEEDING  SAME PROCEEDING AS 3:94-CV-01175 THAT
     WAS TRANSFERRED - SEE Page-93 (INFRA) - BOP'S MEDICAL INDIFF.
 (3) GROUNDS RAISED  SAME IBID. PAGE-93: INDIFFERENCE TO PRISONER'S
     MEDICAL NEEDS -EIGHT AMENDMENT: $1,700,000.00 & JURY DEMAND.
 (4) EVIDENTIARY HEARING      YES [ ]      NO [X]
 (5) RESULT  DEFAULTS / PROCEDURAL ERRORS (MOSTLY FUNDS)...ECT.
 (6) DATE OF RESULT  UNKNOWN / WORK-IN-PROGRESS (WIP)

(b) APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
 (1) NAME OF COURT  USCA5 - NEW ORLEANS, LOUISIANA
 (2) CASE NUMBER  NUMEROUS / UNKNOWN
 (3) RESULT DEFAULTS / PROCEDURAL ERRORS (LACK OF FUNDS) / IGNORED
 (4) DATE OF RESULT  MULTIPLE DATES TO PRESENT (WIP)

(c) PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
  IBID. PAGE-93: THIS INSTANT ACTION: FIRST - EIGHTEENTH with the
 MANTRA " INTERLOCKING CONSPIRACY " 1984 TO PRESENT (RATIONAL CONTINUUM).

(d) REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
  IBID. IN PETITIONS: FIRST THRU FIFTH, PAGE: 89–93 - -CONTINUING
 ON GOING ILLEGITIMATE ENTERPRISES WITH NUMEROUS BLOCKS ? DEFAULTS.

(e) PETITIONS OR APPEALS PENDINGS:
  IBID., IN PETITIONS: FIRST THRU FIFTH, PAGES: 89 - 93 (INFRA)

(f) WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  IBID., ABOVE IN (d) & (e) - PROCEDURAL DEFAULTS OF CONSTITUTIONAL
 CLAIMS AND A RATIONAL CONTINUUM FROM 1984 TO PRESENT.

VERIFIED § 2241 - MOTION AND PLEADING:

94 OF 557

                                                   F8711409.492
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 26 OF 60

PAGE 84 OF 741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

1983 PRISONER'S CIVIL RIGHTS / HABEAS .... ECT        PAGE 90 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(g)   SEVENTH PETITION - NO.#: 3:96-CV-01373  -

   (1)   NAME OF COURT NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
   (2)   NATURE OF PROCEEDING TITLE 42 - 1983 PRISONER'S CIVIL RIGHTS /
      HABEAS CORPUS § 2241 / FEDERAL QUESTION (S)
   (3)   GROUNDS RAISED  NUMEROUS CONTINUING VIOLATION OF PETITIONER'S
      RIGHTS . . . SEE " NAME OF ALL PARTIES ", PAGES: 437 - 438.
   (4)   EVIDENTIARY HEARING        YES [ ]        NO  [X]
   (5)   RESULT DISMISSED WITH PREJUDICED - 28 U.S.C. § 1915(d)
   (6)   DATE OF RESULT  09-10-1996

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
   (1)   NAME OF COURT    USCA5 - NEW ORLEANS, LOUISIANA
   (2)   CASE NUMBER   #96-11219
   (3)   RESULT APPEAL IS DISMISSED FOR WANT OF PROSECUTION / FEES. . .
   (4)   DATE OF RESULT    03-20-1997

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
   IBID., PAGE-93 - - PETITIONS: FIRST THROUGH EIGHTEEN: PAGES: 89 -
   106 (INFRA): MANTRA " INTERLOCKING CONSPIRACY ", PAGE-416 (INFRA)

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
   IBID., PAGE-93 - - ALL TO DO WITH LACK OF FUNDS / INVOLUNTARY DIS-
   MISSAL - - PLAINTIFF DID RE-FILE SUIT: PAGES: 96 - 106 (INFRA).

(e)   PETITIONS OR APPEALS PENDINGS:
   IBID., IN PETITIONS: FIRST THRU SIXTH, PAGES: 89 - 94 (INFRA)  - -
   STILL WORK-IN-PROGRESS - THIS ACTION.

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
   IBID., ABOVE (e) - - THIS DISTRICT HAS A HABIT OF DEPARTING FROM
   PLEADING STANDARDS MANDATED BY FEDERAL RULES OF CIVIL PROCEDURE.

VERIFIED § 2241 - MOTION AND PLEADING:

95  OF  557

F-8

16-11409.493

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE 27  OF 60

PAGE  85  OF  741

**P.P.-469 OF 544**

IN THE UNITED STATES DISTRICT COURT  **PAGE 98** OF _____
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

§ 2254 - PETITION FOR WRIT OF HABEAS CORPUS (STATE) PAGE 91 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(h)  EIGHTH PETITION  -  NO.#: 3:96-CV-03319  -

 (1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
 (2)  NATURE OF PROCEEDING  TITLE 28, § 2254 - PETITION FOR WRIT OF
      HABEAS CORPUS (STATE) - FEDERAL QUESTION
 (3)  GROUNDS RAISED  STATE AND FEDERAL CONTINUING CONSPIRACY; THE
      COMPLETE FILE IN ABOVE COURT - SEIZED FROM PETITIONER BY IRS.
 (4)  EVIDENTIARY HEARING  YES [ ]  NO [X]
 (5)  RESULT  N/A  FAILURE TO EXHAUST AVAILABLE STATE REMEDIES
 (6)  DATE OF RESULT  N/A

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.  YES [X]  NO [ ]
 (1)  NAME OF COURT  USCA5 - NEW ORLEANS , LOUISIANA
 (2)  CASE NUMBER  #97-10715
 (3)  RESULT  COA DENIED - PARTY IS NOT A PAUPER -MANDATED DENIED
 (4)  DATE OF RESULT  12-24-1997

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
  " MOTION FOR NUNC PRO TUNC TUNC " (09-16-1999); IBID., PAGE-93;
  ALL PETITIONS: NINTH THROUGH EIGHTEENTH; PAGES: 97 - 106 (INFRA).

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
  IBID., IN PETITIONS: FIRST THRU SEVENTH: PAGES: 89 - 95 (INFRA)
  STANDARD OF REVIEW DE NOVA - IRS & DJC CONFISCATED/SEIZED COMPLAINT.
(e)  PETITIONS OR APPEALS PENDINGS:
  IBID., PAGE-95 - - ALL INVOLUNTARY DISMISSAL-TOLLING STATUTE ON
WHERE PETITIONER REFILED COMPLAINT FOLLOWING ORDERS
(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  IBID., ABOVE(e) - - FUTILITY - DISMISSAL NOT A ADJUDICATION UPON
  MERITS - RETALITION BY TAKING OF PLEADING BY DALLAS COUNTY JAIL.
VERIFIED § 2241 - MOTION AND PLEADING:

96  OF  557

F-9

16-11409.494

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:  **PAGE 28** OF 60

**P.P.-470 OF 544**     IN THE UNITED STATES DISTRICT COURT  **PAGE  99  OF  741**
              FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

HABEAS-CORPUS-IN-GENERAL- (STATE-&-FEDERAL)           PAGE  92  OF  104

            " P R E  /  P O S T  P E T I T I O N S "

        PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(i)   NINTH PETITION  -  NO.#:  3:97-CV-02335

    (1)  NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
    (2)  NATURE OF PROCEEDING  HABEAS CORPUS IN GENERAL (STATE & FEDERAL)
         WITH U.S. GOVERNMENT AS DEFENDANT - 28 U.S.C. §§  2254, 2241
    (3)  GROUNDS RAISED  VIOLATION OF CONSTITUTIONAL RIGHTS -CONSPIRACY:
         HOLD PLEADING ABOVE MISSING TO PETITIONER - AVAILABLE ON-LINE.
    (4)  EVIDENTIARY HEARING      YES [ ]     NO  [X]
    (5)  RESULT  N/A  UNSURE WITH DISCRETION as § 1983 FOR FRIVOLOUS
    (6)  DATE OF RESULT  EXPUNGMENT (10-08-1997) DISMISSED:  12-08-1997

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]    NO  [ ]
    (1)  NAME OF COURT   USCA5 - NEW ORLEANS, LOUISIANA
    (2)  CASE NUMBER   #98-10056
    (3)  RESULT  ORDER /CERTIFICATE OF BAD FAITH DENYING / FRIVOLOUS
    (4)  DATE OF RESULT  ENTERED 04-20-1998 (§ 1983)- -DENIED: 09-17-1998

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
     RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
     THIS FILE HAS EXPUNGEMENT; SUSPENSE; SEVERAL FINDING AND CONCLUSIONS:
     WITH FINAL DISMISSAL AS LATE AS 03-02-1999 and IBID., PAGE-93 & 96.

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
     APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
     OBJECTIONS RULE WITHOUT MERITS; INVOLUNTARY DISMISSAL, FEE PAYMENT
     FOR §1983 INSTEAD OF § 2241 - NOT GIVEN SHORT AND PLAIN RELIEF.

(e)  PETITIONS OR APPEALS PENDINGS:
     IBID., PAGE-95, IN PETITIONS: PAGES: 89 - 96; OBJECTION OF RETALIA-
     TION AND REFUSAL OF LAW LIBRARY FOR FILLING WAS WITHOUT MERITS.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
     INADEQUATE OR INEFFECTIVE FOR RELIEF:
     IBID., ABOVE(e); DIMISSING AS MOOT TO PROCEED IFP AND DIRECTLY
     SAID: " NOT TO FILE MOTION TO PROCEED IFP - VOIDED COLLECTIONS?"

VERIFIED § 2241 - MOTION AND PLEADING:

            97  OF  557

                                              F-10

                                         16-11409.495
**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**         **PAGE 29   OF 60**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

VIOLATION OF RIGHTS / CONSPIRACY - § § 2254 / 2241   PAGE 93 OF 104

" P R E / P O S T P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(j)    TENTH PETITION - - NO.#: 3:98-CV-02247 -

 (1)   NAME OF COURT NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
 (2)   NATURE OF PROCEEDING TITLE 28; § 2254 / 2241 - PETITION FOR
       WRIT OF HABEAS CORPUS (STATE / FEDERAL) - GENERAL HABEAS.
 (3)   GROUNDS RAISED UNKNOWN - LOST, TAKING OF RECORDS BY DALLAS
       COUNTY JAIL (DJC) and THE IRS - ABOVE PROBABLY ELECTRONIC RCD.
 (4)   EVIDENTIARY HEARING       YES [ ]      NO [X]
 (5)   RESULT WANT OF PROSECUTION - SEE ATT.# 9, PAGES: 469 - 470
 (6)   DATE OF RESULT 01-22-1999

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
 (1)   NAME OF COURT USCA5 - NEW ORLEANS, LOUISIANA
 (2)   CASE NUMBER #99-10208
 (3)   RESULT "WANT OF PROSECUTION / LACK OF FUNDS" - DISMISSED
 (4)   DATE OF RESULT LAST DATE = 03-10-2000

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
      RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
      PETITIONS, COMPLAINTS, PROTESTS, INJUNCTIVE ORDERS FOR NUNC PRO
      TUNC. . . ECT. IBID., PAGES: 450 - 470 AND IBID., PAGES: 93,96, & 97.

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
      APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
      CHECK THE ABOVE " ELECTRONIC RECORD " FROM : 09-23-1998 THRU
      03-10-2000 ON ABOVE IN USDC AND USCA5 - NUMEROUS REQUEST TO PRESENT.
(e)   PETITIONS OR APPEALS PENDINGS:
      IBID., PAGE-89 [THIS INSTANT ACTION, APPENDIXES, PAGES: 534 - 542;
      AND ATT.# 11, PAGES: 490 - 492 - - ALL INFRA / ALL NORTHERN DISTRICT.
(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
      INADEQUATE OR INEFFECTIVE FOR RELIEF:
      IBID. ABOVE - OBJECTIONS / COMPLAINTS / PROTESTS NOT GIVEN THE SHORT
      AND PLAIN RELIEF REQUIRED - ALL INVOLUNTARYLY OR DEFAULTED DISMISSALS.
VERIFIED § 2241 - MOTION AND PLEADING:

98 OF 557

F-11
16-11409.496

**P.P.-472 OF 544**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

§ 1983 - PRISONER'S CIVIL RIGHTS: USA, TEXAS...ECT   PAGE _94_ OF _104_

" P R E / P O S T  P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(k)   ELEVENTH PETITION - NO.#: 3:99-CV-01733  -

  (1)  NAME OF COURT _NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)_
  (2)  NATURE OF PROCEEDING _TITLE 42: § 1983 - PRISONER'S CIVIL_
    _RIGHTS: USA, TEXAS, STATE FEDERAL COURTS, IRS, BOP . . .ECT._
  (3)  GROUNDS RAISED _ASSERTED RETALIATION FOR PRIOR LAWSUITS AND_
    _GRIEVANCE PROCEEDING AGAINST ABOVE AND THE DPS AND DJC...ECT._
  (4)  EVIDENTIARY HEARING      YES [ ]      NO [X]
  (5)  RESULT _DISMISSED W/O PREJUDICE: FRCP(8);41(b); and FUNDS_
  (6)  DATE OF RESULT   _12-30-1999_

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
  (1)  NAME OF COURT _USCA5 - NEW ORLEANS, LOUISIANA_
  (2)  CASE NUMBER _#00-10122_
  (3)  RESULT _DISMISSED AS FRIVOLOUS, IFP DENIED AND SANCTIONS WARNED_
  (4)  DATE OF RESULT _09-13-2000_

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
_IBID., PAGE-98 SAME NUMEROUS REQUESTS TO PRESENT: PETITION THE FBI,_
_WASHINGTON ON CIVIL RIGHTS - - LACK OF DISCOVERY / DUE PROCESS._

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
_CHECK THE ABOVE " ELECTRONIC RECORD " and THE " ON-LINE OR ELECT-_
_RONIC RECORD OF PETITIONS: FIRST THRU EIGHTEEN - CATEGORICALLY DENIALS._

(e)  PETITIONS OR APPEALS PENDINGS:
_IBID., PAGE-98; MOST PETITION AND RELIEF WAS CONSTRUED OR VIEWED_
_UNDER CIRCUMSTANCES TO BAR ANY FAVORABLE-TERMINATION...._

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
_IBID., ABOVE - PRISONER HAD NO CONVICTION OR DURATION OF SENTENCE -_
_ALL STATE OPPORTUNITIES AND FEDERAL HABEAS WAS VISITED - STILL DONE._
VERIFIED § 2241 - MOTION AND PLEADING:

_99_ OF _557_

F-162 11409.497

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**               **PAGE 31  OF 60**

P.P.-473 OF 544                                    PAGE _102_ OF _741_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

FEDERAL QUESTIONS OR ACTUALLY GENERAL HABEAS          PAGE _95_ OF _104_

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(1) TWELFTH PETITION - NO.#: 3:00-CV-00454

(1) NAME OF COURT _NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)_
(2) NATURE OF PROCEEDING _MARKED TITLE 42; § 1983 - PRISONER'S_
    _CIVIL RIGHTS UNDER FEDERAL QUESTIONS (ACTUALLY GENERAL HABEAS)._
(3) GROUNDS RAISED _IBID., PAGES: 89 - 99; THE FEDERAL COURT ONLY_
    _ALLOWED A CLAIM LAW LIBRARY DEFENDANTS AND LIMITED DISCOVERY._
(4) EVIDENTIARY HEARING      YES [X]      NO [ ]
(5) RESULT _SPEARS HEARING - REFERRED TO JUDGE LYNN FOR FURTHER PROC._
(6) DATE OF RESULT _05-19-2000_

(b) APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]  NO [ ]
(1) NAME OF COURT _USCA5 - NEW ORLEANS, LOUISIANA_
(2) CASE NUMBER # _02-10221 & 02-11013_
(3) RESULT _DISMISSED " ...APPELLANT FAILED TO TIMELY PAY DKT. FEES"_
(4) DATE OF RESULT _06-10-2002   and 07-15-2003_

(c) PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
_SUPPLEMENTAL ON IRS' SEARCH/SEIZURE WARRANT (3:02-MJ-80) AND DCJ_
_CONFISCATION AND ALL OTHER PETITIONS: PAGES: 97 - 99; 101 - 105 (INFRA)._

(d) REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
_FUTILITY / LACK OF FUNDS DUE TO IRS' AND DCJ SEIZURES / CONFISCATION_
_AND RETALIATION; FILING AND NUMEROUS GRIEVANCES WENT   - - NOWHERE?_

(e) PETITIONS OR APPEALS PENDINGS:
_IBID., PAGE-98, MISCELLANEOUS RELIEF OF 03-03-2003 - PROBABLY UNDER_
_ELECTRONIC RECORD? - ALL STATE OPPORTUNITIES AND FEDERAL HABEAS_

(f) WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
_IBID., ABOVE - STILL RETALIATION HARM; ALL DISCOVERY BY DALLAS_
_COUNTY JAIL (DCJ) AND LEGAL PETITIONS TAKEN BETWEEN THE IRS & DCJ._

VERIFIED § 2241 - MOTION AND PLEADING:

_100_ OF _557_

F-13
16-11409.498

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE _32_ OF _60_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

§ 1983 – U.S. GOVERNMENT / TEXAS / CIRCUIT COURT    PAGE 96 OF 104

" P R E  /  P O S T  P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(m) THIRTEENTH PETITION – NO.#; 3:00-CV-01150

  (1) NAME OF COURT NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
  (2) NATURE OF PROCEEDING TITLED 42; § 1983 – PRISONER'S CIVIL
    RIGHTS – U.S. GOVERNMENT DEFENDANT (CIRCUIT JUDGE CARLOYN D.KING).
  (3) GROUNDS RAISED UNEQUAL TREATMENT TO ACCESS TO COURT – SEE ATT.# 9,
    PAGES: 451 – 459 (INFRA) – ALSO, PAGES: 104 – 105(TWO PETITIONS).
  (4) EVIDENTIARY HEARING        YES [ ]      NO [X]
  (5) RESULT DISMISSED WITH PREJUDICE AS FRIVOLOUS (28 U.S.C. § 1915).
  (6) DATE OF RESULT 08-18-2000

(b) APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
  (1) NAME OF COURT USCA5 – NEW ORLEANS, LOUISIANA
  (2) CASE NUMBER #00-11059
  (3) RESULT WANT OF PROSECUTION TO TIMELY FILE A BRIEF
  (4) DATE OF RESULT 02-16-2001  & 04-23-2002

(c) PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
  IBID., IN ITEM#3 ABOVE, AND NOTE THE PETITIONS: PAGES: 102 – 105
(INFRA)- - MAILED OVER 200 LETTERS FOR AID – IBID., PAGES: 451 & 455.

(d) REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
  RETALIATION OF BEING PUT IN MEDICAL ISOLATION FOR SIX(6) MONTHS FOR
TB (TUBERCULOSIS) AND TAKING AWAY LEGAL PRIVILEGES AND EDUCATION WORK.

(e) PETITIONS OR APPEALS PENDINGS:
  IBID., PAGE-98 – WANT ALL STATE OPPORTUNITIES AND FEDERAL HABEAS(ES)
RE-VISITED AND APPEALS OF MONETARY PAYMENTS FROM 04-22-1996 – 04-21-2008.

(f) WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  IBID., ABOVE – MEDICAL ISOLATION FOR "TB" WAS A RUSE – USED FOR
PUNISHMENT, CONDITIONS OF MEDICAL ISOLATION ARE VERY DEPLORABLE.
VERIFIED § 2241 – MOTION AND PLEADING:

101 OF 557

F-116-11409.499

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.   PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE 33 OF 60

PAGE 91 OF 741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

28 U.S.C. § 2254 - CONSTRUED GENERALLY FEDERAL      PAGE 97 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(n)  FOURTEENTH PETITION  —  NO.#: 3:02-CV-00949

(1) NAME OF COURT  NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
(2) NATURE OF PROCEEDING  TITLE 28; § 2254 - PETITION FOR WRIT OF
    HABEAS CORPUS (STATE) [SHOULD BE CONSTRUED GENERALLY FEDERAL, ALSO]
(3) GROUNDS RAISED  IBID. THROUGHOUT PETITIONS: FIRST - EIGHTEEN;
    ONLY ALLOWED ATT.# 6, PAGES: 398 - 405 [STATE ONLY].
(4) EVIDENTIARY HEARING      YES [X]     NO [ ]
(5) RESULT  IBID., 398 - 405 AND PAGES: 407 - 408 (MOOTED)
(6) DATE OF RESULT  5-20-2003

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ]   NO  [X]
(1) NAME OF COURT _____ N/A
(2) CASE NUMBER _____ N/A
(3) RESULT _____ N/A
(4) DATE OF RESULT _____ N/A

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
    THIS INSTANT ACTION: AND PETITIONS: FIVE THROUGH EIGHTEEN; PAGES:
    93 - 106 (INFRA); and 05-15-2003 MEMORANDUM WITH PROPERTY RETURN.

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***
    APPOINTED COUNSEL, THOMAS C. BARRON, WAS INEFFECTIVE AND WOULD NOT
SUPPORT DISCOVERY [FRCP 41(g)] OR APPEAL, PETITIONER MADE REQUESTS?

(e)  PETITIONS OR APPEALS PENDINGS:
    IBID., PAGE-98 - PROSECUTORIAL MISCONDUCT AND A TRANSFERENCE OF
GUILT FROM MULTIPLE CONSPIRACIES UNDER SINGLE WHEEL CONSPIRACY.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
    IBID., ABOVE, AND [I] BELIEVE THE ABOVE ATTORNEY WAS PAID-OFF FOR
POOR REPRESENTATION AND LITTLE WORK TO THE TUNE OF $4,644.00 . . .

VERIFIED § 2241 - MOTION AND PLEADING:

102 OF  557

F-15 16-11409.500

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:            PAGE 34 OF 60

PAGE   92  OF  741

P.P.-476 OF 544                                        PAGE 105 OF 741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — DALLAS DIVISION

§ 1983 - DCJ AND IRS'S SEIZURES ( RULE 41(g) )    PAGE 98 OF 104

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(0)  FIFHTEENTH PETITION  -  NO.# 3:02-CV-01852  -

   (1)  NAME OF COURT NORTHERN  DISTRICT OF TEXAS (DALLAS DISTRICT)

   (2)  NATURE OF PROCEEDING  TITLE 42; § 1983 - PRISONER'S CIVIL RIGHTS -
        U.S. GOVERNMENT DEFENDANT - RETURN OF IRS' SEIZURE(RULE 41(g).

   (3)  GROUNDS RAISED  INJUNCTIVE AND RETRO-ACTIVE LEGAL EFFECTS
        THROUGH A COURT"S INHERENT POWER - NUNC PRO TUNC / CORAM NOBIS.

   (4)  EVIDENTIARY HEARING       YES [ ]     NO  [X]

   (5)  RESULT _____ N/A _____

   (6)  DATE OF RESULT _____ N/A _____

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ]   NO  [X]

   (1)  NAME OF COURT _____ N/A _____

   (2)  CASE NUMBER _____ N/A _____

   (3)  RESULT _____ N/A _____

   (4)  DATE OF RESULT _____ N/A _____

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?

   THIS INSTANT ACTION AND ALL " PRE / POST-PETITIONS " TO DATE AS
CORAM NOBIS / WRIT OF ERROR(S) and COURT REVIEW OF JUDGMENT

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: *** ALL PAGES ARE SUPRA ***

   ACCESS TO THE COURT WAS UNATTAINABLE - TRIED AN AMENDMENT OR RE-
TROACTIVE EFFECT - FUNDS AND COUNSEL NOT IN AGREEMENT(05-15-2003).

(e)  PETITIONS OR APPEALS PENDINGS:

   IBID., PAGE-98 - PROSECUTORIAL MISCONDUCT AND A TRANSFERENCE OF
GUILT FROM MULTIPLE CONSPIRACIES UNDER SINGLE WHEEL CONSPIRACY.

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:

   ACCESS TO COURT (MEANINGFUL); INEFFECTIVE ASSISTANCE OF COUNSEL;
AND PROSECUTORIAL MISCONDUCT SINCE  1984 TO PRESENT - - BIASES.

VERIFIED § 2241 - MOTION AND PLEADING:

103  OF  557

                                                      F-16
                                                   16-11409.501
FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:              PAGE 35  OF 60

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA CIRCUIT

<u>JUDICIAL MISCONDUCT AND DISABILITY COMPLAINT       PAGE 99 OF 104</u>

" P R E / P O S T   P E T I T I O N S "

<u>PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:</u>

(p)   <u>SIXTEENTH PETITION  -  NO.#: 00-05-372-0012</u> -

   (1)  NAME OF COURT  <u>USCA5 - NEW ORLEANS, LOUISIANA</u>
   (2)  NATURE OF PROCEEDING  <u>JUDICIAL MISCONDUCT AND DISABILITY COMP-</u>
      <u>LIANT AND STATE COMMISSION ON JUDICIAL CONDUCT.</u>
   (3)  GROUNDS RAISED  <u>STATE AND FEDERAL OFFICIALS AND STATE AND</u>
      <u>FEDERAL APPELLATE COURTS FOR DENIAL OF " ACCESS TO THE COURTS ".</u>
   (4)  EVIDENTIARY HEARING       YES [ ]      NO  [X]
   (5)  RESULT  <u>RETALIATION, CONFISCATIONS AND SEIZURE OF PETITIONS.</u>
   (6)  DATE OF RESULT  <u>FROM 1999 TO PRESENT</u>

 (b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ]   NO [.X]
   (1)  NAME OF COURT _____<u>N/A</u>_____
   (2)  CASE NUMBER _____<u>N/A</u>_____
   (3)  RESULT _____<u>NONE</u>_____
   (4)  DATE OF RESULT _____<u>N/A</u>_____

 (c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
   <u>THIS INSTANT ACTION AND ALL " PRE / POST PETITIONS " TODATE AND</u>
<u>REQUESTED INVESTIGATIONS OF FBI, DOJ, JUDICIAL AND JUDICIARY .</u>

 (d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
  <u>CIRCUMSTANCES OF PETITIONER AND POSTURE OF STATE AND FEDERAL COURTS</u>
<u>NOT GIVING MEANINGFUL ACCESS, PROCEDURAL AND DEPRIVATION OF ALL RIGHTS.</u>
 (e)  PETITIONS OR APPEALS PENDINGS:
  <u>IBID., PAGE-98 - PROSECUTORIAL MISCONDUCT WITH ALL RETROACTIVE LEGAL</u>
<u>EFFECT AND ANY AMENDMENT OR REVIEW TO COURT BY DIRECTIONS OR SUA SPONTE..</u>
 (f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  <u>IBID., ABOVE AND THE INTEREST OF SELECTIVE INCAPACITATION AS GOAL</u>
<u>OF "SYSTEMIC DESTRUCTION" AND INDEFINITE-INCARCERATION (STATE/FEDERAL).</u>
VERIFIED § 2241 - MOTION AND PLEADING:

104 OF 557

F-17<sub>16-11409.502</sub>

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:                    PAGE 36 OF 60

PAGE  94  OF  741

**P.P.-478 OF 544**      IN THE UNITED STATES COURT OF APPEALS **PAGE 107** OF **741**
           FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA CIRCUIT

<u>JUDICIAL MISCONDUCT AND DISABILITY COMPLAINT</u>         PAGE 100 OF 104

             " P R E  /  P O S T  P E T I T I O N S "

       PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(q)   SEVENTEENTH PETITION  -  <u>NO.#:  00-05-372-0013</u>  -

  (1)  NAME OF COURT <u>NEW ORLEANS, LOUISIANA (USCA5)</u>
  (2)  NATURE OF PROCEEDING <u>JUDICIAL MISCONDUCT AND DISABILITY COMP-</u>
       <u>PLAINT  AND JUDICIAL COUNCIL FOR REVIEW ON TOTALITY OF ACTIONS.</u>
  (3)  GROUNDS RAISED <u>STATE AND FEDERAL OFFICIALS AND STATE AND</u>
       <u>FEDERAL APPELLATE COURTS FOR DENIAL OF " ACCESS TO THE COURT ".</u>
  (4)  EVIDENTIARY HEARING      YES [ ]     NO  [X]
  (5)  RESULT <u>RETALIATION, CONFISCATIONS AND SEIZURE OF PETITIONS.</u>
  (6)  DATE OF RESULT <u>1999  TO PRESENT</u>

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ]   NO  [X]
  (1)  NAME OF COURT <u>N/A</u>
  (2)  CASE NUMBER <u>N/A</u>
  (3)  RESULT <u>N/A</u>
  (4)  DATE OF RESULT <u>N/A</u>
(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
    <u>THIS INSTANT ACTION AND ALL " PRE / POST-PETITIONS " - TODATE AND</u>
    <u>REQUESTED INVESTIGATIONS OF FBI, DOJ, JUDICIAL AND JUDICIARY.</u>

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
    <u>CIRCUMSTANCES OF PETITIONER AND POSTURE OF STATE AND FEDERAL COURTS</u>
    <u>NOT GIVING MEANINGFUL ACCESS, PROCEDURAL AND DEPRIVARTION OF ALL RIGHTS.</u>
(e)  PETITIONS OR APPEALS PENDINGS:
    <u>IBID., PAGE-98 - PROSECUTORIAL MISCONDUCT WITH ALL RETROACTIVE LEGAL</u>
    <u>EFFECT AND ANY AMENDMENT OR REVIEW TO COURT BY DIRECTIONS OR SUA SPONTE.</u>
(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
    <u>IBID., ABOVE AND THE INTEREST OF SELECTIVE INCAPACITATION AS GOAL</u>
    <u>OF "SYSTEMIC DESTRUCTION" AND INDEFINITE-INCARCERATION (STATE/FEDERAL).</u>
<u>VERIFIED § 2241 - MOTION AND PLEADING:</u>

                    105  OF  557

                                            F-18

                                        16-11409.503

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**          **PAGE 37  OF 60**

P.P.–479 OF 544        IN THE UNITED STATES DISTRICT COURT  PAGE 108  OF  741
                FOR THE NORTHERN DISTRICT OF TEXAS — ABILENE DIVISION

WRIT OF HABEAS CORPUS                          PAGE 101 OF 104

## " P R E  /  P O S T  P E T I T I O N S "

### PETITIONS, APPLICATIONS OR MOTIONS PROCEEDINGS:

(r)   EIGHTEENTH PETITION  -  NO.#:  A06-CR-067-LY / 84-09218-Z [SDJC]

  (1)  NAME OF COURT _WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)_

  (2)  NATURE OF PROCEEDING _TITLE 28 U.S.C. § § 2254(a)(2000), 2241 -_
_PETITION FOR WRIT OF HABEAS CORPUS (STATE / FEDERAL) – GENERAL._

  (3)  GROUNDS RAISED _HABEAS RELIEF FOR A PERSON IN FEDERAL CUSTODY_
_WITH MULTIPLE TERMS OF IMPRISONMENT UNDER STATE AND FEDERAL._

  (4)  EVIDENTIARY HEARING      YES [ ]    NO  [X]

  (5)  RESULT _INSTANT ACTION_   _N/A_

  (6)  DATE OF RESULT _____ _N/A_

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.  YES [X]  NO [ ]

  (1)  NAME OF COURT _USCA5, SEE " PETITION ", PAGES: 83 - 84 (INFRA)_

  (2)  CASE NUMBER _#07-50294 - IBID., 83 - 84 ( THIS INSTANT ACTION)_

  (3)  RESULT _PROCEDURES ERRORS, LACK OF FUNDS- EXH.-1— 9(112- 168)_

  (4)  DATE OF RESULT _JANUARY 08, 2008 - SEE EXH.-8, 153 - 164 (INFRA)_

(c)  PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
_THIS IS AN INSTANT ACTION - THERE ARE INTERLOCUTORY, ANCILLARY,_
_DIRECT APPEAL, AND § 2255 - PROPERLY PERSERVED IN THIS ACTION._

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
_INSTANT ACTION; NUMBER-ONE-CAUSE OF RECORDED RECORD ABOVE IS LACK_
_OF FUNDS - - SEE APPENDIXES, PAGES: 534 - 542 (INFRA)._

(e)  PETITIONS OR APPEALS PENDINGS:
_IBID., ABOVE (d) —WORK-IN-PROGRESS:  DENIED EFFECTIVE FUNDS UNDER_
_IFP & CJA; PROSECUTORIAL MISCONDUCT: AND NO MEANINGFUL ACCESS TO COURTS._

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
_IBID., ABOVE AND THE ASSERTIONS FROM 1999 TO PRESENT OF JUDICIAL_
_MISCONDUCT AND A DISABILITY COMPARED TO DEC. 12, 1941 –CIR. NO. 3591._

VERIFIED § 2241 - MOTION AND PLEADING:

                    106  OF  557

                                        F-19

                                  16-11409.504

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:        PAGE 38  OF 60

P.P.-480 OF 544   IN THE SUPREME COURT OF THE UNITED STATES PAGE 109 OF 741
WASHINGTON. D. C.

PETITION FOR WRIT OF CERTIORARI                         PAGE _____ OF _____

"P R E / P O S T   P E T I T I O N S"
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

(s)   NINETEENTH PETITION  - NO.#: 08-CV-145-C
  (1)  NAME OF COURT NORTHERN DISTRICT OF TEXAS (ABILENE DIVISION)
  (2)  NATURE OF PROCEEDING 84-09218-Z / CR3-87-086-T / A06-CR-067-LY:
       28 U.S.C. § § HABEASES; 42 U.S.C. et Seq. AND CIVIL RIGHTS.
  (3)  GROUNDS RAISED PRIORITY OF CIVIL ACTIONS-28 U.S.C. §§ 1343,
       1657, 2241 et seq. FRCP, RULE 65, MANDAMUS, and SUPPLEMENTAL...
  (4)  EVIDENTIARY HEARING       YES [ ]        NO [ ]
  (5)  RESULT   PENDING
  (6)  DATE OF RESULT   APPENDIX-B, PAGES: B1 - B-18 on FRCP-65

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [x]  N O [ ]
  (1)  NAME OF COURT USCA5 in NEW ORLEANS, LOUISIANA
  (2)  CASE NUMBER   09-10050 — NOTE HABEAS (NOT INCLUDED IN APPEAL
  (3)  RESULT  DISMISSED FOR WANT OF PROSECUTION
  (4)  DATE OF RESULT MAY 12, 2009

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
   YES — WASHINGTON, D. C., AUSTIN AND DALLAS, TEXAS ALL AUSDC, State

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION.
APPLICATION OR MOTION: WORK-IN-PROGRESS

(e)   PETITIONS OR APPEALS PENDINGS: SEE PAGES; F-21 - F-22 (INFRA)

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
   HISTORY OF THE CASE FOR THE PAST TWENTY-NINE (29) YEARS {NOW > 35 YEARS}
   SEE FORM TO BE USED - APPEALS, ATTACHMENTS: 19 - 21, PAGES: 39 - 45

PETITION FOR WRIT OF CERTIORARI - PRE/POST PETITIONS: PAGE 1  OF _____ (INFRA)

   U.P.D.A.T.E - DISMISSED OM DECEMBER 21, 2009 [SEE APPX.-B,
PAGES: B-2 - B-20 ], DISMISSAL NOT KNOWN TO MARSHALL UNTIL ABOUT AUG-
UST 04, 2010. MARSHALL WOULD HAVE DEFINITELY FILED AN APPEAL ON THE
HABEAS TO THE USCA5. FILE ALL THE WAY TO THE SUPREME COURT ON THE IN-
JUNCTION. SEE FORM TO BE USED - APPEALS, ATTACHMENT: FOUR(4) - SIX(6),
PAGES: 15 - 20; ALSO SEE CIVIL DOCKET, PAGES: B-21 - B-25 - ALL INFRA.
_____ OF _____                                          16-11409.505

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:              PAGE 39  OF 60

**P.P.–481 OF 544**   IN THE SUPREME COURT OF THE UNITED STATES   PAGE 110 OF 741
WASHINGTON, D. C.

PETITION FOR WRIT OF CERTIORARI                              PAGE ____ OF ____

" P R E / P O S T   P E T I T I O N S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

(t)   TWENTIETH PETITION - NO.#: 09-CV-11

  (1)   NAME OF COURT U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

  (2)   NATURE OF PROCEEDING 84-09218 / CR3-87-086-T / A06-CR-067-LY:
     28 U.S.C. § § HABEASES; 42 U.S.C. et Seq.; AND CIVIL RIGHTS.

  (3)   GROUNDS RAISED PRIORITY OF CIVIL ACTIONS - 28 U.S.C. § § 1343,
     1657, 2241 et seq.; FRCP, RULE 65; MANDAMUS; AND SUPPLEMENTAL...

  (4)   EVIDENTIARY HEARING          YES [ ]          NO [X]

  (5)   RESULT TRANSFERRED TO ABILENE, TEXAS -USDC

  (6)   DATE OF RESULT JUNE 06, 2009

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   N O [ ]

  (1)   NAME OF COURT USCA-DC  - WASHINGTON, D. C.

  (2)   CASE NUMBER  09-5025 - NOTE HABEAS NOT INCLUDED IN APPEAL.

  (3)   RESULT APRIL 28, 2009 AGREED WITH USDC ON HABEAS PETITION

  (4)   DATE OF RESULT APRIL 28, 2009 WITH TRANSFER ON JUNE 06, 2009

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT  IN ANY FEDERAL COURT?
  YES - AUSTIN, DALLAS, AND ABILENE, TEXAS

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
  WORK-IN-PROGRESS —— LACK OF FUNDS HAS CAUSED PETITIONER PROBLEMS.

(e)   PETITIONS OR APPEALS PENDINGS:
  SEE PAGES: F-22 - F-23 - NOTE U.P.D.A.T.E, PAGE-20 (INFRA)

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
  HISTORY  AND ALWAYS SEEMS LIKE NO MEANINGFUL ACCESS TO COURTS
SEE FORM TO BE USED - APPEALS, ATTACHMENTS: 19 - 21, PAGES: 39 -45 (INFRA)

PETITION FOR WRIT OF CERTIORARI - PRE/POST PETITIONS: PAGE 1 OF

_____ OF_____

F-21

16-11409.506

**FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D. PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**          PAGE 40 OF 60

P.P.-482 OF 544    IN THE SUPREME COURT OF THE UNITED STATES <u>PAGE 111 OF 741</u>
WASHINGTON. D. C.

<u>PETITION FOR WRIT OF CERTIORARI</u>                          PAGE ____ OF ____

" P R E / P O S T   P E T I T I O N S "
<u>PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:</u>

(u)    TWENTY-FIRST PETITION - NO.#: __09-CV-100__

  (1)  NAME OF COURT <u>NORTHERN DISTRICT OF TEXAS (ABILENE DIVISION)</u>
  (2)  NATURE OF PROCEEDING <u>84-09218-Z / CR3-87-086-T / A06-CR-67-LY:</u>
       <u>28 U.S.C. § § HABEASES; 42 U.S.C. et seq. AND CIVIL RIGHTS.</u>
  (3)  GROUNDS RAISED <u>EXACT SAME PETITION - - TRANSFERRED FROM THE U.S.</u>
       <u>DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (WASHINGTON, D. C. )</u>
  (4)  EVIDENTIARY HEARING        YES [ ]        NO [X]
  (5)  RESULT <u>PENDING WITH 08-CV-145-C on PAGE F-20</u>
  (6)  DATE OF RESULT <u>JUNE 06, 2006</u>

(b)  APPEAL TO AN APPELLATE FEDERAL COURT.  YES [ ]  N O [ ]
  (1)  NAME OF COURT        N/A
  (2)  CASE NUMBER          N/A
  (3)  RESULT               N/A
  (4)  DATE OF RESULT _____

(c)  PREVIOUSLY FILED ANY PETITIONS. APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT  IN ANY FEDERAL COURT?
     <u>SAME AS 08-CV-145-C -- FILED SIMULTANEOUSLY IN USDC-DC AND LATER</u>
     <u>TRANSFERRED TO USDC-ABILENE AND GIVEN ABOVE NUMBER, THEN CHANGED BACK.</u>

(d)  REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION.
APPLICATION OR MOTION:
     <u>SAME AS 08-CV-145-C ON PAGE-F-20 (INFRA). SEE U P D A T E</u>*,
     <u>PAGE-F-21 (INFRA). NEVER NOTIFIED ON THE DISMISSAL STATUS?</u>

(e)  PETITIONS OR APPEALS PENDINGS:
                         <u>SAME as 08-CV-145-C</u>

(f)  WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
     <u>SEE 08-CV-145-C - SEE FORM TO BE USED - APPEALS, ATTACHMENTS:</u>
     <u>FOUR(4) - SIX(6), PAGES: 15 - 20 (INFRA)</u>

<u>PETITION FOR WRIT OF CERTIORARI - PRE/POST PETITIONS:</u>  PAGE 1  OF
                         ____ OF ____


                                            F-22


                                            16-11409.507

<u>FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS</u>
<u>LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:</u>            PAGE 41  OF 60

P.P.–483 OF 544

IN THE UNITED STATES DISTRICT COURT  <u>PAGE 112 OF 741</u>
FOR THE WESTERN DISTRICT OF TEXAS — AUSTIN DIVISION

<u>WRIT OF HABEAS CORPUS - 28 U.S.C. § 2255</u>    PAGE ____ OF ____

" P R E / P O S T   P E T I T I O N S "
<u>PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:</u>

(v)   <u>TWENTY-SECOND PETITION   -   NO.#: 09-CV-35-LY</u>

(1)   NAME OF COURT <u>WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)</u>

(2)   NATURE OF PROCEEDING <u>MOTION TO VACATE SENTENCE - SEE FORM TO BE USED - APPEALS, ATTACHMENT THREE(3), PAGES: 9 - 14 (INFRA)</u>

(3)   GROUNDS RAISED <u>SEE ABOVE AT PAGES: 9 - 14; COUNT ONE(1) - COUNT TWENTY-EIGHT(28); A - Z, AA AND BB - ALL INFRA.</u>

(4)   EVIDENTIARY HEARING      YES [ ]      NO [x]

(5)   RESULT <u>"PROCEDURAL-DEFAULT" BECAUSE OF DIRECT APPEAL (07-50294).</u>

(6)   DATE OF RESULT <u>APRIL 24, 2010 - SEE PAGE-9 (INFRA)</u>

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   N0 [ ]

(1)   NAME OF COURT <u>UNITED STATES COURT OF APPEALS FOR THE FIFTH CIR.</u>

(2)   CASE NUMBER <u>10-50439 (USCA5)</u>

(3)   RESULT <u>DENIED COA IN USCA5 - " PROCEDURALLY-DEFAULTED ".</u>

(4)   DATE OF RESULT <u>MAY 10, 2011 - SEE PAGE-34 (INFRA)</u>

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH RESPECT TO THIS JUDGMENT   IN ANY FEDERAL COURT?
<u>SEE PAGES: F-19 - F-22 - NOTE A FEDERAL CASE THAT GOES BACK AS FAR AS SEPTEMBER 10, 1996 [3:96-CV-01373, PAGE-F-8] — ALL INFRA</u>

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION, APPLICATION OR MOTION: <u>WORK-IN-PROGRESS AND THERE HAS BEEN A LACK OF FUNDS.</u>

(e)   PETITIONS OR APPEALS PENDINGS: <u>SEE PAGES: F-24 - F-41 (INFRA</u>

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS INADEQUATE OR INEFFECTIVE FOR RELIEF: <u>ABOVE § 2255, BECAUSE OF PROCEED-ING NOTED ON PAGE-F-20 (INFRA) AND CONTINUING FEDERAL CASE FOR 21 YEARS.</u>

. . . . . . . . . . . . . . . . . . . . . . . .

√* THERE ARE THE <u>APPENDICES OF F</u>: PAGES: <u>F-1</u> - SCOTUS, AND PART OF THE FIRST PETITION FOR WRIT OF CERT [ <u>NINETEEN (19)</u>, PAGES: <u>39 - 40</u> ]; AND <u>PAGES: F-B</u> AND <u>F-F</u> ARE PART OF JUDICIAL FILING AND ON ABOUT THIS <u>AUGUST 20, 2009</u> WITH ABOVE FINISHING ABOUT <u>MAY 10, 2011</u> ALL THE ABOVE FROM <u>(v)(4) - (f)</u> WAS PENDING LIKE <u>PAGES: F-20 - F-22</u> AND NOTED WITH THE <u>U.P.D.A.T.E</u> √*.      OF ____

F-23
16-11409.508

<u>FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:</u>      PAGE 42   OF 60

IN THE UNITED STATES DISTRICT COURTS:
FOR THE 256TH JUDICIAL (STATE - DALLAS); WESTERN (AUSTIN); AND NORTHERN
**P.P.-484 OF 544**          DISTRICT — DALLAS DIVISION          **PAGE 113 OF 741**

PAGE ____ OF ____

OMNIBUS MOTION (528-PAGES) - MODIFICATIONS...ECT
"P.R.E / P.O.S.T   P.E.T.I.T.I.O.N.S"
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:
(w)   TWENTY-THREE PETITION - "OMNIBUS MOTION (528-PAGES)- §§ 3582"

  (1)   NAME OF COURT: 256<u>th</u> JUDICIAL DISTRICT; DALLAS COUNTY; TEXAS;
WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION); AND NORTHERN DIS-
TRICT OF TEXAS (DALLAS DIVISION) WITH LEGISLATIVE; JUDICIAL
AND EXECUTIVE BRANCH; AGENCIES; BOARDS AND COMMISSIONS; AND
ELECTED AND APPOINTED OFFICIALS IN CHARGE OF EACH - EIGHTEEN
(18) NAMED ENTITIES.

  (2)   NATURE OF PROCEEDING FORMAL MEMORANDUM TO ALL ABOVE. SEE THIS
INSTANT ACTION, PAGES; 21 - 23 AND NOTING PAGE-27 — ALL INFRA.

  (3)   GROUND RAISED NATURE AND CIRCUMSTANCES OF OFFENSE AND HISTORY
OF OFFENSE AND HISTORY AND CHARACTERISTICS - HIGHEST PRIORITY
THE INESTIMABLE GIFT OF FREEDOM ON ABOUT NOVEMBER 20, 2008
AND ALLOW FURLOUGH OF UPWARD OF 5 DAYS TO VISIT AILING 91-
YEAR-OLD MOTHER - SENTENCE WAS AN UNLAWFUL COMBINATION (CIVIL
AND CRIMINAL MATTERS). SEE PAGES: 26 - 30 (INFRA).

  (4)   EVIDENTIARY HEARING      YES [ ]      NO [ ]
  (5)   RESULT  SEE PAGES: F-26 - F-29 (INFRA)
  (6)   DATE OF RESULT _____ SEE SAME AS ABOVE _____
(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]   NO [ ]
  (1)   NAME OF COURT _____ SEE SAME AS ABOVE _____
  (2)   CASE NUMBER _____ SEE SAME AS ABOVE _____
  (3)   RESULT _____ SEE SAME AS ABOVE _____
  (4)   DATE OF RESULT _____ SEE SAME AS ABOVE _____
(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
SEE 3:02-CV-00949, PAGE-F-15; AND PAGES: F-19 - F-25 (ALL INFRA).
(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: HAS NOT GIVEN THE OPPORTUNITY - SEE APPX.-B,
B,B1 - B-20; ALSO SEE F-25 — F-29 — ALL INFRA.
(e)   PETITIONS OR APPEALS PENDINGS: SEE PAGES: F-25 — F-28 ARE 4
APPEAL PENDING FROM ABOVE. PLUS MANDAMUS (ID.: PAGE-F-30); ALSO,
SEE PAGE-38 — ALL INFRA.
(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF: ONLY AVENUE AFTER 3 DECADES OF
PAST CLAIMS OF CONSTITUTIONAL AND HUMAN RIGHTS VIOLATION SEE "APPEALS",
PAGES: 21 — 38 WITH FRAUDS UPON THE ENTITIES / COURTS ABOVE — ALL INFRA:
WRIT OF HABEAS CORPUS - PRE/POST PETITIONS; PAGE 1 OF ____
____ OF ____                                    16-11409.509
                                         F-24
**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 43 OF 60**

P.P.-485 OF 544

IN THE UNITED STATES COURT OF APPEALS    <u>PAGE 114 OF 741</u>
FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA (USCA5)

<u>28 U.S.C. § 2255 (1;09-CV-35-LY) APPEALED</u>          PAGE ____ OF ____

" P.R.E / P.O.S.T   P.E.T.I.T.I.O.N.S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

( x )   TWENTY-FOUR PETITION  -  <u>NO.#: 10-50439</u>
  (1)   NAME OF COURT <u>WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)</u>
  (2)   NATURE OF PROCEEDING <u>28 U.S.C. § 2255 - #1;09-CV-35-L'Y AND</u>
        <u>SEEKING CERTIFICATE OF APPEALABILITY (COA) IN USCA5.</u>
  (3)   GROUNDS RAISED <u>SEE PAGES: 9 — 14 (INFRA) - MOTION UNDER</u>
        <u>28 U.S.C. § 2255 - TOTAL OF 28 CLAIMS.</u>
  (4)   EVIDENTIARY HEARING      YES [ ]       NO [x]
  (5)   RESULT <u>PROCEDURALLY DEFAULTED - SEE PAGE-34 (INFRA).</u>
  (6)   DATE OF RESULT <u>MAY 10, 2011</u>
 (b)   APPEAL TO AN APPELLATE FEDERAL COURT.    YES [X]  NO [ ]
  (1)   NAME OF COURT <u>FIFTH CIRCUIT COURT OF APPEALS - USCA5.</u>
  (2)   CASE NUMBER <u>10-50439</u>
  (3)   RESULT <u>COA DENIED. SEE PAGE-34 (INFRA).</u>
  (4)   DATE OF RESULT <u>MAY 10, 2011</u>
 (c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT? <u>SEE MANDAMUS, PAGES:</u>
<u>37 - 38 AND SCOTUS, PAGES: 41 - 45 (INFRA).</u>

 (d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: <u>SEE (c) ABOVE - THERE WERE APPEALS, PAGES: 37</u>
<u>- 38, AS WELL AS PAGE-34 — ALL INFRA.</u>

 (e)   PETITIONS OR APPEALS PENDINGS:
   <u>ALL ARE DONE, BUT NOTE PAGE-34 WITH REINSTATEMENT UPTO JULY 21,</u>
<u>2011; AND PAGES: 37 — 38 — ALL INFRA.</u>
 (f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
   <u>THERE HAS NEVER BEEN A FULL MERITIOUS ACCOUNTING OF THE ISSUES ON</u>
<u>PAGES: 9 — 14 OR ANY CONSTITUTIONAL ERROR SINCE THE APRIL, 2006</u>
<u>INDICTMENT. SEE APPX.-E, A06-CR-067LY, PAGES: E-29 - E-34 (INFRA).</u>
<u>WRIT OF HABEAS CORPUS - PRE/POST PETITIONS; PAGE 1 OF</u>
                    ____ OF ____
                                            F-25

                                      16-11409.510
<u>FED.R.CIV.P. 65(a)</u> — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:              **PAGE  44 OF 60**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT -- NEW ORLEANS, LA (USCA5)

RETURN OF PROPERTY [ RULE 41(g) ] AFTER AND BEFORE THE IRS / GOVERN'MT
MOTION FOR DESTRUCTION OF EVIDENCE(1995 - 2006)   PAGE ____ OF ____

" P R E / P O S T   P E T I T I O N S "

PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:
(y)   TWENTY-FIVE PETITION  -  NO.#: 10-50616
   (1)   NAME OF COURT WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)
   (2)   NATURE OF PROCEEDING "OMNIBUS MOTION" ID.: (w), PAGE-F-24,
         DEALING WITH RETALIATION AND RETURN OF PROPERTY - R. 41(g).
   (3)   GROUNDS RAISED ENTITIES' FRAUD, EXCEEDING SCOPE OF IRS'
SEARCH / SEIZURES (2002 AND 2006) AND LACK OF DUE PROCESS.
   (4)   EVIDENTIARY HEARING      YES [ ]       NO [X]
   (5)   RESULT _____ N /A _____
   (6)   DATE OF RESULT _____ N /A _____
(b)   APPEAL TO AN APPELLATE FEDERAL COURT.    YES [X]  NO [ ]
   (1)   NAME OF COURT FIFTH CIRCUIT COURT OF APPEALS - USCA5
   (2)   CASE NUMBER  10-50616
   (3)   RESULT SEE APPX.-E, PAGES: E-20 - E-26 (INFRA)
   (4)   DATE OF RESULT  JUNE 14, 2010
(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
      SEE NO.#: 3:02-CV-01852, PAGE-F-16, (O) FIFTHTEENTH PETITION
   (INFRA) AND LOCAL APPOINTMENT BY COURT - PAGE-F-15 (INFRA)
(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
      ACCESS TO THE COURT WAS UNATTAINABLE. WITH APPOINTED COUNSEL AND
NOT IN AGREEMENT ON ABOUT MAY 15, 2003 AND FOR 2006 SEE (e) BELOW.
(e)   PETITIONS OR APPEALS PENDINGS:
      SEE PAGES: 35 - 38 (INFRA) - PROSECUTORIAL MISCONDUCT AND A TRANS-
FERENCE OF GUILT FROM MULTIPLE CONSPIRACIES (SINGLE WHEEL OF CONSPIRACY).
(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
      NEED RETROACTIVE EFFECTS OF: MEANINGFUL ACCESS TO COURT; INEFFECT-
ASSISTANCE OF COUNSEL; AND PROSECUTORIAL MISCONDUCT SINCE 1984 TO THE
PRESENT - BIASES. SEE APPX.-E, PAGES: E-35 - E-61 (INFRA).

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF ____
                  ____ OF ____
                                          F-26

                                          16-11409.511

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 45 OF 60

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA (USCA5)

COURT'S EMPOWERMENT TO AFFECTIVE DISORDERS WHICH EFFECTIVELY LOWERS
POST-SENTENCING ASSESSMENT (§§3582 / 3553 / FRE 201)  PAGE ____ OF ____

" P.R.E / P.O.S.T   P E T I T I O N S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

( z )   TWENTY-SIX PETITION.  -  NO.#: 10-50668 .

  (1)   NAME OF COURT WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)

  (2)   NATURE OF PROCEEDING "OMNIBUS MOTION" ID.: (w) , PAGE-F-24,
DEALING WITH MOD. § §.3582 / 3553 AND "IMMEDIATE RELEASE". . .

  (3)   GROUNDS RAISED  SEE PAGES: 21 - 30 (INFRA) WITH ABOVE VENUE
SENTENCE "ALREADY SERVED" AND "COMPLETE DISCHARGE".

  (4)   EVIDENTIARY HEARING     YES [ ]          NO [x]

  (5)   RESULT _____ N / A _____

  (6)   DATE OF RESULT _____ N / A _____

( b )   APPEAL TO AN APPELLATE FEDERAL COURT.    YES [x]  NO [ ]

  (1)   NAME OF COURT FIFTH CIRCUIT COURT OF APPEALS - USCA5

  (2)   CASE NUMBER  10-50668 .

  (3)   RESULT  DENIED ON BULLIED NARROW STATUTES AND RELIEF.

  (4)   DATE OF RESULT  AUGUST 22, 2010 . .

( c )   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
   THIS JUDGEMENT IS MULTIPLE STATE AND FEDERAL: STATE# 84-9218-Z; AND
FEDERAL# A-06-CR-067-LY AS FEDERAL CASE FROM PAGES: F-8 - F-26 (INFRA).

( d )   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
   THERE HAS BEEN APPEALING SINCE ABOUT SEPT. 10, 1996. SEE PAGE-F-8;
G-1 DISCUSSION, PAGE-79; AND (y), (e), PAGE-F-26 AND (e) BELOW.

( e )   PETITIONS OR APPEALS PENDINGS: SEE PAGES: F-35 - F-40 (INFRA). .,
   THIS IS A WORK-IN-PROCESS. SEE G-8 STANDARD OF REVIEW, DISCRIMINA-
TORY RACIAL / CLASS BASE ANIMUS [ARG. (8)], PAGES: 100 - 101 (INFRA),

( f )   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
   RESTATES: (g) - (y) ON (f); PAGES: F-8 - F-26 AND REPEATS AND RE-
ALLEGES THE ALLEGATIONS WITH INCORPORATION BY REFERENCE AS IF FULLY
SET FORTH HEREIN — ALL INFRA.

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF _____

_____ OF _____

F−27
16-11409.512

FED.R.CIV.P. 65(a) − MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT − D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:                PAGE 46  OF 60

PAGE  104  OF  741

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA(USCA5)

WRIT OF CORAM NOBIS — #CR3-87-086-T              PAGE ____ OF ____

" P·R·E / P·O·S·T    P·E·T·I·T·I·O·N·S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

(aa)   TWENTY-SEVEN PETITION - NO.#: 10-10726
  (1)   NAME OF COURT NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)
  (2)   NATURE OF PROCEEDING "OMNIBUS MOTION" ID.: (w), PAGE-F-24,
WRIT OF ERROR CORAM NOBIS COLLATERAL ATTACK ON CASE NO.#: CR3-87-086-T.
  (3)   GROUNDS RAISED GOVERNMENT / IRS / PROSECUTORIAL MISCONDUCT, AND
DENIED EFFECTIVE REPRESENTATION AT TRIAL AND ON APPEAL ON ABOVE.
  (4)   EVIDENTIARY HEARING        YES [ ]        NO [X]
  (5)   RESULT NOT NOTIFIED IN USDC-DALLAS ON MAGISTRATE'S ORDERS.
  (6)   DATE OF RESULT _____ N / A _____
(b)    APPEAL TO AN APPELLATE FEDERAL COURT.    YES [X]  NO [ ]
  (1)   NAME OF COURT FIFTH CIRCUIT COURT OF APPEALS - USCA5
  (2)   CASE NUMBER 10-10726 (NOT AWARE UNTIL APPEAL OF USDC#:3:10-CV-1239-L).
  (3)   RESULT NEVER GIVEN BRIEFING SCHEDULE IN USCA5 - SEE PAGE-29.
  (4)   DATE OF RESULT AUGUST 26, 2010
(c)    PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
        SEE PAGE-27 AS A FEDERAL CASE — (z), (c) - INFRA.


(d)    REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
        SEE (z), (d), PAGE-F-27 (INFRA).


(e)    PETITIONS OR APPEALS PENDINGS:
        SEE (z), (e), PAGE-F-27 (INFRA).


(f)    WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF:
        SEE (z), (f), PAGE-F-27 (INFRA). THIS HAD TO BE A WRIT OF ERROR
CORAM NOBIS COLLATERAL ATTACK ON CASE NO.#: CR3-87-086-T AS VERY MET-
ICULOUS RAISED AND SERVED ON DALLAS-USDC IN "OMNIBUS MOTION".

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF ____
            ____ OF ____
                                                        F-28
                                                   16-11409.513
FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:            PAGE 47 OF 60

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT — NEW ORLEANS, LA (USCA5)

PETITION FOR WRIT OF MANDAMUS - HIT A ROAD BLOCK ON FUNDS FOR PENDING

APPEAL'S IN THE JUDICIARY (STATE / FEDERAL) WITH NEED OF APPEALS —

FOUR (4) RELATED TO CAUSE OF ACTION (DUTY TO PERFORM)   PAGE ____ OF ____

" P·R·E / P·O·S·T   P·E·T·I·T·I·O·N·S "

PETITIONS; APPLICATIONS; OR MOTIONS PROCEEDINGS:

(bb)   TWENTY-EIGTH PETITION - MANDAMUS - UNASSIGNED NUMBER

  (1)   NAME OF COURT USCA5 - NEW ORLEANS, LOUISIANA

  (2)   NATURE OF PROCEEDING "OMNIBUS MOTION" ID.: (w), PAGE-24 -

IFP ON 4 NAMED APPEALS NUMBERS. SEE PAGES: 35 - 38 (INFRA).

  (3)   GROUNDS RAISED MARSHALL HAD A CLEAR RIGHT TO RELIEF; USCA5

HAD A DUTY TO PERFORM ACT IN QUESTION; AND NOT OTHER ADEQUATE REMDY AVAILABLE.

  (4)   EVIDENTIARY HEARING      YES [ ]      NO [X]

  (5)   RESULT NEVER GIVEN USCA5 NUMBER OR BRIEFING SCHEDULE.

  (6)   DATE OF RESULT _____ N / A

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [X]  NO [ ]

  (1)   NAME OF COURT  FIFTH CIRCUIT COURT OF APPEALS - USCA5.

  (2)   CASE NUMBER  NEVER ASSIGNED FOR 28 U.S.C. § § 1361 & 1651.

  (3)   RESULT  Letter Allowed Numbers: 10-50439 AND 10-50668 - ONLY.

  (4)   DATE OF RESULT MAY 27, 2010 TO AUGUST 26, 2010.

(c)   PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH

RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?

  IN ABOVE APPLICATIONS OR MOTION WAS AN "ALL WRIT ACT REQUEST" -

SOME 166-PAGES IS BEST DEFINED IN "FORM", "APPEALS", PAGES: 37 - 38 (INFRA).

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,

APPLICATION OR MOTION:

  NEVER ASSIGNED NUMBER ON MANDAMUS WITH THE ROAD BLOCK ON FUNDS ON:

#10-50439; #10-50616; #10-50668; AND #10-10726 FOR NEED OF APPEAL'S.

(e)   PETITIONS OR APPEALS PENDINGS:

  ALL THE ABOVE IN (d) AND WAS WAITING ON THE PERFECTION OF § 2241 /

FRCP R. 65 IN ABILENE, TX USDC - NOT KNOWING IT HAD BEEN DENIED.

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS

INADEQUATE OR INEFFECTIVE FOR RELIEF:

  AS A MANDAMUS ALL ACTION WAS CRIMINAL OR QUASI-CRIMINAL AND

MARSHALL HAD A CLEAR RIGHT TO RELIEF IN STATE AND FEDERAL COURTS;

USCA5 HAD A DUTY TO PERFORM ACT... AND NOT OTHER ADEQUATE REMEDY...

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF

_____ OF _____

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS

LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:      PAGE 48 OF 60

P.P.-490 OF 544                                                PAGE 119 OF 741

IN THE SUPREME COURT OF THE UNITED STATES
WASHINGTON, D. C.

FIRST PETITION FOR WRIT OF CERTIORARI ON DENIAL OF HABEAS INJUNCTION
OUT OF USCA-DC AND USCA5 - AUGUST   , 2009      PAGE ____ OF ____

" P.R.E / P.O.S.T   P.E.T.I.T.I.O.N.S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

(cc)    TWENTY-EIGTH PETITION -    § 2241 / FRCP R. 65
   (1)    NAME OF COURT U.S. SUPREME COURT (SCOTUS)
   (2)    NATURE OF PROCEEDING TRANSFER FROM D.C. TO ABILENE, TX. ON
§ 2241 / FRCP R. 65 ON ABOUT ACY. 02, 2008. SEE APPX.-B, PAGES: B2 - B-20.
   (3)    GROUNDS RAISED 509-TABBED PAGES, OBSERVING RULE OF SCOTUS -
SEE "FORM", "APPEAL'S", PAGES: 39 - 40 WITH QUESTION(S) PRESENTED.
   (4)    EVIDENTIARY HEARING    YES [ ]    NO [X] *ABOVE PAGES INFRA*
   (5)    RESULT REJECTED ON BOTH TRYS AS "JURISDICTIONALLY OUT-OF-TIME".
   (6)    DATE OF RESULT AUGUST 20, 2009 AND SEPTEMBER 04, 2009
(b)    APPEAL TO AN APPELLATE FEDERAL COURT.    YES [X]   NO [ ]
   (1)    NAME OF COURT SCOTUS FROM USCA-D-C AND USCA5
   (2)    CASE NUMBER UNASSIGNED SCOTUS NUMBER:(09-10050,TX & 09-5025,D.C.)
   (3)    RESULT REJECTED ON BOTH TRYS AS "JURISDICTIONALLY OUT-OF-TIME".
   (4)    DATE OF RESULT  AUGUST 20, 2009 AND SEPTEMBER 04, 2009
(c)    PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT? WAS TRYING TO MANDATE A
FAVORABLE HABEAS AND/OR CIVIL RIGHTS INJUNCTION IN USDC AND USCA-DC;
AND USDC-ABILENE AND USCA5 WHILE TRYING TO EXECUTE COLLATERAL ATTACKS,
(d)    REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: MARSHALL IN WAITING TO PERFECT THE ABOVE (§ 2241 -
1:08-CV-145) IN USDC-ABILENE ...NOT KNOWING THERE WAS A DENIAL UNTIL ABOUT
AUGUST 04, 2010. SEE APPX.-B, PAGES: B-2 - B-20; AND PAGES: 15 - 20.
(e)    PETITIONS OR APPEALS PENDINGS: 1:08-CV-145 IN ABILENE; THE END
EXECUTION OF DIRECT APPEAL (#07-50294 - USCA5); AND § 2255 IN USDC-
AUSTIN (#1:09-CV-35-LY). SEE PAGES: 9 - 14 — ALL INFRA.
(f)    WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF: AT THIS TIME FROM APRIL 22, 1996
TO NEW INDICTMENT (#A06-CR-067-LY), TRIAL, AND GUILTY VERIDICT; ATTEMPTED
APPEALS THAT WAS DEFAULTED (NOT PURPOSELY - PRO SE). SCOTUS WAS THE
ONLY OPTIONS OF HABEAS RELIEF. SEE PAGE-40 AND PROLOGUE -- ALL INFRA.

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF _____
_____ OF _____
                                                    16-1A 480.515

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 49 OF 60

P.P.-491 OF 544                                    PAGE 120 OF 741

IN THE SUPREME COURT OF THE UNITED STATES
WASHINGTON, D. C.

SECOND PETITION - INCORPORATION OF THE FIRST PETITION [ STILL THINKING
HABEAS PENDING (§ 2241 - 1:08-CV-145 - ABILENE,TX.) WITH THE " PROCED-
URAL-DEFAULT." AND " OMNIBUS MOTION "; AND THIRD PETITION — INCORPOR-
ATION " EXTRAORDINARY WRIT AND AN EXIT FROM JUDICIARY SYSTEM — DEC-
EMBER 13, 2011 TO ABOUT MARCH 20, 2012                  PAGE ___ OF ____

" P R E / P O S T   P E T I T I O N S "
PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:
(dd)    TWENTY-NINE PETITION - 2nd WRIT OF CERT.- IN RE: MARSHALL
   (1)    NAME OF COURT  U.S. SUPREME COURT (SCOTUS
   (2)    NATURE OF PROCEEDING IN RE: JONATHAN MARSHALL; SR.; KNOWING
THIS WOULD BE EXIT FROM THE JUDICIARY SYSTEM AFTER EXTRAORDINARY WRIT.
   (3)    GROUNDS RAISED 709-TABBED PAGES WITH QUESTIONS PRESENTED
PAGES: 42 - 43 (SUPRA PAGE-40 IN CERT.); PAGE-45 AND PAGE-F-32-ALL INFRA.
   (4)    EVIDENTIARY HEARING      YES [ ]      NO [X]
   (5)    RESULT AGAIN - REJECTED AS "JURISDICTIONALLY OUT-OF-TIME".
   (6)    DATE OF RESULT  JANUARY 10, 2012 AND MARCH 12, 2012
(b)    APPEAL TO AN APPELLATE FEDERAL COURT.     YES [ ]  NO [X]
   (1)    NAME OF COURT  SCOTUS FROM USCA5 AND USCA-DC - PAGES: 39 - 40.
   (2)    CASE NUMBER  UNASSIGNED SCOTUS (SEE PAGES: 41 & 45 - LOWER COURTS)
   (3)    RESULT  4 TIMES IN 3 YEARS "JURISD'NALLY OUT-OF-TIME" BY CLKS.
   (4)    DATE OF RESULT  JANUARY 10, 2012 AND MARCH 12, 2012
(c)    PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT? THE HABEASES WITH #84-
9218-Z AND #A06-CR-067-LY. WAS THE PROLOGUE (PAGE-C-63) AND WITH THE
"OMNIBUS MOTION" MAKING A TRINITY WITH CR-3-87-086-T. SEE PAGE-F-32 (INFRA)
(d)    REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION: SEE EPILOGUE, APPX.-C, PAGE-C-109. THERE WERE
ALWAYS APPEALS (NO.#: 96-11219; 07-50294; 09-5025; 09-10050; 10-10726;
10-50439; 10-50616 AND 10-50668 - ONLY NOT APPEAL ON ACTION NOT AWARE.
(e)    PETITIONS OR APPEALS PENDINGS: AS OF DECEMBER 13, 2011 AND
JANUARY / MARCH 2012 THERE WERE NO MORE JUDICIARY PENDING. NO
JUDICIARY PENDING WHILE DURING COMMUTATION. SEE PAGES: F-33-34 (INFRA).
(f)    WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF: MARSHALL HAS DONE A COMPREHENSIVE
CAMPAIGN WITH VERY LITTLE HELP EXCEPT PIECEMEAL AND HAS SPENT TEN-OF-
THOUSANDS-OF DOLLARS IN UNIMBURSED CIVIL AND CRIMINAL LITIGATION THE UN-
CONSTITUTIONAL CIRCUMSTANCES OR VIOLATION NEEDS AN UNCONDITITIONAL HABEAS.

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS: PAGE 1 OF         16-11409,516
FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 50  OF 60

P.P.—492 OF 544                                    PAGE 121 OF 741

I N   T H E
S U P R E M E   C O U R T   O F   U N I T E D   S T A T E S
P E T I T I O N   F O R   W R I T   O F   C E R T I O R A R I

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE FIFTH CIRCUIT

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

N O . #: 96-11219;   #07-50294;   #09-5025;   #09-10050;
#10-10726;   #10-50439;   #10-50616;   A N D   #10-50668

" I N   R E :   J O N A T H A N   M A R S H A L L ;   S R . "

JONATHAN MARSHALL, SR.
aka Joe,              Petitioner

V.

UNITED STATES OF AMERICA,

*et al.,*          Respondents

APPEAL FROM THE UNITED STATES DISTRICT COURT
ABILENE, AUSTIN AND DALLAS, TEXAS — NORTHERN / WESTERN DISTRICTS
WASHINGTON, D.C. — DISTRICT OF COLUMBIA

C A S E   N O . #:   84-09218-Z;   CR3-87-086-T;   A06-CR-067-LY

# APPENDICES

# A-N



JONATHAN (JOE) MARSHALL; SR.
REG. NO.#: 17040 - 077
FEDERAL CORRECTIONAL INSTITUTION
1900 SIMLER AVENUE
BIG SPRING, TEXAS: 79720

DATE: DECEMBER 13, 2011              PROCEEDING P.R.O   S.E

PETITION FOR WRIT OF CERTIORARI —      [ IN PROPRIA PERSONA ]
                                        C O V E R S H E E T :  PAGE 1 OF 1

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.   PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 51 OF 60

**P.P.–493 OF 544**                                    PAGE 122 OF 741

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — ABILENE DIVISION

PETITION FOR WRIT OF CERTIORARI                      PAGE ____ OF _____

" P.R.E / P.O.S.T  P.E.T.I.T.I.O.N.S "

PETITIONS, APPLICATIONS, OR MOTIONS PROCEEDINGS:

(ee)   THIRTY PETITION   -   COMMUTATION OF SENTENCE

(1)   NAME OF COURT OFFICE OF PARDON ATTORNEY - WASHINGTON, D. C.

(2)   NATURE OF PROCEEDING APPLICANT FOR PRESIDENT'S EXECUTIVE
CLEMENCY POWER THAT INCLUDES THE AUTHORITY TO COMMUTE, OR REDUCE SENTENCE.

(3)   GROUNDS RAISED THIS WAS A FEDERAL CASE A TRINITY: 84-9218-Z;
CR3-87-086-T AND A06-CR-067-LY WITH CONTINUING "IN CUSTODY" - 17-YEARS.

(4)   EVIDENTIARY HEARING      YES [ ]      NO [X]

(5)   RESULT NO WORD SINCE FILING ON APRIL 30, 2013 OTHER THAN REC'D.

(6)   DATE OF RESULT _____ N / A _____

(b)   APPEAL TO AN APPELLATE FEDERAL COURT.   YES [ ] NO [ ]

(1)   NAME OF COURT _____ N / A _____

(2)   CASE NUMBER _____ N / A _____

(3)   RESULT KNOW THAT APPLICATION WAS RECEIVED / PENDING

(4)   DATE OF RESULT ABOUT JUNE, 2013 _____

(c)   PREVIOUSLY FILED ANY PETITIONS. APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
N O T E - INORDER TO QUALIFY OR HAVE APPLICATION PROCESSED THERE CAN
BE NO PENDING LITIGATION IN ANY COURT AS TO CONVICTION OR SENTENCE.

(d)   REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION.
APPLICATION OR MOTION:
_____ SEE (c) ABOVE _____
SEE PAGE-F-34, FILED WITH CLEMENCY PROJECT ON MAY 06, 2014.

(e)   PETITIONS OR APPEALS PENDINGS:
_____ SEE (c) ABOVE _____
____ THIS INSTANT ACTION DISQUALIFY MARSHALL FROM COMMUTATION OR CLEMENCY.

(f)   WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF: SEE PAGES: 46 - 47; AND ALSO,
SEE APPX.-D, PAGES: D-33 - D-39 — ALL INFRA. ON APPLICATION THERE'S
A SHOWING OF THE INDEXING AS TO EVERY WORD ON EXHIBITS, RECORDS,
BRIEFS AND VOLUMES OF SOME 1,149-COUNTED PAGES AND 59-UNCOUNTED PAGES.

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS; PAGE 1 OF ____
_____ OF _____

F-33

16-11409.518

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**          **PAGE 52 OF 60**

*123*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS — ABILENE DIVISION

PETITION FOR WRIT OF CERTIORARI                    PAGE ____ OF ____

" P-R-E / P-O-S-T  P-E-T-I-T-I-O-N-S "
PETITIONS, APPLICATIONS, OR MOTIONS-PROCEEDINGS:

(ff)    THIRTY-ONE PETITION-   -   CLEMENCY PROJECT 2014
  (1)    NAME OF COURT BUREAU OF PRISONS (BOP) TRULINCS SURVEY
  (2)    NATURE OF PROCEEDING COMMUTATION OF SENTENCE WITH ATTORNEY
TO ASSIST WITH CLEMENCY PETITION OR SELECTION OF F.C.I. BIG SPRING.
  (3)    GROUNDS RAISED INCORPORATED BY REFERENCE APPLICATION OF
APRIL 30, 2013. SEE PAGES: F-33 AND PAGES: 46 ~ 47 -- ALL INFRA.
  (4)    EVIDENTIARY HEARING        YES [ ]        NO [X]
  (5)    RESULT ON ABOUT MAY 2016 TOLD TO RELY ON MYSELF FOR RELIEF.
  (6)    DATE OF RESULT MAY 2016
 (b)    APPEAL TO AN APPELLATE FEDERAL COURT.    YES [ ]  NO [X]
  (1)    NAME OF COURT _____ N / A _____
  (2)    CASE NUMBER _____ N / A _____
  (3)    RESULT FIELD WAS CROWDED - NOT ENOUH ATTORNEYS TO GO AROUND.
  (4)    DATE OF RESULT MAY 2016
(c)    PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS OR MOTIONS WITH
RESPECT TO THIS JUDGMENT IN ANY FEDERAL COURT?
 N O T E - INOREDER TO QUALIFY OR HAVE APPLICATION PROCESSED THERE CAN
BE NO PENDING LITIGATION IN ANY COURT AS TO CONVICTION OR SENTENCE.
(d)    REASON FOR NOT APPEALING FROM ADVERSE ACTION ON ANY PETITION,
APPLICATION OR MOTION:
   SEE (c) ABOVE AND (d) BELOW, ALSO SEE APPX.-D, PAGES: D-33 - D-39,
THIS INSTANT ACTION DISQUALIFY MARSHALL FROM COMMUTATION OR CLEMENCY.
(e)    PETITIONS OR APPEALS PENDINGS:
       SEE (c) ABOVE - THE JUDICIARY ON CONVICTION
OR SENTENCE HAS BEEN BARE SINCE ABOUT MARCH 12, 2012 IN JUDICIARY.
(f)    WHY ANY REMEDY BY WAY OF OTHER MOTION(S) OR JURISDICTION IS
INADEQUATE OR INEFFECTIVE FOR RELIEF: NOTE (f), PAGE-F-33 (INFRA).
MARSHALL HAS ABANDON HIS CLAIM WITH THE EXECUTIVE BRANCH AND HAS OPEN
THE PORTAL IN THE JUDICIARY TO A HABEAS CORPUS OF PRISONER'S ORIGINAL
CLAIMS OF CONSTITUTIONAL ERROR FOR AN UNCONDITIONAL HABEAS CORPUS.

WRIT OF HABEAS CORPUS - PRE/POST PETITIONS; PAGE 1 OF ....
     ____ OF ____
                   F-34

Case 1:16-cv-00107-O   Document 1-9   Filed 06/14/16   Page 5 of 58   PageID 517   *124*

IN THE U.S. DEPARTMENT OF JUSTICE **PAGE 124 OF 741**
FEDERAL BUREAU OF PRISONS
F.C.I. BIG SPRING, TEXAS

DATE:   APRIL 15, 2014   C.O.V.E.R.S.H.E.E.T   PAGE  1  OF . . .

| Name | Prisoner Number |
|---|---|
| JONATHAN MARSHALL; SR. AKA; JOE MARSHALL | REG. NO.#: 17040 - 077 |

| Place of Confinement |
|---|
| FCI BIG SPRING, BIG SPRING, TEXAS 1900 SIMLER AVENUE - BIG SPRING, TEXAS 79720 |

JONATHAN (JOE) MARSHALL; SR.,
REQUESTER;

- V S -

MYRON L. BATTS - WARDEN, F.C.I.
BIG SPRING, TEXAS;
CHARLES E. SAMUELS, JR. - DIRECTOR,
FEDERAL BUREAU OF PRISONS (BOP);
RESPONDENTS.

REDUCTION IN SENTENCE (RIS)

* * * * * * * * *

U.S. DEPARTMENT OF JUSTICE

P.R.O.G.R.A.M...S.T.A.T.E.M.E.N.T:

NUMBER: 5050.49  DATE: AUGUST.12, 2013

COMPASSIONATE RELEASE / REDUCTION IN
SENTENCE PROCEDURES FOR IMPLEMENTATION
O F
18.U.S.C..§§.3582(c)(1)(A).AND.4205(g)

FEDERAL BUREAU OF PRISONS (BOP)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Compassionate Release/Reduction in Sentence:
# Procedures for Implementation of 18 U.S.C.
# §§ 3582(c)(1)(A) and 4205(g)

P.R.E.L.I.M.I.N.A.R.Y...S.T.A.T.E.M.E.N.T:

INITIATION OF REQUEST - EXTRAORDINARY OR COMPELLING CIRCUMSTANCES —
UNDER THE ABOVE WHERE THERE ARE PARTICULAR EXTRAORDINARY OR COMPELLING
CIRCUMSTANCES FOR MODIFICATION OR REDUCTION OF SENTENCE BASED UPON A
INTERVENING POST-SENTENCE ASSESSMENT OF VENUE (JURISDICTION) OF A L L
26.U.S.C..§.7206(2) [INTERNAL REVENUE CODE - 18.U.S.C..§.3237(b)\2 / ]
OF HIS SENTENCE TO " ALREADY SERVED " AND SUBJECTED TO " COMPLETE DIS-
CHARGE " ON ABOUT NOVEMBER 20, 2009.

18.U.S.C..§.§.3582(c)(1)(A) - EXTRAORDINARY OR COMPELLING CIRCUMSTANCES -
COVERSHEET; . . . PAGE 1 OF 1 . . .

. . . OF . . . .

F-35

16-11409.520

P.P.-496 OF 544

IN THE U.S. DEPARTMENT OF JUSTICE PAGE 125 OF 741
FEDERAL BUREAU OF PRISONS
F.C.I. BIG SPRING, TEXAS

DATE: APRIL 15, 2014    C.O.V.E.R.S.H.E.E.T    PAGE 1 OF

| Name | Prisoner Number |
|------|-----------------|
| JONATHAN MARSHALL; SR. - AKA; JOE MARSHALL | REG. NO. #: 17040 - 077 |

Place of Confinement  FCI BIG SPRING, BIG SPRING, TEXAS
1900 SIMLER AVENUE - BIG SPRING, TEXAS 79720

| | |
|---|---|
| JONATHAN (JOE) MARSHALL; SR., REQUESTER; | * U.S. DEPARTMENT OF JUSTICE |
| - V S - | * P.R.O.G.R.A.M...S.T.A.T.E.M.E.N.T; |
| | * NUMBER: 5050.49  DATE: AUGUST 12, 2013 |
| MYRON L. BATTS - WARDEN, F.C.I. | * COMPASSIONATE RELEASE / REDUCTION IN |
| BIG SPRING, TEXAS; | * SENTENCE PROCEDURES FOR IMPLEMENTATION |
| CHARLES E. SAMUELS, JR. - DIRECTOR, | * O F |
| FEDERAL BUREAU OF PRISONS (BOP); | * 18 U.S.C. §§ 3582(c)(1)(A) AND 4205(g) |
| RESPONDENTS. | * |
| REDUCTION IN SENTENCE (RIS) | * FEDERAL BUREAU OF PRISONS (BOP). |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Compassionate Release/Reduction in Sentence:
## Procedures for Implementation of 18 U.S.C.
## §§ 3582(c)(1)(A) and 4205(g)

P.R.E.L.I.M.I.N.A.R.Y....S.T.A.T.E.M.E.N.T;
REQUEST BASED ON NON-MEDICAL CIRCUMSTANCES — ELDERLY INMATES;   C.
OTHER ELDERLY INMATES. INMATES AGE 65 OR OLDER WHO HAVE SERVED THE GREATER
OF 10 YEARS OR 75% OF THE TERM OF IMPRISONMENT TO WHICH THE INMATE WAS
SENTENCED. AT THE BEGINNING OF THE DAY ON OCTOBER 19, 2014, THE REQUEST-
ER WILL BE 65 YEARS OLD, ABSENT AN APPROPRIATION FROM APRIL 22, 1996 TO
THE PRESENT (SOME 18 YEARS) WITHOUT SATISFYING THE YEARS OR PERCENTAGE
TO WHICH MARSHALL WAS SENTENCED TO 18 YEARS OF IMPRISONMENT ON FEBRUARY
16, 2007 AND WILL NOT SATISFY THE GREATER OF 10 YEARS OR 75 PERCENT.

18 U.S.C. §§ 3582(c)(1)(A) - NON-MEDICAL CIRCUMSTANCES - ELDERLY INMATES -
COVERSHEET: PAGE 1 OF 1.                              F-36

OF

16-11409.521

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

**P.P.-497 OF 544**    **PAGE 126 OF 741**

C.O.V.E.R...S.H.E.E.T

JONATHAN MARSHALL; SR.
NAME (Under which you were convicted)

REG. NO.#: 17040 - 077
PRISON NUMBER

F.C.I. BIG SPRING, BIG SPRING, TEXAS
PLACE OF CONFINEMENT/ADDRESS
1900 SIMLER AVENUE

BIG SPRING, TEXAS 79720

PETITION FOR
COMMON LAW
WRIT OF HABEAS CORPUS
BY A PERSON IN
FEDERAL CUSTODY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
ABILENE

====================================

JONATHAN (JOE) MARSHALL; SR,
FULL NAME
        PETITIONER;

        - V S -

MYRON L. BATTS - WARDEN OR CURRENT
WARDEN OF FCI BIG SPRING, TEXAS OR
ANY BOP, USA  - HAVING CUSTODY;

CHARLES E. SAMUELS, JR. - DIRECTOR
FEDERAL BUREAU OF PRISONS (BOP),
OR ANY DIRECTOR OR BOP PERSON HAV-
ING CUSTODY AS DIRECTOR OF BOP;

GREG ABBOT - ATTORNEY GENERAL OF
THE STATE OF TEXAS; OR ANY ATTORN-
EY GENERAL (A.G.) STATE OF TEXAS
OR PERSON HAVING CUSTODY;

ERIC H. HOLDER, JR - ATTORNEY GEN-
ERAL OF THE USA, OR ANY A.G. OF
THE UNITED STATES OF AMERICA PER-
SON HAVING CUSTODY;

        RESPONDENTS.

CIVIL ACTION

NO.#:

Case Number (To be supplied by
Clerk, United States District
Court)

PETITION FOR WRIT OF HABEAS
CORPUS BY A PERSON IN
FEDERAL CUSTODY 28 U.S.C.
§ 2241

*****************************

F-37

16-11409.522

**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.   PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**    **PAGE 56  OF 60**

PAGE 114 OF 741

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: BUREAU OF PRISONS SOUTH CENTRAL REGIONAL OFFICE —TORT BRANCH U.S. ARMED FORCES RESERVE COMPLEX 344 MARINE FORCES DRIVE GRAND PRAIRE, TEXAS 75051 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) JONATHAN (JOE) MARSHALL; SR. REG. NO.#: 17040 - 077 FEDERAL CORRECTIONAL INSTITUTION 1900 SIMLER AVE.;BIG SPRING, TX. 79720 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 10-19-1949 | 5. MARITAL STATUS SINGLE | 6. DATE AND DAY OF ACCIDENT MAR.,2007-APR.,2013 | 7. TIME (A.M. OR P.M.) P.M. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) The above Claimant, a Federal Inmate at F.C.I. BIG SPRING in Big Spring, Texas from about MARCH,.2007 to the last date of incident about APRIL 30, 2013 [7.Plus(+)=YEARS] in: One State Court; 3 Federal Courts in 3 Texas Cities; New Orleans, LA. and Washington, D. C. from Lower Courts To The Supreme Court to challenge my Prison Sentence And/ Or my Conviction in a timely manner. . . While BOP'S Counselors and Officials called "UNIT-TEAM" Denied "Controlled-Forms" or Delayed these FORMS that caused me 10'S of 1,000'S-of-Dollars in EXTRA LITIGATION EXPENSES AND DELAYS.

| 9. PROPERTY DAMAGE |
|---|
| NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code) N / A |

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side) SEE ATTACHMENT ("ATT.#"): 1, 2, 3; FOOTNOTES: \1 \2 \3; AND PAGES: 3 - 5 (INFRA - IN THIS CLAIM)-NOTE - "SUPRA" - IN THIS TEXT OR CONTENT.

| 10. PERSONAL INJURY/WRONGFUL DEATH |
|---|
| STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT "UNIT-TEAM" used BOP'S.PGM-STAT'MT - 5800.§.314 ["OUT-GOING-MAIL" over 13.OUNCES; "CONTROLLED-FORM"] And/Or "FRP-REFUSAL" where these procedures for mailing out Legal-Work - WRONGLY - caused delays of several days or more [Two(2) Weeks is Not Unheard Of] causing the Inmate 10'S of 1,000'S-of-Dollars in EXTRA EXPENSES AND TIME with DEFAULTS. |

| 11. WITNESSES |
|---|

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| 1. MR. TOMMY HALE (UNIT-MGR) | 1900 SIMLER AVE. BIG SPRING, TEXAS 79720 |
| 2. MR. WILLIAM G. PUTNICKI(CLK) | 200 W. EIGHTH ST.; RM# 130, AUSTIN, TX. 78701 |
| 3. MR. CHARLES FULBRUGE III-CLK | 600 S. MAESTRI PLACE, NEW ORLEANS, LA. 70130 |
| 4. MR. WILLIAM K. SUTER (CLERK) | ONE FIRST ST., N.W., WASHINGTON, D. C. 20543 |

| 12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE $500,000.00 | 12b. PERSONAL INJURY $150,000.00 | 12c. WRONGFUL DEATH N / A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $650,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM JAN. 17, 2014 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |
|---|---|

95-108
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

16-11409.523

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D. PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:   PAGE 57 OF 60

**P.P.-499 OF 544**                                    **PAGE 128 OF 741**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

C O V E R S H E E T

| Name | Prisoner Number |
|------|------|
| JONATHAN (JOE) MARSHALL; SR. | 17040 - 077 |

| Place of Confinement FCI BIG SPRING, BIG SPRING, TEXAS |
|------|
| 1900 SIMLER AVENUE - BIG SPRING, TEXAS 79720 |

COMPLAINT - " § 1983 " AND " BIVENS " / " CASES " OR " CONTROVERSIES "

C O M P L A I N T / J U R Y   T R I A L   D E M A N D E D
C I V I L   R I G H T S   C O M P L A I N T

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN (JOE) MARSHALL; SR.,         * P R I S O N E R ' S   A N D / O R
        PLAINTIFF;                              * P R I V A T E — C I T I Z E N S
                                             * J U R I S D I C T I O N   I N V O K E D:
AND    INVOLUNTARY PLAINTIFF \3/ ,     * 42  U.S.C.  § 1983
SOCIAL SECURITY ADMINISTRATION         * B I V E N S   V.   S I X
        (SSA),                               * U N K N O W N   N A M E D   A G E N T S
THE UNITED STATES OF AMERICA \3/       * O F   F E D.   B U R E A U   O F
        (USA),                               * N A R C O T I C S,  4 0 3 U. S. 3 8 8
THE STATE OF TEXAS (TEXAS)  \3/        * ( 1 9 7 1 )
                                             *
        - V S -                              * C A S E S / C O N T R O V E R S I E S
_1. INTERNAL REVENUE SERVICE(IRS),     *           A N D
    I#9,P-19, I#14,P-22, I#19(I);      * C I V I L   R I G H T S . . . E C T
_2. DEPT. OF THE TREASURY(TREASURY),   *
    I#6,P-18, I#9,P-19, I#14, P-22;    *       J U R Y   T R I A L
_3. BRENDA HEENEY, SPECIAL AGENT OF    *       D E M A N D E D
    THE IRS (S/A),                      *
_4. JOHN CORNELIUS, IRS' S/A,          *
_5. ANN TIMMINS, IRS' S/A,             * - - - - - - - - - - - -
    I#10,P-19, I#14,P-22; I#20,P-37;   *  ✓  SEE FOOTNOTE, PAGE-6 (INFRA)

COMPLAINT - "§ 1983" / "BIVENS" / "CONTROVERSIES" - COVER: PAGE 1 OF

                    1   OF ____

                                                F-39

                                        16-11409.524

**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - D.  PREVIOUS**
**LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:**          **PAGE 58 OF 60**

**P.P.—500 OF 544**                                    **PAGE 129 OF 741**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN (JOE) MARSHALL; SR. | PRISONER'S AND/OR PRIVATE-CITIZEN'S |
| PLAINTIFF, | CIVIL RIGHTS COMPLAINT |
| AND | JURISDICTION INVOKED: |
| ET AL. 13/; | • 42 U.S.C. § 1983; |
| - V S - | • " BIVENS "; |
| | • CASES / CONTROVERSIES AND |
| INTERNAL REVENUE SERVICE (IRS), | • CIVIL RIGHTS CONSPIRACY; |
| AND | W I T H |
| ET AL.; | JURY TRIAL |
| DEFENDANTS. | DEMAND. |
| " SHORT CAPTION " | " KIND-OF-RELIEF " |

************************

M E M O R A N D A   O F   F U T U R E   R E M E D I E S
A N D   F I L I N G:

| NO.#: | NAME | APPROX. DATE | M.E.M.O.(INFRA) |
|---|---|---|---|
| 1. | WRIT OF HABEAS CORPUS | JANUARY - 2016 ..... | SEE PAGE-A-9 |
| 2. | REMEDIES OF WARDEN(1) & WARDEN(2) | DECEMBER 14, 2015 .. | SEE PAGE-A-10 |
| 3. | TORT-BOP ........................ | APRIL 15, 2016 .. | WORK-IN-PROCESS |
| 4. | TORT-DOJ ........................ | APRIL 15, 2016 .. | " " " |
| 5. | TORT-IRS ........................ | APRIL 15, 2016 .. | " " " |
| 6. | TORT-SEC. SEC. .................. | APRIL 15, 2016 .. | " " " |
| 7. | TORT-STATE OF TEXAS ............. | APRIL 15, 2016 .. | WORK-IN-PROCESS |
| 8. | CIVIL RIGHTS COMPLAINTS ......... | (2017 - 2018).... | SEE PAGES: A-35 - A-36 |
| | | | (SUPRA) |

F-40

16-11409.525

**FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D. PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:          PAGE 59 OF 60**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NAME    TABLE OF CONTENTS✓ PAGE NO.
  1. APPENDIX-F ( " APPX.-F ) - COVER............. F-41
APPENDIX-F - CONT'D.FROM PAGE-F.(INFRA);

[ CONTINUED ON PAGES: F-B, F-F, F-1 (ALL INFRA) ]

# APPENDIX-F

PHYSICAL PAGINATION = 457 — 501 (INFRA) [ "P"= PAGE ]
G L O B A L   C I T E S: [F,F-A;F-B,F-F,F-1 - F-41 ]
F,F-1 — F-41 = P~SAME AS PAGE-F (INFRA)

C L A I M S   O F   C O N S T I T U T I O N A L   E R R O R —
O V E R   3 1/2   D E C A D E S.  (SOME 35 YEARS):

| YEAR N A M E  PAGINATION / DESCRIPTION | YEAR  N A M E PAGINATION / DESCRIPTION |
|---|---|
| (A) 1984 —CA84-0503F = P-69,70,71.B-4 | (O) 2009 - 1:09-CA-35-LY = P-3,9 - 14, |
| /P-F-2 - LAWSUIT IN DALLAS AGAINST THE IRS; | 34,42,R-6,B-15 |
| (B) 1984 - TRINITY = SEE _1. #84-9218-Z, | P-F-23 - § 2255 MOTION TO VACATE IN AUST. |
| P-B-B(INFRA); | (R) 2010 - OMNIBUS MOTION (528-PAGES) = |
| (C) 1987 - TRINITY - #CR3-87-086-I = P-4, | P-21,23,33,36,101 |
| 16,23,33,36,39,42,44,45,50,70,74,75,99 | /P-F-24 - CLAIMS OF CONSTITUTIONAL ERROR; |
| /P-F-4 - 17-COUNTS IRS' INDICTMENT (DL'S) | (S) 2010 - #10-50439 = P-9,37,38,41,45 |
| (D) 1988 - CA-8R-2565-H = P-71 | /P+F+25 - APPEAL §-2255 TO USCA5(Q-ABOVE);; |
| /P-F-5 - LAWSUIT OF INTERLOCK'G CONSPIRACY; | (T) 2010 - #10+90616 =- P-37,38,41,45 |
| (E) 1994 - 3:94-CV-01175 = P-71,B-3,B-9 | /P-F-26 - APPEAL FOR PROPERTY RETURN; |
| /P-F-6 - LAWSUIT ON BOP(INDIFFER-MEDICAL); | (U) 2010 - #10-50668 = P-36,37,38,45 |
| (F) 1995 - E-P-95-CA-078 = P-71,B-3,B-28 | /P-F-27 - APPEAL ON MOD. §§ 3582 / 3553; |
| /P-F-3 - ABOVE TRANSFERRED TO EL' PASO DIV; | (V) 2010 - #10-10726 = P-37,33,38,41,45 |
| (G) 1996 - TRINITY - SEE (B) ABOVE; | /P-F-28 - WRIT OF CORAM NOBIS, DLS, TX. |
| /P-F-3 - DIVORCE / CHILD-SUPPORT/CONTEMPT; | (W) 2010 - 3:10-CV-1239-L = P-33,B-3,B-6 |
| (H) 1996 - 96-CV-01373 = P-97,B-4 | /SAME USDC-DL'S FOR #3:87-CR-086-I; |
| /P-F-8 - MAKES CHILD-SUPPORT FEDERAL CASE; | (X) 2010 - MANDAMUS = P-36,37,38 |
| (I) 1996 - 96-11219 = P-41,45,B-4 | /P-F-29 - 4 NAMED APPEAL NUMBERS IN USCA5 |
| /P-F-32 - APPEALED TO SCOTUS ON ABOVE; | (Y) 2010 - 1:08-CV-145 = P-38 |
| (J) 2002 - 3:02-CV-01852 = P-35 | /P-F-30 - NOT KNOWING THERE WAS A DENIAL; |
| /P-F-16 - RETURN SUIT ON SEIZED PROPERTY; | (Z) 2009 - 1ST WRIT OF CERT. = P-39,40 |
| (K) 2006 - TRINITY + SEE 2. #A06-CR-067 | /P-F-31 - D.C. &USCA5 ON RULE 65(§ 2241); |
| -LY, P-B-B (INFRA) | (AA) 2010 - 2ND & 3RD CERT. = P-41 - 45; |
| (L) 2007 - 43-COUNTS INDICTMENT IN AUSTIN; | /P-F-32 - FILING "CERTS" UNTIL JAN. 2012; |
| (L) 2007 - 07-50294 = P-3,5,7,8,10,11, | (BB) 2013 - COMMUTATION = P-46,47,D-36... |
| 14,41,64,C-63,C-109 | /P-F-33 - SOME 1,149-PAGES EXITING JUDIC.; |
| /P-F-32 - APPEAL OF A06-CR-067-LY(SCOTUS); | (CC) 2014 - CLEMENCY PROJECT = P-48 |
| (M) 2008 - 1:08-CV-145 = P-4,18,19,72, | /P-F-34 - SPECIAL FORMS FOR ON-LINE REQ.; |
| R-7,B-20,R-21,B-29,C-63 | (DD) 2014 - BOP'S RIS = 326-PAGES |
| /P-F-20 - PROLOGUE OF THE HABEASES | /P-F-35 - F-36 - WARDEN(1) & (2) EXH. |
| (N) 2009 - 1:09-CV-11 = P-15 - 17,19, | ON ABOUT APR. 2016(SEE APPX.-C,EXCEPTS). |
| B-7,B-20,B-29 | (EE) 2016 - THIS INSTANT ACTION = P-57 |
| /F-21 -RULE 65 WITH HABEAS IN D.C.; | /P-F-37 - 544-PAGES OF $ 2241 ... ECT; |
| (O) 2009 - 09-10050 = P-32,39,41,45 | (FF) 2016 - CASES / CONTROVERSIES = P- |
| /P-F-32 - APPEAL OF RULE 65 TO SCOTUS; | 57 - 58. |
| (P) 2009 - 09-5025 = P-39,41,B-7 | /P-F-38 - F-40 - HABEASES & MEMORANDA |
| /P-F-32 - APPEAL OF RULE 65 (IX) TO SCOTUS; | OF FUTURE FILING(WORK-IN-PROCESS); |

APPENDIX -F ("APPX.-F ") - COVER .................. 16-11408-526

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — D.  PREVIOUS
LAWSUIT AND ADMINISTRATIVE RELIEF, d) Issues raised:               PAGE 60 OF 60
PAGE 118 OF 741

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI")
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT –CONT'D:

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF – CONT'D:
#### d)  Issues Raised  C O N C L U S I O N:

The issue presented here falls squarely with the purview as required for the Court's

Subject–Matter Jurisdiction with ISSUES of Nationwide Importance, that can be des-

cribed as one of the most far-reaching, mistaken (I know I am Black, And I believe I

should be FREE!) – Schemes ever proposed to alter an American–Citizen's established

Constitutional Rights from 1980'S to the End-Of-His-Natural-Life ... To Date . . .

About: Forty(40)–Years or Four(4)–Decades.

The ABOVE starts on PAGES:  59  –  63  OF  741  – § 2241; PAGES:  63  –  72  OF

741 -- § 2241 (JUNE, 2016); PAGES:  74  –  78  OF  741  -- " INTRO "; and PETIT-

IONS, APPLICATIONS OR MOTIONS PROCEEDINGS, PAGES:  79  –  118  OF  741  [ (a) FIRST

PETITION – (z) TWENTY-SIX PETITION; and (aa) TWENTY-SEVEN PETITION – About to (kk)

THIRTY-SIX PETITION ] -- ALL INFRA. N O T E -- UPPER-RIGHT-HAND-CORNER, I.E: " P.P.–

71 OF 544 " to about " P.P.–501 OF 544 " are PAGED of 544-PAGES OF 1:16-CV-00107-O

– § 2241 OF JUNE, 2016, ID. AT 63 – 72 OF 741 (INFRA). -- S U M M A R Y – B E L O W:

### CASE-AT-HAND -- TRINITY – A GROUP OF THREE(3) CLOSELY RELATED MEMBERS:

LOWER COURTS STATES: 256th FAMILY COURT (SDJC), STATE'S APPELLATE COURT (DALLAS,
TEXAS); HIGHEST STATE COURT: TEXAS SUPREME COURT (AUSTIN, TEXAS) on several occass-
ions. LOWER FEDERAL COURTS (USDC): EL PASO, DALLAS, AUSTIN, ABILENE, TEXAS; TOPEKA,
KS; and WASHINGTON, D. C.. FEDERAL APPELLATE COURTS (USCA): NEW ORLEANS, LA (USCA5);
WASHINGTON, D. C. CIRCUIT (USCA-D.C.); and DENVER, CO (USCA10). HIGHEST COURT: THE
UNITED STATES SUPREME COURT (SCOTUS) – Several times since about 1999 on both State's
and Federal Cases (USDC'S in MAY 1996 – 2012). COMMUTATION OF SENTENCE – OFFICE OF
PARDON ATTORNEY – WASHINGTON, D. C. (APRIL 30, 2013), and CLEMENCY PROJECT 2014 –
Both application for President's Executive Clemency Powers: To Commute Or Reduce
Sentence. COMPASSIONATE RELEASE / REDUCTION IN SENTENCE PROCEDURES FOR IMPLEMENT-
ATION – 18 U.S.C. § § 3582(c)(1)(A) AND 4205(g) – BOP – EXTRAORDINARY OR COMPELL-
ING CIRCUMSTANCES (APRIL 15, 2014); ALSO, 18 U.S.C. §§ 3582(c)(1)(A) – NON-MEDICAL
CIRCUMSTANCES – ELDERLY INMATES. CLAIM FOR DAMAGE, DEATH, OR INJURY – BOP'S DELAYS
causing Inmate MARSHALL 10'S-OF-1,000'S-OF-DOLLARS in Extra Litigation Expenses of
Delays, Time with Defaults. SEE C. CAUSE OF ACTION, PAGE:  51  –  58  OF  741  (INFRA).
CASES: 84-9218-Z(STATE); CR3-87-086-T AND A06-CR-57-LY (BOTH FEDERAL).

FED.R.CIV. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – D. PREVIOUS
LAWSUITS AND ADMINISTRATIVE RELIEF, d) Issues Raised – CONCLUSION:    PAGE 1 OF 1

I N   T H E   PAGE _____ OF _____
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S

| | | P A G E: | | C I T E: | | T A B: | |
|---|---|---|---|---|---|---|---|---|
| | | A | | A | | 1 | | |
| (1) | TABLE OF CONTENTS | i — xi | | i — xi | | 2 — 12 | | (1) |
| (2) | § 1983 | 1 — 2 | | 1 — 2 | | 13 — 14 | | (2) |
| | | | | T A B — S H E E T   O N L Y | | | | |
| (3) | DEFENDANTS | 3 — 50 | | 3 — 50 | | 15 — 62 | | (3) |
| (4) | CAUSE OF ACTION | 51 — 58 | | 51 — 58 | | 63 — 70 | | (4) |
| | | | | U N C O U N T E D   P A G E | | | | |
| (5) | PREVIOUS LAWSUITS | 59 — 119 | | 59 — 119 | | 71 — 131 | | (5) |
| (6) | REQUEST FOR RELIEF | 120 — 121 | | 120 — 121 | | 132 — 133 | | (6) |
| | | | | T A B — S H E E T   O N L Y | | | | |
| (7) | BEVINS ACTIONS | 122 — 123 | | 122 — 123 | | 134 — 135 | | (7) |
| (8) | CAUSE OF ACTION | 124 — 132 | | 124 — 132 | | 136 — 144 | | (8) |
| (9) | REQUEST FOR RELIEF | 133 — 134 | | 133 — 134 | | 145 — 146 | | (9) |
| | | | | U N C O U N T E D   P A G E | | | | |
| (10) | DECLARATION FOR TRO/PI | 135 — 148 | | 135 — 148 | | 147 — 160 | | (10) |

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT —
§ 1983 AND BIVENS ACTIONS — MOTION / TAB—TEMPLATE(ONE):    PAGE 1 OF 2

PAGE _ __ OF _____

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:      PAGE 132 OF 741

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

_YES – MARSHALL'S COMPLAINT EXHAUSTED HIS ADMINISTRATIVE REMEDIES REGARDING THE_

_ISSUES IN THIS CIVIL RIGHTS COMPLAINT : ATTACHED AND CITED – BP8½'S; BP-9'S; BP-10'S;_

_AND BP-11'S – ATTACHMENT-ONE(1)-A  – ATTACHMENT-FIVE(5)-E [RESPECTIVELY ] " CLAIMS_

_IN AN OPERATIVE COMPLAINT "...SOME  478 – PAGES –– ALL INFRA._

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

The IMMEDIATE ACTION on DEFENDANTS: "[1]" – "[20]", PAGES: 1  OF  741 – PAGE:

8 OF 741 with " Court Forms " to Named DEFENDANTS [ TWENTY (20) ] a TEMPORARY RE-

STRAINING ORDER AND PRELIMINARY INJUNCTION to ensure " LEGAL ACTIVITIES, INMATE "

and STOP IMMEDIATELY! TACIT AGREEMENT / CONSPIRACY / ERRONEOUSNESS with " BOP ";

" POLICYMAKERS "; " BAR ENTERPRISES " or the " GOVERNMENT " on the QUESTIONS OF

APPLYING UNFAIR GROUNDS OF LITIGATION: FIRST – THE RETURN OF " BOX-4 " AND " BOX-5 "

for " LAWSUIT " in Brown-Folder. See PAGE 49 OF 741 – 50  OF 741 (INFRA).

D E C L A R A T I O N   U N D E R   P E N A L T Y   O F   P E R J U R Y:

[I], Declare (Or Certify, Verify, Or State) under Penalty Of Perjury that the

Foregoing is True and Correct – UNSWORN DECLARATION – Is a verified AFFIDAVIT for

AFFIRMATIVE ACTION for PROSPECTIVE RELIEF for an Incarcerated Person –– 28 U.S.C.

§ 1746 (18 U.S.C. § 1621). In Addition, [I] accept any construing of this submiss-

ion of a Federal Document as to any punishment under 18 U.S.C. § 1001 AND 3571.

[ CONTINUED ON NEXT-PAGE 121 OF 741  (INFRA) ]

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –  FORMAL RE-     5
LIEF AND REQUEST FOR RELIEF – FOR § 1983 AND BIVENS ACTION:           PAGE 1 OF  2

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") – UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:   PAGE  133  OF  741

2)  REQUEST FOR RELIEF – CONT'D:        PAGE  2  OF  2  --

DATE:  _____ JUNE 25 , 2020

E N C L O S E D  /  A T T A C H M E N T :

_1.  FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS, PAGE  1  OF  741  –  134  OF  741 ;

_2.  DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE _135 OF  741  –  148  OF  741 ;

_3.  PLAINTIFF'S MOTION FOR TRO AND PI, PAGE  149  OF  741  –  167  OF  174 ;

_4.  BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE  168  OF  741  –  182  OF  741 ;

_5.  MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE  183  OF  741  –  198  OF  741 ;

_6.  PLAINTIFF'S ORDER TO SHOW CAUSE AND TRO ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS, PAGE  199 OF 741  –  206  OF  741 ;

_7.  APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER, PAGE  207  OF  741  –  226  OF  741 ;

_8.  CERTIFICATE OF SERVICE ("COS"), PAGE 227 OF  741 ;

_9.  CLERK'S LETTER, PAGE  A  OF  741 ; TABLE OF CONTENTS (" TOC ") / INFO , PAGE  i  OF  741  –  vi  OF  741 ; ATTACHMENT-ONE(1)-A – ATTACHMENT-FIVE(5)-E, PAGE  vii  OF  741  –  xi  OF  741 ; LEGENDS OF FOOTNOTES, PAGE  xii  OF  741  –  xiv  OF  741 , MOTION / TEMPLATE, PAGE  xv  OF  741  –  xvi  OF  741  AND

COVERS / TEMPLATES,  a  OF  741  –  r  OF  741 . ALSO, NOTE CLERK'S LETTER, B  OF  741  -- ALL INFRA.

|  |  |
|---|---|
| N / A<br>Signature of Attorney (if any) | *Jonathan Marshall, Sr.*<br>Signature of Plaintiff<br>JONATHAN (JOE) MARSHALL; SR.<br>REG. NO.#: 17040 – 077<br>USP LEAVENWORTH – SATELLITE CAMP<br>P.O. BOX 1000<br>LEAVENWORTH. KS 66048 |
| N / A |  |
| N / A | PROCEEDING   P R O   S E<br>[ IN PROPRIA PERSONA ] |
| N / A<br>(Attorney's full address and telephone number) |  |

E N D   O F
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS
C O M P L A I N T  – § 1983 .

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –  FORMAL RE-LIEF AND REQUEST FOR RELIEF – FOR § 1983 AND BIVENS ACTION:        PAGE  2 OF  2

5

```
                              I N   T H E          PAGE _____ OF _____
            U N I T E D   S T A T E S   D I S T R I C T   C O U R T
        F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S
```

|     |                          | P A G E:    | C I T E:    | T A B:   |     |
|-----|--------------------------|-------------|-------------|----------|-----|
| (1) | TABLE OF CONTENTS        | A  i – xi   | A  i – xi   | 1  2 – 12 | (1) |
| (2) | § 1983                   | 1 – 2       | 1 – 2       | 13 – 14  | (2) |
|     |                          | T A B – S H E E T   O N L Y |             |          |     |
| (3) | DEFENDANTS               | 3 – 50      | 3 – 50      | 15 – 62  | (3) |
| (4) | CAUSE OF ACTION          | 51 – 58     | 51 – 58     | 63 – 70  | (4) |
|     |                          | U N C O U N T E D   P A G E |             |          |     |
| (5) | PREVIOUS LAWSUITS        | 59 – 119    | 59 – 119    | 71 – 131 | (5) |
| (6) | REQUEST FOR RELIEF       | 120 – 121   | 120 – 121   | 132 – 133 | (6) |
|     |                          | T A B – S H E E T   O N L Y |             |          |     |
| (7) | BIVINS ACTIONS           | 122 – 123   | 122 – 123   | 134 – 135 | (7) |
| (8) | CAUSE OF ACTION          | 124 – 132   | 124 – 132   | 136 – 144 | (8) |
| (9) | REQUEST FOR RELIEF       | 133 – 134   | 133 – 134   | 145 – 146 | (9) |
|     |                          | U N C O U N T E D   P A G E |             |          |     |
| (10)| DECLARATION FOR TRO/PI   | 135 – 148   | 135 – 148   | 147 – 160 | (10)|

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):      PAGE 1 OF 2

PAGE _____ OF _____

PAGE __134__ OF __741__

*134*

JONATHAN MARSHALL; SR. ___
(Name)                                        DATE: JUNE 25, 2020
REG. NO.#: 17040 - 077 ___
REG. NO.#: 17040 - 077 ___
(Institution Register No.)
USP LEAVENWORTH - SATELLITE CAMP ___

P.O. BOX 1000, LEAVENWORTH, KS 66048 ___
(Current Mailing Address)

<div align="center">

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

</div>

JONATHAN MARSHALL; SR. ___, Plaintiff        CASE NO. ___
(Full and Correct Name) A/K/A - JOE MARSHALL                (To be supplied by the Clerk)

<div align="center">vs.</div>

MS. N. C. ENGLISH, et al, DEFENDANTS,           CIVIL RIGHTS COMPLAINT

[2] - [253], PAGE 1 OF 741, Defendants       PURSUANT TO 28 U.S.C. 1331

- 50 OF 741 — ALL INFRA.

<div align="center">

### A. JURISDICTION

</div>

1) JONATHAN MARSHALL; SR. ___, is a resident of __TEXAS (DALLAS)__
   (Plaintiff)                                (State of residency prior to
                                               incarceration)

   who presently located at __USP LEAVENWORTH - SATELLITE CAMP, P. O. BOX 1000,__
   __LEAVENWORTH, KANSAS 66048__ ___ (Mailing address or place of confinement.)

2) Defendant __MS. N. C. ENGLISH - INDIVIDUAL & OFFICIAL__ is a resident of
   (Name of first defendant)        __CAPACITY (I/O)__

   __USP LEAVENWORTH, P.O. BOX 1000, LEAVENWORTH, KS 66048__ and is employed as
   (City, State)

   __FORMER WARDEN OF USP LEAVENWORTH__ ___, and may be
   (Position and title, if any)

   located at __UNKNOWN__ ___. At the time the claim(s) alleged
   (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes [x] No [ ]

   If your answer is "Yes", briefly explain: __SEE [1] 2) DEFENDANT, PAGE 1 OF 741__,

__CIVIL RIGHTS COMPLAINT § 1983 — INFRA.__ ___
__FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANTS:__
__A. JURISDICTION / PLAINTIFF / DEFENDANT:__ ___ __PAGE 1 OF 1__    1

PAGE  135  OF  741  *135*

3) Defendant  MR. J. DYER — INDIVIDUAL CAPACITY (I)  is a resident of
            (Name of first defendant)

LEAVENWORTH, KS 66048 (1300 METROPILITAN AVENUE)  , and is employed as
            (City, state)
CAMP ADMINISTRATOR / UNIT MANAGER
P.O. BOX 1000, USP LEAVENWORTH, LEAVENWORTH, KS  and may be located at
            (Position and title, if any)                              66048

USP LEAVENWORTH, LEAVENWORTH, KS 66048  . At the time the
            (Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain:  **FEDERAL— OFFICIAL (F/O) --**

SEE [2] 3) DEFENDANT, PAGE  2  OF  741 , CIVIL RIGHTS COMPLAINT § 1983 — ON,

" TANDEM—CONTINUING—INTERLOCKING ... CIVIL RIGHTS CONSPIRACY " — INFRA.

(Use the back of this page to furnish the above information for additional defendants.)
[ SEE PAGES:  3  OF  741 --  50  OF  741 -- ALL INFRA ]
4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction
under different or additional statuses, you may list them below.)

SEE " § 1983 " (28 U.S.C. § 1343 / 42 U.S.C. § 1983), PAGE-2, and any ACT OF

CONGRESS providing for the PROTECTION OF CIVIL RIGHTS — NOTED IN SUPPORT:  A  —

COURT'S SUBJECT—MATTER JURISDICTION, " MOTION ", PAGES: 151  —  154 ; " BRIEF ",

171  —  174 ; " MEMORANDUM ",  186  —  189 --  ALL INFRA.

B. NATURE OF THE CASE

CONT'D FROM B.  N A T U R E  O F  T H E  C A S E, PAGE-2 OF  -- INFRA:
1) Briefly state the background of your case:

MARSHALL (PLAINTIFF) stress the Case—In—Point of close to FOUR(4)—DECADES as

a PRIVATE CITIZEN'S and a PRISONER'S CIVIL RIGHTS COMPLAINT from the early 1980'S

To The PRESENT with Pro Se Federal Court's Complaint Forms: PAGE 1 OF  741 --

227 OF 741  [INFRA] for Damages against STATE and FEDERAL DEFENDANTS [ PAGE 1

OF 741 — 50 OF 741  (INFRA) ] under a FED.R.CIV.P. 65(a) — MOTION FOR A TEMPORARY

RESTRAINING ORDER (TRO) AND PRELIMINARY INJUNCTION (PI) WITH JURY TRIAL DEMAND

ON FURTHER " KIND—OF—RELIEF " IN A CIVIL RIGHTS CONSPIRACY COMPLAINT.

FED.R.CIV. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — DEFENDANT /

JURISDICTION / B.  NATURE OF THE CASE :                    PAGE 1 OF 1
                                                                            2

IN THE
PAGE _____ OF _____
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TOPEKA, KANSAS

| | | PAGE: | CITE: | TAB: | |
|---|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A<br>i – xi | A<br>i – xi | 1<br>2 – 12 | (1) |
| (2) | § 1983 | 1 – 2<br>T A B – S H E E T   O N L Y | 1 – 2 | 13 – 14 | (2) |
| (3) | DEFENDANTS | 3 – 50 | 3 – 50 | 15 – 62 | (3) |
| (4) | CAUSE OF ACTION | 51 – 58<br>U N C O U N T E D   P A G E | 51 – 58 | 63 – 70 | (4) |
| (5) | PREVIOUS LAWSUITS | 59 – 119 | 59 – 119 | 71 – 131 | (5) |
| (6) | REQUEST FOR RELIEF | 120 – 121<br>T A B – S H E E T   O N L Y | 120 – 121 | 132 – 133 | (6) |
| (7) | BEVINS ACTIONS | 122 – 123 | 122 – 123 | 134 – 135 | (7) |
| (8) | CAUSE OF ACTION | 124 – 132 | 124 – 132 | 136 – 144 | (8) |
| (9) | REQUEST FOR RELIEF | 133 – 134<br>U N C O U N T E D   P A G E | 133 – 134 | 145 – 146 | (9) |
| (10) | DECLARATION FOR TRO/PI | 135 – 148 | 135 – 148 | 147 – 160 | (10) |

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):      PAGE 1 OF 2

PAGE _ __ OF _____

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

D) (1) Count **IV**: THE HIGHER-LEVEL OF AUTHORITY(IES) HAVE BEEN NOTIFIES OF BOP'S STAFFS OF CRIMINAL OFFENSES AND CRIMES WITH VIOLATIONS OF: STATUTES / REGULATIONS / CONSTITUTIONAL ISSUES / ACTS OF CONGRESS / TREATIES... OR JUST ..."RULES-OF-LAW".

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

THE OBJECT OF THIS CONSPIRACY HAS BEEN ACCOMPLISHED BY BOP'S STAFF OF CRIMINAL OFFENSES AND CRIMES AGAINST MARSHALL OF GRAND THEFT, THEFT OF MAIL RELATING TO DE-STRUCTION, RETALIATION AND ESTOPPEL. GO TO ATTACHED, 1)D)(1) - COUNT IV, PAGES:125 - 126 OF 741 -- BOTH INFRA.

E) (1) Count **V**: NEPOTISM, DESPOTISM, ABSOLUTISM OR " ALL IN THE FAMILY " WITH THE JUDICIAL SYSTEM [ ABA / STATE BAR OR " BAR ENTERPRISES " ] - APPEAL#: 16-11409 - RECONSIDERATIONS - USDC#: 1:16-CV-107-O - KAFKAESQUE AFFECTS SENTENCE AND CONVICTIONS.

(2) Supporting Facts: APPEAL / RECONSIDERATION - USCA5# 16-11409 WAS CONFIS-CATED IN " BOX-4 " OR " BOX-5 " ARE THE 30-PAGE BRIEF, TABBED AND BINDED WITH REQUIRED AND OPTIONAL PAGES THAT MAKES UP 70-PAGE APPELLANT'S BRIEF - 28 U.S.C. § 2241. GO TO ATTACHED, 1)E)(1) - COUNT V / (2) SUPPORTING FACTS, PAGE-127 - 128 OF 741-INFRA.

F) (1) Count **VI**: CIVIL RIGHTS COMPLAINT -- HERE, MARSHALL, ALLEGES THAT THE DEFENDANTS COMMITTED.. CONTINUED ON PAGE 129 OF 741 (INFRA) . . .

FED.R.CIV. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - C. CAUSE OF ACTION -- D)(1); E)(1); AND F)(1) COUNTS AND SUPPORTING FACTS: PAGE 1 OF 2 3

C I V I L   R I G H T S   C O M P L A I N T   ( 2 8   U. SC. § 1 3 3 1 ) ––
1)   D) ( 1 )   C O U N T   I V   / ( 2 )   S U P P O R T I N G   F A C T S :
C.   C A U S E   O F   A C T I O N :

MARSHALL using ATTACHED: 1)D)(1) – COUNT IV / (2) SUPPORTING FACTS on C. CAUSE OF ACTION Restates PAGE 124 , PARAGRAPH (¶): 1)D)(1) – COUNT IV in coming before this Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY INJUNCTION (" PI ") using DEFENDANTS: "[1]" – "[20]" under RULE 65(a), FED.R.CIV.P. for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS–ACT– IONS. MARSHALL, Further, addresses in the " OPERATIVE COMPLAINT " with NAMED: . . . " DECLARATIONS "; " MOTIONS "; " BRIEF "; " MEMORANDUM "; and " ORDERS ". SEE " CAP– TION ", NAMED DEFENDANTS: "[1]" – "[20]". FURTHER, The ALLEGATIONS and ADDITIONAL SUPPORTING FACTS are NAMED: ATTACHMENT–ONE(1)–A; ATTACHMENT–TWO(2)–B; ATTACHMENT– THREE(3)–C; ATTACHMENT–FOUR(4)–D; and ATTACHMENT–FIVE(5)–E –– ALL INFRA.

Above is noted actions from about FEBRUARY, 2018 and MARSHALL attempts to have a constitutionally protected right, protected liberty interest and BOP has no complete or absolute discretion that MARSHALL enjoys a statutory or constitutionally protect– ed right, or entitlement to and files this " COMPLAINT " requesting a Formal INDICT– MENTS and ARRESTS for interfering with: LEGAL MAIL and ACTIVITIES; GRAND THEFT – A Non–Violent Felony; and THEFT of MAIL relating to DESTRUCTION, RETALIATION, and ESTOPPEL at USP LEAVENWORTH – CAMP by UNIT TEAM [ MR. DYER – Camp Administrator / Unit Mgr; MR. J. BAILEY – Case Manager; MR. T. RAWLS – COUNSELOR; and MR. B. BODERICK – Case Manager ] and the authority of WARDEN – MS. N. C. ENGLISH on Constitutional and Criminal Felony Actions [ Collectively referred to as " OFFENDERS " ] on about JUNE 13, 2018 to on or after WEDNESDAY, JANUARY 22, 2019.

Conspiracy by BOP'S STAFF of Criminal Offenses and Crimes –– " BOX–4 " and " BOX–5 " are the last Two(2) boxes of BOXES: 1 – 5 [ After a threat by Coun– selor MR. T. RAWLS: " That all my Legal–Materials will be called " CONTRABAND "
[ CONTINUED ON NEXT–PAGE 126 OF 741. (INFRA) ]
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF ACTION – D)(1) COUNT IV AND (2) SUPPORTING FACTS – ATTACHED 2–PAGES:   PAGE 1 OF 2   3

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI")

UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:    PAGE  138  OF  741

1) D) (1) COUNT IV / (2) SUPPORTING FACTS – CONT'D:        PAGE  2  OF  2  —

(Like on about MAY 28, 2018 by EL RENO CAMP – "ERE", If I didn't stop bothering them

about a Legal-Locker ". ]. BOX-1 was mailed off-sight on about JANUARY 08, 2019 at

about 33.6 LBS; BOX-2 and BOX-3 was mailed off-site on about JANUARY 17, 2019 at

about 37.2 LBS and 35.6 LBS – Respectively. " BOX-4 " was confiscated by CASE-MAMAGER

MR. BAILEY, saying that " [HE] was going to throw in trash?. This was WEDNESDAY,

JANUARY 24, 2019; " box-5 " was confiscated, Also, to be called " CONTRABAND " to be

" Shredded " Or " Thrown in the trash? ". " BOX-4 " and " BOX-5 " has not been seen

since WEDNESDAY, JANUARY 23, 2019 – TO DATE – more than a year. NOTE: ATTACHMENT-

TWO(2)-B, PAGES:  F-13  –  F-20 ; and ATTACHMENT-THREE(3)-C, PAGES:  14  OF  30  –

 30  OF  30  — ALL INFRA. ALSO, N O T I C E: C. CAUSE OF ACTION in " § 1983 "

A)(1) – COUNT-I / (2) SUPPORTING FACTS THROUGH (—) A)(1) – COUNT-III, PAGES:  58

OF  741  –  58  OF  741  — ALL INFRA.

    ALL OF THE ABOVE [ PAGE-124  –  126  OF  741  ] has been presented to Higher-Level

Authorities, As well As, BOP'S STAFF through the BUREAU OF PRISONS' ADMINISTRATIVE

REMEDY PROCESS [ BP-8½ – Directly to STAFF an " INFORMAL RESOLUTION " – Nothing Ach-

ieved; BP-9 FORM – Utilizing a form directly to the WARDEN – Nothing Achieved; BP-10 –

Appealed to REGIONAL DIRECTOR – DISSATISFIED; Then, BP-11 – FINAL APPEAL to the CENT-

RAL OFFICE – utilizing a BP-11 FORM. AND, NOW, N O T E D [ ¶-2, PAGE  125  OF  741  ]

as " OPERATIVE COMPLAINT(S) " under Court's Forms and Standardized Forms for PRO-SE-

LITIGANT under both CIVIL RIGHTS COMPLAINT [ 28 U.S.C. § 1343(3); 42 U.S.C. § 1983;

and 28 U.S.C. § 1331 – BIVENS ACTIONS ] for STATE and FEDERAL DEFENDANTS' ACTIONS

on a PRISONER, DETAINEE, and a PRIVATE-CITIZENS from the 1980'S To The PRESENT. SEE

" DECLARATIONS ", PAGE-135  –  148  OF  741  — ALL INFRA  — EMPHASIS ADDED.

        * * *  E N D   O F   C O U N T  –  I V  * * *

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF
ACTION – D)(1) COUNT IV AND (2) SUPPORTING FACTS – ATTACHED 2-PAGES:   PAGE 2 OF 2   3

C I V I L   R I G H T S   C O M P L A I N T   ( 2 8   U . S . C .   §   1 3 3 1 ) ––
1)  E)   ( 1 )   C O U N T   V   /   ( 2 )   S U P P O R T I N G   F A C T S :
C.   C A U S E   O F   A C T I O N :

MARSHALL using ATTACHED: 1)E)(1) – COUNT  V  / (2) SUPPORTING FACTS on C.  CAUSE

OF ACTION Restates PAGE 124 , PARAGRAPH (¶): 1)E)(1) – COUNT V  in coming before

this Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY

INJUNCTION (" PI ") using DEFENDANTS: "[1]" – "[20]" under RULE 65(a), FED.R.CIV.P.

for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS-ACT-

IONS. MARSHALL, Further, addresses in the " OPERATIVE COMPLAINT " with NAMED: . . .

" DECLARATIONS "; " MOTIONS "; " BRIEF "; " MEMORANDUM "; and " ORDERS ". SEE " CAP-

TION ", NAMED DEFENDANTS: "[1]" – "[20]". FURTHER, The ALLEGATIONS and ADDITIONAL

SUPPORTING FACTS are NAMED: ATTACHMENT-ONE(1)-A; ATTACHMENT-TWO(2)-B; ATTACHMENT-

THREE(3)-C; ATTACHMENT-FOUR(4)-D; and ATTACHMENT-FIVE(5)-E –– ALL INFRA.

Above is noted action on APPELLANT'S BRIEF submitted on about JANUARY 25, 2017

under 28 U.S.C. § 2241, #1:16-CV-107 [ SEE D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE

RELIEF, PAGE  59  OF  741  –  119  OF  741  (INFRA) ] filed in N,D. OF TEXAS –

ABILENE DIVISION on about JUNE 03, 2016 with a timely RECONSIDERATION filed on about

FEBRUARY 05, 2018 on " COMPELLING CIRCUMSTANCES " [ ATTACHMENT-ONE(1)-A, PAGE-A-26

(INFRA) ], And N O T E D the " SMOKING-GUNS " on about DECEMBER 07, 2018 [ FOOTNOTED:

\2/ – \5/, AFFIDAVIT, PAGE  7  OF  115  –  12  OF  115  –– RESPECTIVELY, at ATTACH-

MENT-ONE(1)-A ] BUTTRESSED , by DECEMBER 20, 2017 [ DEFENDANTS: MS. K. FREEMAN –

("[10]"); MR. N. GAMBEL – ("[11]"); DR. AVRITT – RDAP COORDINATOR – ("[15]"); AND

with authority of DR. WELLS – ("[6]") ] on FRAP [ RULE 23(a) ] – TRANSFER OF CUSTODY

PENDING REVIEW in Court Of Appeals, I.D.:  ATTACHMENT-ONE(1)-A, EXH.-B OR ATT.# B,

PAGES:  B-2  –  B-7  –– ALL INFRA.

Marshall, Points, Further to " COMPELLING CIRCUMSTANCES " and " SMOKING-GUNS "

[ CONTINUED ON NEXT-PAGE 128 OF 741 (INFRA) ]
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF
ACTION – E)(1) COUNT  V  AND (2) SUPPORTING FACTS – ATTACHED 2-PAGES:  PAGE 1 OF 2  3

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI")   *140*
UNDER FED.R.CIV.P. 65(a) - CIVIL RIGHTS COMPLAINT - CONT'D:   PAGE <u>140</u> OF <u>741</u>
1) E) (1) COUNT V / (2) SUPPORTING FACTS - CONT'D:   PAGE 2 OF 2 --

with <u>SUPPORTING FACTS</u> against <u>STAFF OF EL RENO (ERE)</u>: MS. FREEMAN - UNIT MGR. - "<u>[10]</u>";

MR. N. GAMBEL - CASE MGR. - "<u>[11]</u>"; MR. LEPRID - COUNSELOR - "<u>[13]</u>"; MS. TURNAGE -

CASE MGR. - "<u>[12]</u>"; MR. WATSON - R & D RECEIVING OFFICER - "<u>[16]</u>"; MR. TOWER - R & D

SYSTEM MANAGER - "<u>[17]</u>"; AND TWO(2) JOHN DOES MAILROOM OFFICERS - "<u>[18]</u>" AND "<u>[19]</u>"

on about <u>FEBRUARY 05, 2018</u> and <u>MAY 25, 2018</u>. SEE <u>ATTACHMENT-ONE(1)-A</u>, <u>EXH.-A</u>, <u>PAGES</u>:

<u>A-2</u> - <u>A-11</u> ; AND <u>PAGES</u>: <u>A-19</u> - <u>A-27</u> using <u>FOOTNOTES</u>: \2/ and \3/ , <u>PAGES</u>: <u>5</u> OF

<u>115</u> - <u>8</u> OF <u>115</u> -- ALL INFRA.

  MARSHALL, RESTATING OR " <u>GOING-BACK</u> " TO <u>EXH.-A</u>, <u>PAGES</u>: <u>A-1</u> - <u>A-27</u> - TACIT

<u>AGREEMENT / CONSPIRACY / ERRONEOUS RENDITION</u>: 〔 CONTRADICTIONS / QUESTIONS OF ESTOP-

PEL 〕 -- " <u>POLICYMAKERS</u> " and " <u>BAR ENTERPRISES</u> " 〔 " <u>GOVERNMENT</u> " 〕 <u>Analysis</u>: This

<u>EVIDENTIARY SUPPORT</u>, being diligent, <u>N O T I N G</u> " BOP " or " <u>GOVERNMENT</u> " in apply-

ing unfair grounds of litigation on <u>EQUITABLE DEFENSES</u> from about <u>NOVEMBER, 2009</u> -

TO DATE - <u>I.D.</u>: <u>ATT.# A - COVER</u>, <u>PAGE-A-1</u>, <u>ATTACHMENT-ONE(1)-A</u> -- ALL INFRA.

  MARSHALL, BRINGS IN <u>DEFENDANTS</u>: "<u>[7]</u>" - "<u>[20]</u>" and  using BIG SPRING, TEXAS (<u>LOW</u>)

"<u>[24]</u>" - "<u>[33]</u>" 〔 SEE <u>DEFENDANTS</u>, <u>PAGE</u> <u>9</u> OF <u>741</u> - <u>12</u> OF <u>741</u> 〕, <u>N O T I N G</u>:

MR. McCORMICK - Retired Correctional Officer, EL RENO CAMP (ERE), OK would be an

analysis of <u>FOOTNOTES</u>: \2/ - \5/ , <u>PAGES</u>: <u>7</u> - <u>15</u> OF <u>115</u> , CERTIFICATION -- AFFIDA-

VIT OF TRUTH - <u>ATTACHMENT-ONE(1)-A</u> -- ALL INFRA.

  MARSHALL, RESTATES - <u>E)(1) COUNT V</u>, <u>PAGE</u> <u>124</u> OF <u>741</u> : " NEPOTISM, DESPOTISM,

ABSOLUTISM OR ▪ ALL IN THE FAMILY ▪ with the JUDICIAL SYSTEM 〔 ABA / STATE BAR OR

BAR ENTERPRISES " 〕 . . . KAFKAESQUE AFFECT SENTENCE[S] AND CONVICTIONS. "

  MARSHALL uses the <u>FINAL EXHAUSTION OF ADMINISTRATIVE REMEDIES AND RAISES THE</u> " <u>ISM</u> "

and several claims of bad faith and intentional misconduct on the <u>PART OF</u>: THE <u>BOP'S</u>

<u>STAFF</u>, <u>BAR ENTERPRISES</u> and <u>JUDICIAL MISCONDUCT</u> (OR " <u>GOVERNMENT</u> ") with <u>EVIDENTIARY</u>

and <u>SUPPORTING COMPONENTS</u> incorporating <u>EXTERNALIZED FACTS / EXPLANATIONS</u> - " <u>COMPLAINT</u> "

and " <u>COMPELLING CIRCUMSTANCES</u> " as " <u>SMOKING-GUNS</u> " -- ALL INFRA / SUPRA.

  **\* \* \*   E N D   O F   C O U N T - V   \* \* \***
<u>FED.R.CIV.P. 65(a)</u> - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - C. CAUSE OF
ACTION - E)(1) COUNT V AND (2) SUPPORTING FACTS - ATTACHED 2-PAGES:   PAGE 2 OF 2   3

CONT'D: FROM F)(1) COUNT VI; PAGE 124 – 741 (INFRA) --

CIVIL RIGHTS VIOLATIONS THAT FALLS SQUARELY WITH PURVIEW AS REQUIRED FOR THE

COURT'S SUBJECT-MATTER JURISDICTION WITH ISSUES OVER CIVIL RIGHTS ACTIONS.

　　　(2) Supporting Facts: [ EXHAUSTION OF REMEDIES ON TACIT AGREEMENT / CONSPIR-

ACY: (" GOVERNMENT ") ] "[T]O RECOVER DAMAGES OR TO SECURE EQUITABLE OR OTHER

RELIEF UNDER ANY ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS.

GO TO ATTACHED, 1)F(1) – COUNT VI / (2) SUPPORTING FACTS, PAGE-130 – 131 OF 741

– INFRA.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

   involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes [X] No [ ] . If your answer is "Yes", describe each lawsuit. (If there is more than

   one lawsuit, describe the additional lawsuits on another piece of paper, using the same

   outline.) SEE D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF, CIVIL RIGHTS
   COMPLAINT § 1983, PAGES: 59 OF 741 – 119 OF 741 -- ALL INFRA.

   a) Parties to previous lawsuit:

      Plaintiffs: JONATHAN (JOE) MARSHALL; SR.

      Defendants: "[1]" – "[253]", PAGE-3 – 50 OF 741 – INFRA.

   b) Name of court and docket number FACSIMILE ON PAGE-59 – 119 OF 741 – PREVIOUS

      LAWSUITS AND ADMINISTRATIVE RELIEF – INFRA.

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

      pending?) SAME AS b) FACSIMILE FROM "c) – f)" , PAGES: 59 OF 741

      – 119 OF 741 -- ALL INFRA.

   d) Issues raised NOTE SAME AS b).

   e) Approximate date of filing lawsuit NOTE SAME AS b).

   f) Approximate date of disposition NOTE SAME AS b).

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF.../
)(1) COUNT AND SUPPORTING FACTS / D. PREVIOUS LAWSUITS ....    PAGE 2 OF 2

4

CIVIL  RIGHTS  COMPLAINT  (28  U.S.C.  § 1331) --
1) F) (1)  COUNT  VI  /  (2)  SUPPORTING  FACTS:
C,  CAUSE  OF  ACTION:

MARSHALL using ATTACHED: 1)F)(1) - COUNT VI / (2) SUPPORTING FACTS on C. CAUSE

OF ACTION Restates PAGE 129 , PARAGRAPH (¶): 1)F)(1) - COUNT VI  in coming before

this Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY

INJUNCTION (" PI ") using DEFENDANTS: "[1]" - "[20]" under RULE 65(a), FED.R.CIV.P.

for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 AND BIVENS-ACT-

IONS. MARSHALL, Further, addresses in the " OPERATIVE COMPLAINT " with NAMED: . . .

" DECLARATIONS "; " MOTIONS "; " BRIEF "; " MEMORANDUM "; and " ORDERS ". SEE " CAP-

TION ", NAMED DEFENDANTS: "[1]" - "[20]". FURTHER, The ALLEGATIONS and ADDITIONAL

SUPPORTING FACTS are NAMED: ATTACHMENT-ONE(1)-A; ATTACHMENT-TWO(2)-B; ATTACHMENT-

THREE(3)-C; ATTACHMENT-FOUR(4)-D; and ATTACHMENT-FIVE(5)-E -- ALL INFRA.

The above noted action with sufficiency to justify Statutory or Equitable Tolling

Back-As-Far-As FOUR(4) DECADES. The attitude of the " GOVERNMENT " (STATE AND FEDER-

AL) deserves a little explanation that justiciability expresses deprivation of

MARSHALL'S clearly established Constitutional Rights from 1980'S to the End-of-His-

Natural-Life. . . . MARSHALL  need to end this mood [ " BADGES AND INCIDENTS" OF

SLAVERY " ] on CONSTRUCTIVE INNOCENCE . . . NOT THE PERPETRATOR OF A REAL CRIME.

. . . HAVE SUBSTANTIVE CLAIM TO LIFT " PROCEDURAL-BAR "; And invalidation with

HECK V. HUMPHREY, 512 U.S. 477 (1994).

MARSHALL, RESTATES and ORGANIZES, C. CAUSE OF ACTION, F)(1) COUNT VI - " CIVIL

RIGHTS COMPLAINT " AT: PAGE-124 and PAGE-129 OF  741  -- N O T I N G - THIS IS THE

" LAWSUIT " THAT NEEDED TO BE FILED SINCE THE THE CONFISCATION OF LEGAL MATERIALS

IN " BOX-4 " and  " BOX-5 " WITH THE ONLY COPY OF FOOTNOTE [14], which would have

been filed about JANUARY, 2020 THAT IS NOW: IMMEDIATE ACTION on the DEFENDANTS:

"[1]" - "[20]" as FED.R.CIV.P. 65(a) and 65(b)(1) [ALSO, SEE BACKGROUND / INTRO-

DUCTION, "[1]" - "[253] PAGE-49 - 50 OF  741  ] EMPHASIS ADDED -- ALL INFRA.

[ CONTINUED ON NEXT-PAGE 131 OF 741 (INFRA) ]

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - C. CAUSE OF
ACTION - F)(1) COUNT VI  AND (2) SUPPORTING FACTS - ATTACHED 2-PAGES: PAGE 1 OF 2   3/4

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") 143

UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:   PAGE 143  OF  741

1) F) (1) COUNT VI  /  (2)  SUPPORTING FACTS – CONT'D:   PAGE  2  OF  2 --

- - - - - -

14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
C O V E R S H E E T

N O T E -- THERE WAS ONLY ONE(1) FULL ORIGINAL (BELOW) OF " COMPLAINT" OR " LAWSUIT "

| NAME: JONATHAN (JOE) MARSHALL; SR. | PRISONER NUMBER: 17040 - 077 |

- APPROXIMATELY 478–PAGES – THE ONLY FULL ORIGINAL WAS CONFISCATED IN BOXES: 4 & 5.

Place of Confinement  FCI BIG SPRING, BIG SPRING, TEXAS
1900 SIMLER AVENUE - BIG SPRING, TEXAS 79720

COMPLAINT - " § 1983 " AND " BIVENS " / " CASES " OR " CONTROVERSIES "

C O M P L A I N T / J U R Y   T R I A L   D E M A N D E D
C I V I L   R I G H T S   C O M P L A I N T

-----------------------------------------------

JONATHAN (JOE) MARSHALL; SR.,
PLAINTIFF;

AND   INVOLUNTARY PLAINTIFF 3,

SOCIAL SECURITY ADMINISTRATION
(SSA),

THE UNITED STATES OF AMERICA 3
(USA),

THE STATE OF TEXAS (TEXAS) 3.

- V S -

_1. INTERNAL REVENUE SERVICE(IRS),
   I#9,P-19, I#14,P-22, I#19(I);

_2. DEPT. OF THE TREASURY(TREASURY),
   I#6,P-18, I#9,P-19, I#14, P-22;

_3. BRENDA HEENEY, SPECIAL AGENT OF
   THE IRS (S/A),

_4. JOHN CORNELIUS, IRS' S/A,

_5. ANN TIMMINS, IRS' S/A,
   I#10,P-19, I#14,P-22; I#20,P-37;

P R I S O N E R ' S   A N D / O R
P R I V A T E — C I T I Z E N S
J U R I S D I C T I O N   I N V O K E D:
4 2   U. S. C.   § 1 9 8 3
B I V E N S   V.   S I X
U N K N O W N   N A M E D   A G E N T S
O F   F E D.   B U R E A U   O F
N A R C O T I C S, 4 0 3 U. S. 3 8 8
( 1 9 7 1 )
C A S E S / C O N T R O V E R S I E S
A N D
C I V I L   R I G H T S . . . E C T
J U R Y   T R I A L
D E M A N D E D

SEE FOOTNOTE, PAGE-6 (INFRA)

COMPLAINT - "§ 1983" / "BIVENS" / "CONTROVERSIES" - COVER: PAGE 1 OF

* * *   E N D   O F   C O U N T   -   V I   * * *

FED.R.CIV.P.65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – C. CAUSE OF
ACTION – F)(1) COUNT  VI AND (2) SUPPORTING FACTS – ATTACHED 2–PAGES: PAGE 2 OF 2  3/4

E.  ADMINISTRATIVE RELIEF          *144*

1) Have you presented all grounds for relief raised in this complaint by way of BP-9,

BP-10, and BP-11 grievances? Yes ☒ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given

for the administrative decision  **SEE ATTACHMENTS: ONE(1)-A; TWO(2)-B; THREE(3)-C;**

**FOUR(4)-D; AND FIVE(5)-E: PART OF " CLAIMS IN AN OPERATIVE COMPLAINT " -- ALL INFRA.**

3) If your answer to (1) is "No", list each ground not fully presented through the

administrative grievance process and explain why it was not        **N / A**

**N / A**

4) Describe all other procedures you have used (such as tort claim or Parole

Commission administrative appeals procedures) to exhaust administrative remedies as

to each issue raised.  **ABOVE " CLAIMS IN AN OPERATIVE COMPLAINT " [ SEE ENCLOSED**

**/ ATTACHMENT, PAGE 134 OF 741 ] is now before the Court for PRELIMINARY REVIEW**

**ACTION and upon a PRELIMINARY INJUNCTION with the return of THE ONLY FULL COPY OF**

**" LAWSUIT " [ SEE DEFENDANTS: PAGE-49 - 50 OF 741 and COUNT VI, PAGE-130 OF 131 OF**

**741 ] THEN, THE PLAINTIFF WILL FILE THE CIVIL RIGHTS COMPLANT - EMPHASIS ADDED.**

**UNDER 28 U.S.C. § 1915A under FED.R.CIV.P. 65(a) and 65(b)(1) for IMMEDIATE**

**CASE-IN-POINT - The ADMINISTRATIVE EXHAUSTION requirement of PRISON LITIGAT-**

**ION REFORM ACT OF 1995 (" PLRA ") with Follow-Thru of BP-8½, BP-9, BP-10 and BP-11**

**on the EXHAUSTION REQUIREMENT (More Specific On Habeas) MUST be done before anything**

**can be brought into the Courts. MARSHALL started this request or trying since about**

**JUNE, 2018 [ With qualifiers of As-Far-Back As OCTOBER 15, 2012. SEE EXH.-B, PAGES:**

**B-2 - B-7 (INFRA) ] -- N O T I N G QUALIFIERS OF: FINAL EXHAUSTION OF ADMINISTRATIVE**

**REMEDY (#964369-F1 - A1) ON " MANIFEST INJUSTICE " ON ADEQUATE ACCESS TO MY LEGAL**

**MATERIAL; TACIT AGREEMENT / CONSPIRACY ON STATE AND FEDERAL OFFICIALS SINCE ABOUT**

**APRIL 22, 1996 WITH NEED TO EXERCISE JUDICIAL POWER ON LAW AND EQUITY.**

**FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS - E.  ADMINISTRATIVE**

**RELIEF /  F.   REQUEST FOR RELIEF:**                    **PAGE 1 OF 1**

5

IN   THE
UNITED   STATES   DISTRICT   COURT   PAGE _____ OF _____
FOR   THE   DISTRICT   OF   TOPEKA,   KANSAS

| | | PAGE: | CITE: | TAB: | |
|---|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A<br>i – xi | A<br>i – xi | 1<br>2 – 12 | (1) |
| (2) | § 1983 | 1 – 2 | 1 – 2 | 13 – 14 | (2) |
| | | | TAB – SHEET ONLY | | |
| (3) | DEFENDANTS | 3 – 50 | 3 – 50 | 15 – 62 | (3) |
| (4) | CAUSE OF ACTION | 51 – 58 | 51 – 58 | 63 – 70 | (4) |
| | | | UNCOUNTED PAGE | | |
| (5) | PREVIOUS LAWSUITS | 59 – 119 | 59 – 119 | 71 – 131 | (5) |
| (6) | REQUEST FOR RELIEF | 120 – 121 | 120 – 121 | 132 – 133 | (6) |
| | | | TAB – SHEET ONLY | | |
| (7) | BEVINS ACTIONS | 122 – 123 | 122 – 123 | 134 – 135 | (7) |
| (8) | CAUSE OF ACTION | 124 – 132 | 124 – 132 | 136 – 144 | (8) |
| (9) | REQUEST FOR RELIEF | 133 – 134 | 133 – 134 | 145 – 146 | (9) |
| | | | UNCOUNTED PAGE | | |
| (10) | DECLARATION FOR TRO/PI | 135 – 148 | 135 – 148 | 147 – 160 | (10) |

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT –
§ 1983 AND BIVENS ACTIONS – MOTION / TAB–TEMPLATE(ONE):   PAGE 1 OF 2

PAGE _____ OF _____

MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND PRELIMINARY INJUNCTION ("PI") –
UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:   PAGE 145 OF 741

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

(1) MARSHALL with TRO to persuade the JUDGE(S) to sign the " ORDER ", PAGE
201 OF 741 – 205 OF 741 and SCHEDULE a HEARING and IMMEDIATELY serve the
" ORDER " [ I.D.: PAGE–201 – 205 OF 741 ] PERSONALLY on the ADVERSED PARTIES:
"[1]" – "[20]", " DECLARATION ", PAGE 135 OF 741 – 136 OF 741 with enough
time to permit the Court to Schedule a PRELIMINARY INJUNCTION ("PI") HEARING. SEE
" ORDER TO SHOW CAUSE ", PAGE–199 – 206 OF 741 and FULL ACCESS [ WITH THIS
LAWSUIT ] THE IMMEDIATE REPOSSESSION OF " BOX–4 " AND " BOX–5 " AND THE BROWN–
FOLDER: 2½" X 11½" X 10½" – EMPHASIS ADDED – ALL INFRA.

(2) MARSHALL will gleam from PAGES: A ; i – xi ; 1 – 227 ; xii –
xvi ; a – r ; AND B –– ALL OF 741–PAGES –– using the SELECTED–PAGES in
" ORDER TO SHOW CAUSE " [ PAGE–204 – 205 OF 741 ] to be served on DEFENDANTS:
"[1]" – "[20]" by United States Marshals on service of a PRISONER PROCEEDING IN
FORMA PAUPERIS (IFP), PAGE–207 – 226 OF 741 . . . TOTAL–PAGES OF: MOTION–(ONE)
= 83–PAGES [ I.D.: PAGE–204 ], PLUS (+) MOTION–(TWO) = 103–PAGES . . . TOTALED
= 186–PAGES TIMES (X) TWENTY(20) = TOTAL–OF 3,720 PAGES [ I.D.: PAGE–204 –
205 OF 741 ] –– ALL INFRA  –– TO BE SERVED IMMEDIATELY –– EMPHASIS ADDED.

## D E C L A R A T I O N   U N D E R   P E N A L T Y   O F   P E R J U R Y :

[I], Declare (Or Certify, Verify, Or State) under Penalty Of Perjury that the
Foregoing is True and Correct – UNSWORN DECLARATION – Is a verified AFFIDAVIT for
AFFIRMATIVE ACTION for PROSPECTIVE RELIEF for an Incarcerated Person –– 28 U.S.C.
§ 1746 (18 U.S.C. § 1621). In Addition, [I] accept any construing of this submiss-
ion of a Federal Document as to any punishment under 18 U.S.C. § 1001 AND 3571.
[ CONTINUE ON NEXT–PAGE 134 OF 741   (INFRA) ]

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS – E. ADMINISTRATIVE
RELIEF /  F.  REQUEST FOR RELIEF: _____   PAGE 1 OF 2
                                                              5

MOTION FOR TEMPORARY RESTRAINING ORDER("TRO") AND PRELIMINARY INJUNCTION ("PI") —
UNDER FED.R.CIV.P. 65(a) — CIVIL RIGHTS COMPLAINT — CONT'D: PAGE 146 OF 741

F. REQUEST FOR RELIEF — CONT'D:        PAGE 2 OF 2 —

DATE:   JUNE 25 , 2020


E N C L O S E D   /   A T T A C H M E N T:

 1. FED.R,CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT
— § 1983 AND BIVENS ACTIONS, PAGE 1 OF 741 — 134 OF 741 ;

 2.   DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE
 135 OF 741 — 148 OF 741 ;

 3. PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 149 OF 741 — 167 OF 741 ;

 4. BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 168 OF
 741 — 182 OF 741 ;

 5. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI,
PAGE 183 OF 174 — 198 OF 741 ;

 6. PLAINTIFF'S ORDER TO SHOW CAUSE AND TRO ON CIVIL RIGHTS COMPLAINT
— § 1983 AND BIVENS ACTIONS, PAGE 199 OF 741 — 206 OF 741 ;

 7. APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY
A PRISONER, PAGE 207 OF 741 — 226 OF 741 ;

 8. CERTIFICATE OF SERVICE ("COS"), PAGE 227 OF 741 ;

 9. CLERK'S LETTER, PAGE A OF 741 ; TABLE OF CONTENTS (" TOC ") / INFO ⅰ,
PAGE i OF 741 — vi OF 741 ; ATTACHMENT-ONE(1)-A — ATTACHMENT-FIVE(5)-E,
PAGE vii OF 741 — xi OF 741 ; LEGENDS OF FOOTNOTES, PAGE xii OF 741
— xiv OF 741, MOTION / TEMPLATE, PAGE xv OF 741 — xvi OF 741 ;AND
COVERS / TEMPLATES, a OF 741 — r OF 741 . ALSO, NOTE CLERK'S LETTER,

B OF 741 — ALL INFRA.

_____
         N / A
   Signature of Attorney (if any)

_____
         N / A

_____
         N / A

_____
         N / A
   (Attorney's full address and telephone number)

*Jonathan Marshall, Sr.*
         Signature of Petitioner

JONATHAN (JOE) MARSHALL, SR.
REG. NO.#: 17040 - 077
USP LEAVENWORTH — SATELLITE CAMP
P.O. BOX 1000
LEAVENWORTH, KS 66048

PROCEEDING   P R O   S E
[ IN PROPRIA PERSONA ]

E N D   O F
FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS
C O M P L A I N T  —  " BIVENS ACTIONS "

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS — E. ADMINISTRATIVE
RELIEF / F.  REQUEST FOR RELIEF:                    PAGE 2 OF 2

                                                                    5

I N   T H E   PAGE ____ OF ____
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S

| | | P A G E: | C I T E: | T A B: |
|---|---|---|---|---|
| (1) | TABLE OF CONTENTS | A i — xi | A i — xi | 1 2 — 12 | (1) |
| (2) | § 1983 | 1 — 2 | 1 — 2 | 13 — 14 | (2) |
| | | T A B — S H E E T   O N L Y | | |
| (3) | DEFENDANTS | 3 — 50 | 3 — 50 | 15 — 62 | (3) |
| (4) | CAUSE OF ACTION | 51 — 58 | 51 — 58 | 63 — 70 | (4) |
| | | U N C O U N T E D   P A G E | | |
| (5) | PREVIOUS LAWSUITS | 59 — 119 | 59 — 119 | 71 — 131 | (5) |
| (6) | REQUEST FOR RELIEF | 120 — 121 | 120 — 121 | 132 — 133 | (6) |
| | | T A B — S H E T   O N L Y | | |
| (7) | BEVINS ACTIONS | 122 — 123 | 122 — 123 | 134 — 135 | (7) |
| (8) | CAUSE OF ACTION | 124 — 132 | 124 — 132 | 136 — 144 | (8) |
| (9) | REQUEST FOR RELIEF | 133 — 134 | 133 — 134 | 145 — 146 | (9) |
| | | U N C O U N T E D   P A G E | | |
| (10) | DECLARATION FOR TRO/PI | 135 — 148 | 135 — 148 | 147 — 160 | (10) |

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT —
§ 1983 AND BIVENS ACTIONS — MOTION / TAB—TEMPLATE(ONE):   PAGE 1 OF  2

PAGE __  __ OF ____

I N   T H E
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A ,   K A N S A S

JONATHAN MARSHALL; SR.,

    PLAINTIFF;

    – V S –

[1]  MS. N. C. ENGLISH – FORMER WARDEN AT USP AND LVN CAMP, KS;

[2]  MR. J. DYER – CAMP ADMINISTRATOR / UNIT MANAGER, LVN CAMP, KS;

[3]  MR. J. BAILEY – CASE MANAGER – LVN CAMP, KS;

[4]  MR. RODERICK – CASE MANAGER – LVN CAMP, KS;

[5]  MR. T. RAWLS – CORRECTIONAL COUNSELOR, LVN CAMP, KS;

[6]  DR. WELLS – RDAP COORDINATOR – LVN CAMP, KS;

[7]  JOHN DOE – REGIONAL COUNSEL / DIRECTOR – REMEDY COORDINATOR – KANSAS CITY, KS;

[8]  MR. B. GRELICK – WARDEN OF EL RENO CAMP AND MEDIUM, (ERE), OK;

[9]  MS. K. ZOOK – A/W OPERATION – EL RENO CAMP (ERE), OK;

[10]  MS. K. FREEMAN – CAMP UNIT MANAGER, EL RENO CAMP (ERE), OF;

[11]  MR. N. GAMBEL – CASE MANAGER, EL RENO CAMP (ERE), OK;

[12]  MS. TURNAGE – CASE MANAGER, EL RENO CAMP (ERE), OK;

[13]  MR. J. LEPRID – CORRECTIONAL COUNSELOR, EL RENO CAMP (ERE), OK;

 

DATE: JUNE 25, 2020

C I V I L   R I G H T S   C O M P L A I N T  ––

P R I S O N E R ' S   A N D / O R

P R I V A T E – C I T I Z E N S

J U R I S D I C T I O N   I N V O K E D :

● 4 2   U . S . C .   §   1 9 8 3 ;

● B I V E N S   V .   S I X

U N K N O W N   N A M E D   A G E N T S

O F   F E D .   B U R E A U   O F

N A R C O T I C S , 4 0 3 U . S . 3 8 8

( 1 9 7 1 ) ;

● C A S E S / C O N T R O V E R S I E S ;

A N D

● C I V I L   R I G H T S . . . E C T ;

J U R Y   T R I A L

D E M A N D E D .

– – – – – – – – – – – – – – – – – –

● C I V I L   R I G H T S   C O N S P I R A C Y :

This MATTER comes before the Court upon a MOTION FOR TEMPORARY RESTRAINING ORDER (" TRO ") AND PRELIMINARY INJUNCTION (" PI ") using DEFENDANTS: "[1]" – "[20]" under RULE 65(a), FED.R.CIV.P. for filing a COMPLAINT under the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 and BIVENS–ACTIONS [ SEE ABOVE ]. MARSHALL address in the " OPERATIVE COMPLAINT " with named " DECLARATIONS ",  " MOTIONS ", " BRIEF ",  " MEMORANDUM " and " ORDERS ".

CONTINUED NEXT–PAGE, PAGE 136 OF 741 (INFRA)

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIMINARY INJUNCTION:– CAPTION:           PAGE 1 OF 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TOPEKA, KANSAS

*148*

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) — PAGE 148 OF 741
CIVIL RIGHTS COMPLAINT — CONT'D:

CONT'D — CAPTION FROM PAGE 135 OF 741 --

[14]  MR. McCORMICK — RETIRED CORRECTION-*
AL COUNSELOR, EL RENO CAMP (ERE), OK;         *

[15]  DR. AVRITT — RDAP COORDINATOR,           *
EL RENO CAMP (ERE), OK;                        *

[16]  MR. WATSON — R & D RECEIVING OFF-        *
ICER, CAMP AND MEDIUM, EL RENO (ERE), OK;     *

[17]  MR. TOWER — R & D RECEIVING OFF-         *
ICER / INMATE SYSTEM MANAGER, CAMP AND        *
MEDIUM, EL RENO (ERE), OK;                     *

[18]  JOHN DOE — MAILROOM OFFICER — CAMP       *
AND MEDIUM — EL RENO (ERE), OK;                *

[19]  JOHN DOE — MAILROOM OFFICER — CAMP       *
AND MEDIUM — EL RENO (ERE), OK;                *

               AND                             *

[20]  JOHN DOE — REGIONAL COUNSEL FOR          *
BOP — OKLAHOMA.                                *

               DEFENDANTS.                     *

**************************

SECOND — This MATTER comes before this Court is the PRELIMINARY INJUNCTION (" PI ") — FED.R.CIV.P. 65(b)(1) where MOVANT (MARSHALL) has provided verified COMPLAINT(S) that set forth in detail the Immediate and Irreparable Harm that would result if "[1]" – "[7]" are not Enjoined by Returning: THE CONFISCATED LEGAL MATERIALS IN " BOX-4 " AND " BOX-5 " AND A BROWN-FOLDER MARKED AS " LAWSUIT ". FURTHER, SEE ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER, PAGE-201 OF 741 – 206 OF 741 -- INFRA. To obtain a PRELIMINARY INJUN-CTION, The Plaintiff Must Established: (1) A substantial likelihood that it will eventually prevail on the merits; (2) Irreparable injury unless the PI issues; (3) That the threatened injury outweighs whatever damage the proposed PI may cause Defendants; And (4) That the PI , If issued, will not be ad-verse to public interest. — FEDERAL PRACTICE & PROCEDURE § 2948 (1995).

## TO THE HONORABLE JUDGES OF SAID COURT:

The above CAPTION of DEFENDANTS with attached additional PAGES [ See PAGES: 1 OF 741 – PAGE: 8 OF 741 , ITEMS: "[1]" ~ "[20]" ]are a "Facsimile"of " Court-Forms " for a TEMPORARY RESTRAINING ORDER (TRO) AND A PRELIMINARY INJUNCTION (PI) [ RULE 65(a), FED.R.CIV.P. ] under CIVIL RIGHTS ACT, 42 U.S.C. § 1983 and " BIVENS-ACTIONS with invocations of JURISDICTION and additional STATUTES FOR:

[ " et al - Enjoins Defendants, Appellee, Or Respondents and All Affiliated Entities, Agents, Representatives, Employees, And Other Persons Acting, Or Purporting To Act, On Their Behalf Or in Active Concert Or Participation WITH THEM ... (EMPHASIS ADDED) " ].

### D E C L A R A T I O N   I N   S U P P O R T   O F   P L A I N T I F F'S   M O T I O N   F O R   A   T E M P O R A R Y   R E S T R A I N I N G   O R D E R   A N D   P R E L I M I N A R Y   I N J U N C T I O N --

CONTINUED NEXT-PAGE, PAGE 137 OF 741  (INFRA)

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — § 1983 AND BIVENS ACTIONS — DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-INARY INJUNCTION: CAPTION:                                           PAGE 2 OF 14

I N   T H E        PAGE  149  OF  741
U N I T E D   S T A T E S   D I S T R I C T   C O U R T
F O R   T H E   D I S T R I C T   O F   T O P E K A,   K A N S A S

D E C L A R A T I O N   I N   S U P P O R T   O F   P L A I N T I F F'S
M O T I O N   F O R   A   T E M P O R A R Y   R E S T R A I N I N G   O R D E R
A N D   P R E L I M I N A R Y   I N J U N C T I O N --

JONATHAN MARSHALL; SR. STATES:

    1.  I am the <u>Plaintiff</u> in this <u>Case</u>. I make this <u>DECLARATION IN SUPPORT OF PLAIN-</u>
<u>TIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u> to ensure
" <u>LEGAL ACTIVITIES, INMATE</u> " AND <u>STOP IMMEDIATELY!</u> - <u>TACIT AGREEMENT / CONSPIRACY /</u>
<u>ERRONEOUSNESS</u> with " <u>BOP</u> "; " <u>POLICYMAKERS</u> ";  " <u>BAR-ENTERPRISES</u> " or the " <u>GOVERN-</u>
<u>MENT</u> " on the <u>QUESTIONS OF APPLYING UNFAIR GROUNDS OF LITIGATION</u> [EMPHASIS ADDED].

    2.  AS SET FORTH IN THE COMPLAINT IN THIS CASE [ SEE <u>ENCLOSED / ATTACHMENT</u>,
PAGE  148  OF  741  - " <u>ALL OPERATIVE COMPLAINT</u> " ], I was (<u>Have Been</u>) while chall-
enging my " <u>CONTINUED-CUSTODY</u> ": CIVIL-CONTEMPT IMPRISONMENT [ DALLAS COUNTY JAIL
(DCJ) - <u>EIGHT(8)-CALENDAR-YEARS</u>, <u>FURLOUGHED</u> - Tó Date - (Alleged Contemnor - State
- <u>Child-Support</u> ]; Federal Prison Sentence(S) and Conviction(S) -- " <u>TRIPLE-SEC-</u>
<u>RET INCARCERATION</u> " -- INEXTRICABLY INTERTWINED - STATE and FEDERAL INCARCERATION
from <u>APRIL 22, 1996</u> TO THE PRESENT - Some <u>Twenty-four(24)</u> (+) YEARS.

    3.  The ABOVE in <u>ITEM</u>:  1  and  2  have used <u>CONTRADICTIONS / QUESTIONS</u> of <u>Un-</u>
<u>constitutional</u> and <u>Criminal-Felony Actions</u> to cause delays and estoppel to cause me
10'S óf 1,000'S-Of-Dollars in <u>EXTRA LITIGATION EXPENSES</u> [Of-My-Costs] and DELAYS
with YEARS of <u>Illegal-Incarceration</u> on <u>Child-Support</u> (STATE) and <u>Taxes</u> (FEDERAL).
See <u>ATTACHMENT-ONE(1)-A</u>, <u>CERTIFICATE OF SERVICE</u> and <u>CERTIFICATION - AFFIDAVIT OF</u>
<u>TRUTH</u>, <u>PAGES</u>:  7  OF  115  -  12  OF  115  with <u>FOOTNOTES</u>: $\backslash^2$/ - $\backslash^5$/ -- ALL INFRA.

    4.  MARSHALL brings the ABOVE and this MATTER before the Court upon a <u>MOTION</u>
<u>FOR A TEMPORARY RESTRAINING ORDER</u> ("TRO") AND PRELIMINARY INJUNCTION ("PI") using
<u>DEFENDANTS</u>: "[1]" - "[20] in CAPTION, <u>PAGES</u>:  135  -  136  OF  741  - ALL INFRA.
 <u>FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - § 1983 AND</u>
 <u>BIVENS ACTIONS - DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-</u>
<u>INARY INJUNCTION</u>:                           PAGE 3  OF 14

5.    MARSHALL maintains that due to the confiscation of his Legal Documents, Speci-

fically:  " BOX-4 " and " BOX-5 " with a BROWN-FOLDER – Which was a Work-In-Process

to this " LAWSUIT " [ SEE EXCERPTS: PAGE  50  OF  741  and PAGE  116  OF  741  --

TOTAL ABOUT 478-PAGES ] forcefully taken (With Almost an assualt) BY: MR. J. BAILEY

– CASE MANAGER – "[3]"; MR. B. RODERICK – CASE MANAGER – "[4]"; MR. T. RAWLS – CORR-

ECTIONAL COUNSELOR "[5]"; MR. J. DYER – CAMP ADMINISTRATOR / UNIT MGR – "[2]"; and

the authority of WARDEN – MS. N. C. ENGLISH – "[1]" on about JANUARY 23, 2019 is an

ESTOPPEL to filing this " LAWSUIT " or " COMPLAINT " by BOP'S STAFF at USP LEAVEN-

WORTH – CAMP.

6.    MARSHALL stressing the Case-In-point of CIVIL RIGHTS CONSPIRACY (IES) . . .

-- PRIVATE-CITIZEN / PRISONER / CONTEMNOR / and DETAINEE of close to FOUR(4) DECADES

would appear that a TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION are nece-

ssary to immediately and sufficiently protect any Due Process rights on Constitution

and Amendments:  1st ;  4th ;  5th ;  6th ;  7th ;  8th ;  9th ;  10th ;  13th ;

14th ;  15th ; and  16th with 42 U.S.C. §§ 1982, 1983, 1985, and 1986; BIVENS CLAIMS;

and FEDERAL TORT CLAIMS ACT including a Life-Alternating-Injury (INMATE ACCIDENT COMP-

ENSATION CLAIM) may afford to Plaintiff, and that immediate relief is necessary to

ensure that the status quo can be maintained pending final judgment in this CASE.

7.    On Information and Belief, and the Restating of ITEMS:  1  –  6 , PAGE-137 –

138 OF  741  and Documents submitted with THESE " MOTIONS " and later identified and

explained in THESE " DECLARATIONS " or " AFFIDAVITS " [ITEMS:  8  –  34 , PAGE-139 –

148 OF  741  ] that there is a " TANDEM-CONTINUING-INTERLOCKING / INEXTRICABLY-IN-

TERWINED STATE AND FEDERAL AUTHORITIES ON  CIVIL RIGHTS CONSPIRACY. ". SEE C. CAUSE

OF ACTION, COUNTS:  I  –  III , PAGE-51 –  58  OF  741  AND FOOTNOTES:  [10] ; [11] ;

[12] ; AND [13] . -- ALL INFRA.

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) –
CIVIL RIGHTS COMPLAINT – CONT'D:                                    PAGE  151  OF  741
JONATHAN MARSHALL; SR. STATES – CONT'D:       PAGE  3  OF  12  ––

   8.   Contrary to BOP'S DIRECTIONS OF: The Constitution; Statutes; Regulations

[ " MOTION ", PAGE–151 –  154  OF  741 ; " BRIEF ", PAGE–171 –  174  OF  741 ; AND

" MEMORANDUM ", PAGE–186 –  189  OF  741  –– ALL INFRA ]; Or Well–Established–Admin–

istrative–Practices [ NAMED: ATTACHMENT–ONE(1)–A – ATTACHMENT–FIVE(5)–E –– ALL INFRA ];

and despite my repeated requests over Two(2)–Years [ About since FEBRUARY 04, 2018 ],

Over  about  a Year–And–Half($\frac{1}{2}$) [ About MAY 28, 2018 ]; Or over a Year [ About since

JANUARY 23, 2019 ]. [I], have not seen...Or had any access to [MY] Legal Documents;

SPECIFICALLY: " BOX–4 " and " BOX–5 " with the BROWN–FOLDER – Which was a Work–In–

Process ( SINCE ABOUT OCTOBER, 2012 ) to this " lawsuit " or the " COMPLAINT " –

TOTAL ABOUT 478–PAGES – SINCE ABOUT JANUARY 23, 2019 . . . OR OVER A YEAR.

   9.   Contrary to the Court's Directions – I.D.:   " . . . COURT FOR PRELIMINARY RE–

VIEW UNDER 28 U.S.C. § 1915A, which requires the Court to screen prisoner complaints

and filter out non–meritorious claims. . . ". [I]f? MARSHALL is allowed " PLAINTIFF'S

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER ON CIVIL

RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS ", PAGE–207 –  217  OF  741  ; and

" PLAINTIFF MOTION TO PROCEED IN FORMA PAUPERIS (IFP) ON TEMPORARY RESTRAINING ORDER

ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTION ", PAGE–218 –  226  OF  741  ?

This " COMPLAINT " is NOT before the Court for preliminary review 28 U.S.C. § 1915(A)

(a) . . . But as stated in the CAPTION, PAGE–135 –  136  OF  741 : This MATTER comes

before the Court upon a MOTION FOR TEMPORARY RESTRAING ORDER ("TRO") AND PRELIMINARY

("PI") using DEFENDANTS: "[1]" – "[20]" under RULES: 65(a) and 65(b)(1), FED.R.CIV.P.

under filing and Enjoining by Returning: THE CONFISCATED LEGAL MATERIALS IN " BOX–4 "

AND " BOX–5 " AND A BROWN–FOLDER MARKED AS " LAWSUIT ". SEE ORDER TO SHOW CAUSE AND

TEMPORARY RESTRAINING ORDER, PAGE–201 –  206  OF  741  –– ALL INFRA.

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND
BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM–
INARY INJUNCTION:                                               PAGE  5  OF 14

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) –
CIVIL RIGHTS COMPLAINT – CONT'D:                                    PAGE  152   OF    741
JONATHAN MARSHALL; SR. STATES – CONT'D:        PAGE  4  OF  12

10.    If the ABOVE ITEMS:  5  –  9 , PAGE–138 –  139  OF  741 ; And Movant MARSHALL

has provided " Verified Complaint(S) " [ CONCLUSION – ENCLOSED / ATTACHMENT, PAGE–147

–  148  OF  741  ] that set forth in detail the IMMEDIATE and IRREPARABLE HARM; and

PLAINTIFF (MARSHALL) has established results to obtain PRELIMINARY INJUNCTION [ SEE

PAGE–135 –  136  OF  741  – And N O T E  – " ORDER ", PAGE–224 OF  741 –– ALL INFRA ],

AND IF THIS COURT DOES NOT IMMEDIATELY FILE A PRELIMINARY INJUNCTION [ EMPHASIS ADDED ]

REQUIRING THE DEFENDANTS: "[1]" – "[20]" [ SEE " ORDER ", PAGE–201 –  205  OF  741  ],

IT WILL FALL FOR THE PLAINTIFF TO FILE AN IMMEDIATE APPEAL, AS WELL AS THE COURT TO

ARRANGE:   (A)   An Appealable " ORDER(S) " to the UNITED STATES COURT OF APPEALS for

the TENTH CIRCUIT [ DENVER, CO (USCA10) ]; and   (B)   The ABEYANCE on the CIVIL RIGHTS

COMPLAINT and with TOLLING on EQUITABLE DEFENSES with a continuing and on–going ILLEG–

ITIMATE ENTERPRISES of about FOUR(4)–DECADES ( 1980'S TO THE PRESENT ) – EMPHASIS ADDED

–  SEE FOOTNOTES:  $\backslash 10$ –  $\backslash 12$ , PAGE–52 –  55  OF  741 –– ALL INFRA.

11.    MARSHALL, Restates under Sworn Affidavit, and restressing the Case–In–Point

of CIVIL RIGHTS CONSPIRACY (IES) [ I.D.: ITEM# 6, PAGE  138  OF  741  – INFRA ] with

the DEFENDANTS: "[1]" –  "[253]" as a design on this matter before the Court on the

District Court's Forms and access to Standardized Forms taken from the Federal Judic–

ial Center and a PRISONER'S SELF–HELP LITIGATION MANUEL with the compilation and re–

search since about OCTOBER, 2012 until confiscation by DEFENDANTS [ "[1]" – "[7]"

at LVN CAMP, KS ] about JANUARY 23, 2019. There are NO copies of this " LAWSUIT "

and MARSHALL (Plaintiff) will suffer Irreparable Harm ("the continuing deprivation of

Constitutional Rights Constitutes Irreparable Harm – Emphasis Added – Citation Omitted")

. . . And failure not anyway due to faults or part of JOE MARSHALL'S behavior ––

" DILIGENT–INDIGENT ". SEE D.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF, PAGE–59

–  119  OF  741 –– ALL INFRA.
FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND
BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM–
INARY INJUNCTION:                                             PAGE 6  OF 14

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) – CIVIL RIGHTS COMPLAINT – CONT'D:                                        PAGE  153  OF   741

JONATHAN MARSHALL; SR. STATES – CONT'D:        PAGE   5  OF   12  ---

    12.   On information and belief, I have experienced an abuse by the " POLICYMAKERS "

and " BAR ENTERPRISES " [" GOVERNMENT "] NEGLECTED or CONVENIENTLY MISINTERPRETED;

wheter it was Mere Indifferent or Intentional Fraud, MARSHALL has been cheated out

of LIFE, LIBERTY AND PROPERTY – EMPHASIS ADDED.

    13.   MARSHALL maintains and bring this matter before the Court as relevant and

sufficient that the " GOVERNMENT " with TACIT AGREEMENT / CONSPIRACY / ERRONEOUS

RENDITION were abridging and violating Constitutional Rights, Privileges or Immun-

ities of a U.S. CITIZEN of LIFE, LIBERTY and PROPERTY to end enormous legitimate:

Economic, Political, Social and Commercial Applications / Operations of JOE MARSHALL

or [h]is ALTER EGO – WIZARD SERVICES. SEE FOOTNOTE 10, PAGE-52 – 53 OF  741 – INFRA.

    14.   On information and belief, I have experienced as noted in ATTACHMENT-ONE(1)

-A, EXHIBIT A, ATTACHMENT, (A) TACIT AGREEMENT / CONSPIRACY / ERRONEOUS RENDITION,

PAGES:  A-1 –  A-27 : COMPELLING CIRCUMSTANCES on delays [" GOVERNMENT "] – CON-

TEMPORANEOUS MEMORANDUM on USDC'S, USCA'S OR BOP STAFF . . . ECT. using FOOTNOTES:

1; 2; 3; 4 ;since about 2008; and 5 since about MAY, 2018 and action with STATE

and FEDERAL to about APRIL 22, 1996. N O T E – DEFINITIONS OF: 1 – 5-- SEE

CERTIFICATE (COS) and CERTIFICATION / AFFIDAVIT OF TRUTH, PAGES:  7  OF  115  –  12

OF  115 , ATTACHMENT-ONE(1)-A and EXHIBIT D ATTACHMENT -- ALL INFRA.

    15.   MARSHALL maintains that these DEFENDANTS has been operating in a hidden

and usually injurious way [ SEE ABOVE – ITEM# 13 ] and are identified and explained

in the " DECLARATIONS " AS DEFENDANTS: "[25]" – PAGE-10; "[66] – PAGE-20; "[76]" –

PAGE-24; "[78]" – PAGE-24; "[78]" – PAGE-24; AND "[248]" – PAGE-47 OF  741  -- ALL

INFRA -- And restating ITEM#:  12 –  14  (ABOVE) As-Early-As of JANUARY 17, 2014.

ALSO, SEE ATTACHMENT-ONE(1)-A, EXHIBIT D ATTACHMENT, PAGE-D-33 -- ALL INFRA.

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-INARY INJUNCTION:                                             PAGE 7  OF 14

16.    On information and belief, I experienced abuse by " COINTELPRO " – THE COUNTERINTELLIGENCE PROGRAM of the FBI – From the early 1980'S To The Present, the IRS (CID) initiated a " PROGRAM " that the FBI used in the late 1960'S called " COINTELPRO " A PROLOGUE / CONSPIRACY that goes back against JOE MARSHALL (MARSHALL / PLAINTIFF) FOR OVER ABOUT FORTY(40)- YEARS OR FOUR(4) DECADES – TO DATE. EMPHASIS ADDED. SEE FOOTNOTES: 10 AND 12, PAGE-52 – 55 OF 741 – INFRA – RESPECTIVELY.

17.    MARSHALL maintains and bring this matter before the Court as relevant and sufficient that " COINTELPRO " – THE COUNTERINTELLIGENCE PROGRAM of the FBI – from the early 1980'S To The Present, the IRS (CID) – run by the IRS, there was always willing assistance of STATE and FEDERAL EMPLOYEES or AGENTS; mostly the " STATUS QUO " or " WHITE-MAIN-STREAM " of AMERICA to end Enormous Legitimate: POLITICAL, ECONOMIC, SOCIAL AND COMMERCIAL APPLICATIONS OF JOE MARSHALL (WIZARD SERVICES ). SEE WIZARD SERVICES / JOE'S MARSHALL'S COMPANIES, PAGE-52 – 53 OF 741 – INFRA.

18.    CONTRARY to Rules-Of-Law [ ITEM# 6, PAGE 38 OF 741 AND A-COURT'S SUBJECT-MATTER JURISDICTION, B.  NATURE OF THE CASE, PAGE 2 OF 741 AND 123 OF 741 , RESTATING: " MOTION ", PAGES: 151 – 154 ; " BRIEF ", PAGE 171 – 174 ; AND " MEMORANDUM ", PAGE 186 – 189 OF 741 -- ALL INFRA ] on knowledge, belief and actions MARSHALL avers for the past FOUR(4)-DECADES as a Private-Citizen, Contemnor, Detainee, Prisoner, MARSHALL, is entitled to have " Immediate-Release " from all incarceration in this FEDERAL CASE OR A " COMPLETE DISCHARGE " from ALL IN-CARCERATION ON STATE AND FEDERAL MULTIPLE SENTENCES and a MORATORIUM ON ALL FURTHER PROSECUTION by STATE and FEDERAL AUTHORITIES.

19.    MARSHALL maintains there should be Provisional Remedy, In The First Instance of $500,000.00 To about $1.5 MILLION DOLLARS to MARSHALL to cast doubt on FAIRNESS of the STATE and FEDERAL PROCESSES. SEE PAGES-59 – 119 OF 741 – ALL INFRA.

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) –
CIVIL RIGHTS COMPLAINT – CONT'D:                                    PAGE _155_ OF _741_
JONATHAN MARSHALL; SR. STATES – CONT'D:          PAGE _7_ OF _12_ --

20. I cite the factors that are relevant and sufficient – CASE-AT-HAND – TRINITY –
A GROUP OF THREE(3) CLOSELY RELATED MEMBERS, " UNION OF THREE(3) INTO ONE ":  (1)
84-09218-Z (STATE – CHILD-SUPPORT);  (2)  CR3-87-086-T;  AND  (3)  A06-CR-067-LY (BOTH
FEDERAL – TAXES) – that goes back against JOE MARSHALL (MARSHALL / PLAINTIFF) FOR
ABOUT FORTY(40)-YEARS OR FOUR(4)-DECADES – TO DATE. EMPHASIS ADDED.

21. MARSHALL maintains and bring this matter before the Court as relevant and
sufficient that the PROCEDURAL HISTORY of this CASE [ CAUSE or CONTROVERSY ] span a
period of more than 39-years ( 1980'S – Close To Four(4)-Decades ) – TO DATE – the
Hundred-And-One-Percent (101%) of which is described in CASE-AT-HAND with require-
ment of PRISON LITIGATION REFORM ACT OF 1995 (" PLRA ") on the EHAUSTION REQUIREMENT
with Substantive Claim to lift the " PROCEDURAL-BAR " and invalidation with HECK V.
HUMPHREY, 512 U.S. 477 (1994) on the TRINITY-CONTINUING-INTERLOCKING / INEXTRICABLY-
INTERTWINED STATE AND FEDERAL AUTHORITIES ON CIVIL RIGHTS CONSPIRACY WITH A " CONT-
INUING--CUSTODY " FROM ABOUT APRIL 22, 1996 TO THE PRESENT -- OR ABOUT 24-YEARS.

22. ON information, belief and actions, MARSHALL chose to follow the BOP'S
FOUR-STEP GRIEVANCE PROCESS [ SEE 28 C.F.R. §§ 542.10 – .19 ] with Segments [ I.E.
ABOVE ] referring to Past Grievances and ADMINISTRATIVE EXHAUSTIONS / REMEDIES:
(i)  BP-8½ – ATTEMPT AT INFORMAL RESOLUTION;  (ii)  BP-9 – INSTUTIONAL (WARDEN);
(iii) BP-10 – REGIONAL;  AND  (iv)  BP-11 – NATIONAL (CENTRAL) – N O T I N G – From
ITEM# 20 – 21 – ABOVE and starting from about DECEMBER 07, 2018 initiating the
CAPTION, PAGE-135 – 136 OF 741 for the full matter of a MOTION FOR TEMPORARY RE-
STRAINING ORDER (" TRO ") AND PRELIMINARY INJUNCTION (" PI ") using DEFENDANTS: "[1]"
– "[20]" . . . I.D.: at _135_ and PRELIMINARY INJUNCTION (" PI ") – FED.R.CIV.P.
65(b)(1) . . . I.D.: at _136_ for RETURNING: THE CONFICATED LEGAL MATERIALS IN " BOX-4 "
AND " BOX-5 " AND A BROWN-FOLDER MARKED AS " LAWSUIT ". – EMPHASIS ADDED -- ALL INFRA.

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND
BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION:                                            PAGE 9 OF 14

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) −
CIVIL RIGHTS COMPLAINT − CONT'D:                         PAGE   156  OF   741

JONATHAN MARSHALL; SR. STATES − CONT'D:        PAGE  8  OF  12  −−

23.    Contrary to BOP'S RULES / REGULATIONS with the claims arising under the follow-
ing Constitutional Provisions or Laws of the United States that form the basis for my
allegations the Higher−Level−Of−Authority(IES) have been notified of BOP'S STAFF OF
CRIMINAL OFFENSES  and CRIMES with violations OF: STATUTES / REGULATIONS / CONSTITUT-
IONAL ISSUES / ACTS OF CONGRESS / TREATIES . . . OR JUST . . . " RULES−OF−LAW " over
TWO(2) YEARS−AGO. EMPHASIS ADDED.

24.    MARSHALL maintains that DEFENDANTS: "[1]" − "[253]" had knowledge about
State and Federal Criminal Offenses and deliberately withheld it from authorities . . .
Obstruction Of Justice − A Crime − Not to mention Conspiracy To Commit Federal Crimin-
al Offenses and Crimes .  SEE AMENDMENT−FOUR(4)−D, " DECLARATION − AFFIDAVIT OF TRUTH ",
PAGES: A−14  −  A−28  Executed on MARCH 18, 2019 with BP−9 to WARDEN and DATED on
JULY 18, 2019 (PAGE  1  OF  42[75]  ) with CONTINUATION−PAGE (PAGE  2  OF  42[75]  );
and " REJECTION−NOTICE ", PAGE  m  OF  79  (Or  m  Of  741  ) about AUGUST 20, 2019,
DATED: AUGUST 15, 2019. ALL INFRA.

25.    On Information and Belief, MARSHALL avers the Object Of This Conspiracy has
been accompolished by BOP'S STAFF of Criminal Offenses and Crimes against MARSHALL OF:
Grand Theft, Theft Of Mail relating to DESTRUCTION, RETALIATION and ESTOPPEL with about
the First−Transfer from BIG SPRING, TX (LOW) on about JULY 05, 2016 with the DEFENDANT(S)
(NAMED I.E.: MS PATTON − "[31]") was instrumental in DELAYS or ESTOPPEL ON MERITED-
LITIGATION [ NOTE − PAGE−10  −  12  OF  115  − AMENDMENT−ONE(1)−A ] with the continuance
at EL RENO, OK − CAMP WITH  MR. McCORMICK − "[14]" and MR. LEPRID − "[13]" with quest-
ionable supplies and money on MS. FARRINGTON − CLERK AT USCA5 −"[77]" on the OPENING
BRIEF OF APPELLANT on about $150.00 in supplies and the " Eating−Up " of cost of
costs (Postage and Copies) about $500.00. SEE AMENDMENT−ONE(1)−A, EXHIBIT B ATTACH-
MENT, PAGES:  B−6  −  B−14  −− ALL INFRA.

FED.R.CIV.P. 65(a) − MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT − § 1983 AND
BIVENS ACTIONS − DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION:                                         PAGE 10 OF 14

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) –
CIVIL RIGHTS COMPLAINT – CONT'D:                                    PAGE  157  OF  741
JONATHAN MARSHALL; SR. STATES – CONT'D:          PAGE  9  OF  12  --

26.    MARSHALL maintains and bring this matter before the Court a Fraud-Syndrome

OF: NEPOTISM, DESPOTISM, ABSOLUTISM OR " ALL IN THE FAMILY " with the JUDICIAL SYS-

TEM [ I.E.: AMERICAN BAR ASSN. (ABA) - "[245]" / STATE BAR OF TEXAS - "[244]" OR

" BAR ENTERPRISES " - "[249]", "[251]" - "[252]", PAGE  46  OF  741  AND PAGE  48

OF  741  -- ALL INFRA ] - APPEAL#: 16-11409 - RECONSIDERATIONS - USDC: 1:16-CV-107-O

- KAFKAESQUE AFFECTS SENTENCE AND CONVICTION.   SEE about DECEMBER 20, 2017 - RULE 23

(a) - TRANSFER OF CUSTODY ("Help prevent the kafkaesque specter of supplicants wander-

ing endlessly from one jurisdiction to another . . . " - RUMSFELD V. PADILLA, 542

U.S. 426 (2004)  - ATTACHMENT-ONE(1)-A, PAGES: B-2 - B-9 and at B-5 - ALL INFRA.

27.    MARSHALL cites the factors that are relevant and sufficient and bring this

matter before the Court  on DEFENDANTS: "[1]" - " [20]" on " SMOKING-GUNS " or

" COMPELLING CIRCUMSTANCES " as early as FEBRUARY 05, 2018 (TRYING TO MAIL BEFORE

JANUARY 16, 2018), FOOTNOTE  2 , ATTACHMENT-ONE(1)-A, PAGE-A-26 - INFRA - SPECIFIC-

ALLY, DEFENDANTS: MS. FREEMAN - "[10]"; MR. GAMBEL - "[11]"; AND JOHN DOES "[18]"

AND "[19]" -- ALL AT EL RENO (ERE), OK . . . AND ALL INFRA.

28.    MARSHALL cites the factors that are relevant and sufficient and bring this

matter before the Court: APPEAL / RECONSIDERATION - USCA5#: 16-11409 was confiscated

in " BOX-4 " OR " BOX-5 " are the 30-PAGE-BRIEF, TABBED and BINDED with required and

optional pages that makes up 70-PAGE APPELLANT'S BRIEF - 28 U.S.C. § 2241.

29.    On Information and Belief [ FACTUAL AND PROCEDURAL GROUNDS ] that the DEFEND-

ANTS [ NAMED and UNNAMED ] - [W]ere aware of MARSHALL'S Work-In-Process requesting: Mon-

etary Damages, Temporary Restraining Order (TRO) / Injunctive Relief, Exepedited Dec-

laratory Relief, and Putative Class-Action on IRS allegations surrounding about 2,000

Individuals between the time period of middle 1980's to the present with the FIRST

CIVIL LAWSUIT [ BROWN-FOLDER ] filed in FEDERAL COURT(S) about YEARS 2020 - 2021.

FED.R.CIV.P. 65(a) - MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT - § 1983 AND
BIVENS ACTIONS - DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION:                                         PAGE 11  OF 14

30.   Together, these defendants need a " PI " to ensure the Return OF: THE CONFIS-

CATED LEGAL MATERIALS IN " BOX-4 " AND " BOX-5 " AND A BROWN-FOLDER MARKED AS " LAW-

SUIT ". This requests had been asked in person by the Plaintiff Marshall and " Operat-

ive Complaint(S) " since JANUARY, 2019 or about Sixteen(16)-Months. MARSHALL HAS NOT

SEEN THIS INFORMATION SINCE ABOUT JANUARY 23, 2019. SEE ATTACHMENT-THREE(3)-C, " COMP-

LAINT: CONSPIRACY BY BOP STAFFS OF CRIMINAL OFFENSES AND CRIMES —— PAGE-1 —  9  OF  30

— DATED about FEBRUARY 11, 2019. ALSO, SEE NARRATIVES AND SUPPORTING EXHIBITS, PAGE-10

—  30  OF  30  — EMPHASIS ADDED —— ALL INFRA.

31.   MARSHALL alleges that [H]E cannot file [h]is CIVIL RIGHTS COMPLAINT without

the " Return Of: THE CONFISCATED LEGAL MATERIALS IN " BOX-4 " AND " BOX-5 " AND THE

BROWN-FOLDER MARKED AS " LAWSUIT " . . . RESTATES ITEM# 11, PAGE  140  OF  741 ...

NO COPIES OF THIS " LAWSUIT " (UNFINISHED) —— SEE CAPTION, PAGE-135 —  136  OF  741 ;

DEFENDANTS, BACKGROUND / INTRODUCTION, PAGE-49 —  50  OF  741 ; AND C. CAUSE OF ACTION,

ATTACHED: 1)F(1) — COUNT VI / (2) SUPPORTING FACTS, PAGE-130 —  131  OF  741  — EMPHASIS

ADDED —— ALL INFRA.

32.   As NOTED at ITEM# 9 [ PAGE  139  OF  741  ] . . . THERE CANNOT BE A CIVIL

RIGHTS COMPLAINT — HERE, MARSHALL, alleges that the Defendants committed Civil Rights

violations that falls squarely with purview as required for the Court's Subject-Matter

Jurisdiction with issues over Civil Rights Actions in coming before this Court using

DEFENDANTS: "[1]" — "[20]" under RULE 65(a) and 65(b)(1) for filing a COMPLAINT under

the CIVIL RIGHTS ACT, 42 U.S.C. § 1983 and BIVENS ACTIONS address in the " OPERATIVE-

COMPLAINTS " [ SEE ENCLOSED / ATTACHMENT, PAGE  148  OF  741  — file on the same Cal-

endar-Day ]. And restating the " COMPLAINT " is after the ABOVE [ ITEM#:  30  —  31   ]

AND MARSHALL REVIEW THE DEFENDANTS RETURN OF MATERIALS WITH "ERE'S" STATUS OF MATERIAL

KEPT OR DESTROYED DURING TRANSFER TO "LVN" ON ABOUT MAY, 2018. EMPHASIS ADDED.

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — § 1983 AND
BIVENS ACTIONS — DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION:                                          PAGE 12 OF 14

PAGE  146  OF  741

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) –
CIVIL RIGHTS COMPLAINT – CONT'D:                                    PAGE   159   OF   741

JONATHAN MARSHALL; SR. STATES – CONT'D:          PAGE   11   OF   12   —

C O N C L U S I O N :

33.    SUMMARY – For the reasons set forth in the FED.R.CIV.P 65(a) – MOTION FOR TRO

AND PI [ FED.R.CIV.P. 65(a) AND 65(b)(1) ] ON CIVIL RIGHTS COMPLAINT – § 1983 AND BE-

VINS ACTIONS with this MOTION: DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A

TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – Facts put before the Court

and sworn in Declaration under Penalty Of Perjury with documents submitted with this

MOTION and identified and explained in the Declaration (MOTION), The Plaintiff is en-

titled to a TEMPORARY RESTRAINING ORDER requiring the DEFENDANTS: "[1]" – "[20]" to

RETURN: THE CONFISCATED LEGAL MATERIALS IN " BOX-4 " AND " BOX-5 " AND THE BROWN-FOLDER

MARKED AS " LAWSUIT " and need arrangement for an examination and plan of the Substant-

ive Claims OF: (A) Stop The Conspiracy By BOP'S Staffs Of Criminal Offenses and Crimes;

(B) Return of Stamped And Addressed actions for Mailing of final Agencies' Denial for

TORTS [ BOP, DOJ, IRS, STATE OF TEXAS, U.S.A., AND JUDICIAL MISCONDUCT AND DISABILITY ];

(C) Status and reasoning and answers of Regional Counsels on any destruction. And to

PRELIMINARY INJUNCTION requiring the DEFENDANTS [ I.D.: PAGE-135 – 136 OF 741 ]

TO CARRY OUT THE PLANTIFF'S PLAN FOR FIRST CIVIL LAWSUIT filed in FEDERAL COURT OF

FACTUAL AND PROCEDURAL GROUNDS OF FORTY(40)-YEARS OR FOUR(4) DECADES – TO DATE.

34.    For the foregoing reasons, the Court should GRANT Plaintiff's Motion IN ALL

RESPECTS –– ALL INFRA –– EMPHASIS ADDED.

D E C L A R A T I O N    U N D E R    P E N A L T Y    O F    P E R J U R Y :

[I], Declare (Or Certify, Verify, Or State) under Penalty Of Perjury that the

Foregoing is True and Correct – UNSWORN DECLARATION – Is a verified AFFIDAVIT for

AFFIRMATIVE ACTION for PROSPECTIVE RELIEF for an Incarcerated Person –– 28 U.S.C.

§ 1746 (18 U.S.C. § 1621). In Addition, [I] accept any construing of this submiss-

ion of a Federal Document as to any punishment under 18 U.S.C. § 1001 AND 3571.

[ CONTINUED ON NEXT-PAGE 148 OF 741    (INFRA) ]

FED.R.CIV.P. 65(a) – MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT – § 1983 AND
BIVENS ACTIONS – DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION – CONCLUSION / DECLARATION UNDER PENALTY OF PERJURY: PAGE 13 OF 14

DECLARATION IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a) —
CIVIL RIGHTS COMPLAINT — CONT'D:                    PAGE 160  OF 741      160

JONATHAN MARSHALL; SR. STATES — CONT'D:      PAGE 12 OF 12 --

## C O N C L U S I O N:

E N C L O S E D   /   A T T A C H M E N T:

1. FED.R,CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — § 1983 AND BIVENS ACTIONS, PAGE 1 OF 741 — 134 OF 741 ;

2. DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 135 OF 741 — 148 OF 741 ;

3. PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 149 OF 741 — 167 OF 741 ;

4. BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 168 OF 741 — 182 OF 741 ;

5. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PI, PAGE 183 OF 741 — 198 OF 741 ;

6. PLAINTIFF'S ORDER TO SHOW CAUSE AND TRO ON CIVIL RIGHTS COMPLAINT — § 1983 AND BIVENS ACTIONS, PAGE 199 OF 741 — 206 OF 741 ;

7. APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER, PAGE 207 OF 741 — 226 OF 741 ;

8. CERTIFICATE OF SERVICE ("COS"), PAGE 227 OF 741 ;

9. CLERK'S LETTER, PAGE A OF 741 ; TABLE OF CONTENTS (" TOC ") / INFO 1/ ; PAGE i OF 741 — vi OF 741 ; ATTACHMENT—ONE(1)—A — ATTACHMENT—FIVE(5)—E, PAGE vii OF 741 — xi OF 741 ; LEGENDS OF FOOTNOTES, PAGE xii OF 741 — xiv OF 741 , MOTION / TEMPLATE, PAGE xv OF 741 — xvi OF 741 AND COVERS / TEMPLATES, a OF 741 — r OF 741 . ALSO, NOTE CLERK'S LETTER, B OF 741 -- ALL INFRA.

*Jonathan Marshall; Sr.*
Signature Of Petitioner

DATED:      JUNE 25 , 2020

JONATHAN (JOE) MARSHALL; SR.
REG. NO.#: 17040 — 077
USP LEAVENWORTH — SATELLITE CAMP
P.O. BOX 1000
LEAVENWORTH. KS 66048

PROCEEDING   P R O   S E
[ IN PROPRIA PERSONA ]

E N D   O F
DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR TRO AND PRELIMINARY INJUNCTION .

FED.R.CIV.P. 65(a) — MOTION FOR TRO AND PI ON CIVIL RIGHTS COMPLAINT — § 1983 AND BIVENS ACTIONS — DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TRO AND PRELIM-
INARY INJUNCTION — CONCLUSION / ENCLOSED / ATTACHMENT:          PAGE 14 OF 14